Christopher L. Rogan, Esq.
RoganMillerZimmerman, PLLC
50 Catoctin Cir., NW, Suite 300
Leesburg, VA 20176
(703) 777-8850
(703) 777-8854 (fax)
crogan@RMZLawFirm.com
*Counsel to Elshan Bayramov*

### THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

|  |  |  |
|---|---|---|
| | ) | |
| 25350 PLEASANT VALLEY LLC | ) | |
| | ) | Case No. 23-11983-KHK |
| Debtor | ) | Chapter 7 |
| | ) | |

### CONSENT ORDER RECONVERTING CASE TO CHAPTER 11

UPON CONSIDERATION of the *Motion to Reconvert Case to Chapter 11* filed by one of the Debtor's equity interest holders, Elshan Bayramov, and it

APPEARING that the Motion and the relief requested therein is supported by the Debtor's Chapter 7 Trustee, Janet Meiburger, the Debtor's secured creditors, NorthWest Federal Credit Union and MainStreet Bank, and the Debtor, each of whom has consented to the Motion and the entry of this Consent Order, as evidenced by their endorsements hereto, and that the one objection to the Motion, filed by Epic at Dulles South Commercial Condominium Unit Owners Association (the "Condo Association"), has been resolved and withdrawn; and it further

APPEARING that the reconversion of this case will enable the Debtor to submit a plan of reorganization, which is expected to be supported by the Trustee, secured creditors and equity holders and which, if confirmed, is expected to result in a distribution to unsecured creditors in this case; and it further

APPEARING that the reconversion is in the best interests of the Debtor, secured and

1

unsecured creditors and other parties in interest.

It is therefore,

ORDERED that this case shall be and hereby is reconverted to a proceeding under chapter 11 of the U.S. Bankruptcy Code; and it is further

ORDERED that the reconversion shall be without prejudice to (a) any parties' administrative or other rights and claims arising out of the Debtor's chapter 7 proceeding, including without limitation any rights and claims of the parties to contracts to purchase the Debtor's property, and (b) the Debtor's rights to oppose or attempt to settle any such claims.

ORDERED that the Debtor shall (a) pay to the Condo Association the sum of $5,000 in attorneys' fees and expenses incurred in this matter, from the funds held in escrow by Bayramov's counsel, within thirty (30) days of this Order; (b) pay to the Condo Association's counsel, the sum of $15,000 from such escrowed funds, to be held in escrow by the Condo Association's counsel, and to be released to the Condo Association for application to the Debtor's outstanding condo fees, only upon entry of a final order confirming the Debtor's chapter 11 plan in this case, or, in the event a plan is not confirmed by August 30, 2025, returned to Bayramov's counsel, (c) pay such future legal fees that may be incurred by the Condo Association, subject to review and approval by the Court if the fees are not agreed to by the Debtor;  and (d) determine with the Condo Association the correct amount of condo fees and expenses outstanding, through the date of anticipated plan confirmation, payment of which amounts shall be provided for in the Debtor's plan, with the Condo Association reserving its right to object to the plan or its treatment thereunder.

Dated:_____, 2025

Apr 17 2025

/s/ Klinette H Kindred
_____
Hon. Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Apr 17 2025

Requested by:

/s/ Christopher L. Rogan, Esq.
   Christopher L. Rogan, Esq. (VSB No. 30344)
RoganMillerZimmerman, PLLC
50 Catoctin Cir., NW, Suite 300
Leesburg, VA 20176
(703) 777-8850
(703) 777-8854 (fax)
crogan@RMZLawFirm.com
*Counsel to Elshan Bayramov*


Consented to by:

/s/ Janet Meiburger
Janet Meiburger, Trustee
The Meiburger Law Firm, PC
1487 Chain Bridge Rd., Suite 200
McLean, VA 22101
703.556.8609
trustee@meiburgerlaw.com
*Chapter 7 Trustee*

/s/ John P. Forest
   John P. Forest, II (VSB No. 33089)
11350 Random Hill Rd.
Suite 700
Fairfax, VA 22030
3703.691.4940
john@forestlawfirm.com
*Counsel to Debtor*


/s/ Eugene W. Policastri (VSB No. 65837)
   Eugene W. Policastri, Esq.
600 Jefferson Plaza, Suite 308
Rockville, MD  20852
240.660.2219
gene@policastrilawfirm.com
*Counsel to NorthWest Federal Credit Union*

3

/s/ Bradley J Swallow
    Bradley J. Swallow (VSB No. 32170)
/s/ Eric S. Schuster
    Eric S. Schuster (MD # 03417, *pro hac vice application granted)*
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, Maryland 21202
410.659.8320 (direct)
410.659.7773 (facsimile)
bswallow@fblaw.com
eschuster@fblaw.com
*Attorneys for MainStreet Bank*


//s/  W. Calvin Smith
    W. Calvin Smith, Esq. (VSB No. 46461)
Dunlap Bennett & Ludwig
211 Church Street, SE
Leesburg, VA 20175
540.556.4289
csmith@DBLLAWYERS.COM
*Counsel to Sadiq Hafiz*


/s/ Heather R. Steele
Heather R. Steele, Esq.  (VSB No. 75473)
Altmiller Melnick, et al.
8000 Westpark Drive, Suite 600
Tysons, VA 22102
703.506.9440
hsteele@altmillerlaw.com
*Counsel to Epic at Dulles South Commercial Condominium Unit Owners Assn.*


<u>Local Rule 9022-1(C) Certification</u>

    The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                    /s/ Christopher L. Rogan
                                    Christopher L. Rogan

4