**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| 25350 PLEASANT VALLEY LLC | ) | Case No. 23-11983-KHK |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |
| | ) | |

**CHAPTER 7 TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Now that this case has been re-converted to Chapter 11, Janet M. Meiburger, former Chapter 7 Trustee, by her undersigned counsel, hereby files the attached Form 2 showing the receipts and disbursements of the Chapter 7 case.  She has sent a check for the amount remaining in the Chapter 7 bank account, $4,454.32, to counsel for the Debtor, John P. Forest, II.

Respectfully submitted,

THE MEIBURGER LAW FIRM, P.C.

Dated: April 17, 2025

By: /s/ Janet M. Meiburger
Janet M. Meiburger, VSB No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, VA  22101
(703) 556-7871
Counsel to the Chapter 7 Trustee

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, VA 22101
(703) 556-7871
Counsel to the Chapter 7 Trustee

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on this 17th day of April, 2025, a true and correct copy of the

foregoing Chapter 7 Trustee's Report of Receipts and Disbursements will be served by ECF e-mail

pursuant to the applicable Standing Order of the Court.


/s/ Janet M. Meiburger
Janet M. Meiburger

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | | | |
|---|---|---|---|
| Case No.: | 23-11983-KHK | Trustee Name: | Janet M. Meiburger (660410) |
| Case Name: | 25350 PLEASANT VALLEY LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2964 | Account #: | ******3409 Checking |
| For Period Ending: | 04/17/2025 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/17/24 | {6} | United Bank | Turnover of Funds from Debtor in Possession Account at United Bank | 1290-000 | 252.80 | | 252.80 |
| 06/28/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 247.80 |
| 07/25/24 | {7} | KBL Auto Repair, LLC | July 2024 Rent for Unit 175 | 1222-000 | 10,000.00 | | 10,247.80 |
| 07/25/24 | {8} | Auto Deal Makers LLC | July 2024 Rent for Unit 180 | 1222-000 | 10,000.00 | | 20,247.80 |
| 07/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.82 | 20,240.98 |
| 08/16/24 | {8} | Auo Deal Makers LLC | August 2024 Rent Payment for Unit 180 | 1222-000 | 10,000.00 | | 30,240.98 |
| 08/16/24 | {7} | KBL Auto Repair, LLC | August 2024 Rent payment for Unit 175 | 1222-000 | 10,000.00 | | 40,240.98 |
| 08/16/24 | {8} | Auto Deal Makers LLC | May and June 2024 Rent Payment for Unit 180 | 1222-000 | 20,000.00 | | 60,240.98 |
| 08/16/24 | {7} | KBL Auto Repair, LLC | May and June 2024 Rent Payment for Unit 175 | 1222-000 | 20,000.00 | | 80,240.98 |
| 08/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 77.10 | 80,163.88 |
| 09/11/24 | {8} | Auto Deal Makers LLC | September 2024 Rent Payment for Unit 180 | 1222-000 | 10,000.00 | | 90,163.88 |
| 09/13/24 | {7} | KBL Auto Repair, LLC | September 2024 Rent Payment for Unit 175 | 1222-000 | 10,000.00 | | 100,163.88 |
| 09/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 140.90 | 100,022.98 |
| 10/09/24 | {8} | Auto Deal Makers LLC | October 2024 Rent Payment for Unit 180 | 1222-000 | 10,000.00 | | 110,022.98 |
| 10/09/24 | {7} | KBL Auto Repair, LLC | October 2024 Rent Payment for Unit 175 | 1222-000 | 10,000.00 | | 120,022.98 |
| 10/28/24 | 101 | MainStreet Bank | Adequate Protection Payment per Order Entered 10/28/24 Doc 249 | 4110-000 | | 27,000.00 | 93,022.98 |
| 10/28/24 | 102 | Northwest Federal Credit Union | Adequate Protection Payment per Order Entered 10/28/24 Doc 249 | 4110-000 | | 5,578.76 | 87,444.22 |
| 10/28/24 | 103 | Willowbrook Valuation & Advisory Services LLC | Appraisal Report Deposit per Order entered 10/28/24 Doc 249 | 3991-000 | | 5,000.00 | 82,444.22 |
| 10/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 199.31 | 82,244.91 |
| 11/11/24 | {7} | KBL Auto Repair, LLC | November 2024 Rent Payment for Unit 175 | 1222-000 | 10,000.00 | | 92,244.91 |
| 11/11/24 | {8} | Auto Deal Makers LLC | November 2024 Rent Payment for Unit 180 | 1222-000 | 10,000.00 | | 102,244.91 |
| 11/12/24 | 104 | MainStreet Bank | Adequate Protection Payment per Order Entered 10/28/24 Doc 249 | 4110-000 | | 20,000.00 | 82,244.91 |
| 11/12/24 | 105 | Northwest Federal Credit Union | Adequate Protection Payment per Order Entered 10/28/24 Doc 249 | 4110-000 | | 5,398.80 | 76,846.11 |
| 11/21/24 | 106 | The Meiburger Law Firm P.C. | Trustee Attorney Fees Per Order Approving First Interim Fee Application (Docket No. 269) | 3110-000 | | 29,275.00 | 47,571.11 |
| 11/21/24 | 107 | The Meiburger Law Firm P.C. | Trustee Attorney Expenses Per Order Approving First Interim Fee Application (Docket No. 269) | 3120-000 | | 3,737.18 | 43,833.93 |
| 11/26/24 | 108 | County of Loudoun | Acct #32327: 25350 Pleasant Valley Rd #180; Real Estate Taxes per Order Entered 10/28/24 Doc 249 | 2820-000 | | 6,255.07 | 37,578.86 |

Page Subtotals:     $140,252.80     $102,673.94

*{ } Asset Reference(s)*                                                          *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 23-11983-KHK | | Trustee Name: | | Janet M. Meiburger (660410) |
|---|---|---|---|---|---|
| Case Name: | 25350 PLEASANT VALLEY LLC | | Bank Name: | | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2964 | | Account #: | | ******3409 Checking |
| For Period Ending: | 04/17/2025 | | Blanket Bond (per case limit): | | $3,000,000.00 |
| | | | Separate Bond (if applicable): | | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/26/24 | 109 | County of Loudon | Adequate Protection Payment per Order Entered 10/28/24 Doc 249; 25350 Pleasant Valley Rd #175 Voided on 11/26/2024 | 2820-004 | | 5,483.40 | 32,095.46 |
| 11/26/24 | 109 | County of Loudon | Adequate Protection Payment per Order Entered 10/28/24 Doc 249; 25350 Pleasant Valley Rd #175 Voided: check issued on 11/26/2024 | 2820-004 | | -5,483.40 | 37,578.86 |
| 11/26/24 | 110 | Willowbrook Valuation & Advisory Services LLC | Balance Due for Appraisal Reports per Order entered 10/28/24 Doc 249; Inv. DCA-240115 and 240117 | 3991-000 | | 2,500.00 | 35,078.86 |
| 11/26/24 | 111 | County of Loudoun | Acct #32326: 25350 Pleasant Valley Rd #175; Real Estate Taxes per Order Entered 10/28/24 Doc 249 | 2820-000 | | 5,483.40 | 29,595.46 |
| 11/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 124.44 | 29,471.02 |
| 12/06/24 | {7} | KBL Auto Repair LLC | December 2024 Rent Payment for Unit 175 | 1222-000 | 10,000.00 | | 39,471.02 |
| 12/06/24 | {8} | Auto Deal Makers LLC | December 2024 Rent Payment for Unit 180 | 1222-000 | 10,000.00 | | 49,471.02 |
| 12/10/24 | 112 | MainStreet Bank | Adequate Protection Payment per Order Entered 10/28/24 Doc 249 | 4110-000 | | 20,000.00 | 29,471.02 |
| 12/10/24 | 113 | Northwest Federal Credit Union | Adequate Protection Payment per Order Entered 10/28/24 Doc 249 | 4110-000 | | 5,578.76 | 23,892.26 |
| 12/13/24 | {8} | Auto Deal Makers LLC | Replacement Payment for Returned Ck 1421 (December 2024 Rent Unit 180) (Orig Deposit Ref 10015) | 1222-000 | 10,000.00 | | 33,892.26 |
| 12/16/24 | {8} | Auto Deal Makers LLC | 12/6/24 Payment Returned by Bank (December 2024 Rent Payment for Unit 180) | 1222-000 | -10,000.00 | | 23,892.26 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 58.88 | 23,833.38 |
| 01/03/25 | {8} | AUTO DEAL MAKERS LLC | January 2025 Rent Payment for Unit 180 | 1222-000 | 10,000.00 | | 33,833.38 |
| 01/06/25 | {7} | KBL AUTO REPAIR LLC | January 2025 Rent Payment for Unit 175 | 1222-000 | 10,000.00 | | 43,833.38 |
| 01/09/25 | 114 | Northwest Federal Credit Union | January Adequate Protection Payment per Order Entered 10/28/24 Doc 249 Voided on 01/10/2025 | 4110-004 | | 5,578.76 | 38,254.62 |
| 01/09/25 | 115 | MainStreet Bank | January Adequate Protection Payment per Order Entered 10/28/24 Doc 249 Voided on 01/10/2025 | 4110-004 | | 5,000.00 | 33,254.62 |
| 01/10/25 | 114 | Northwest Federal Credit Union | January Adequate Protection Payment per Order Entered 10/28/24 Doc 249 Voided: check issued on 01/09/2025 | 4110-004 | | -5,578.76 | 38,833.38 |
| 01/10/25 | 115 | MainStreet Bank | January Adequate Protection Payment per Order Entered 10/28/24 Doc 249 Voided: check issued on 01/09/2025 | 4110-004 | | -5,000.00 | 43,833.38 |
| 01/10/25 | 116 | Northwest Federal Credit Union | January Adequate Protection Payment per Order Entered 12/16/24 Doc 315 | 4110-000 | | 5,578.76 | 38,254.62 |

Page Subtotals:   $40,000.00   $39,324.24

*{ } Asset Reference(s)*                    *! - transaction has not been cleared*

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 23-11983-KHK | | Trustee Name: | | Janet M. Meiburger (660410) |
| Case Name: | 25350 PLEASANT VALLEY LLC | | Bank Name: | | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2964 | | Account #: | | ******3409 Checking |
| For Period Ending: | 04/17/2025 | | Blanket Bond (per case limit): | | $3,000,000.00 |
| | | | Separate Bond (if applicable): | | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/10/25 | 117 | MainStreet Bank | January Adequate Protection Payment per Order Entered 12/16/24 Doc 315 | 4110-000 | | 5,000.00 | 33,254.62 |
| 01/16/25 | 118 | The Meiburger Law Firm P.C. | Trustee Attorney Fees Per Order Approving Second Interim Fee Application (Docket No. 323) | 3110-000 | | 19,500.00 | 13,754.62 |
| 01/16/25 | 119 | The Meiburger Law Firm P.C. | Trustee Attorney Expenses Per Order Approving Second Interim Fee Application (Docket No. 323) | 3120-000 | | 5,267.64 | 8,486.98 |
| 01/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.91 | 8,447.07 |
| 02/04/25 | {8} | AUTO DEAL MAKERS LLC | February 2025 Rent Payment for Unit 180 | 1222-000 | 10,000.00 | | 18,447.07 |
| 02/04/25 | {7} | KBL AUTO REPAIR LLC | February 2025 Rent Payment for Unit 175 | 1222-000 | 10,000.00 | | 28,447.07 |
| 02/05/25 | 120 | MainStreet Bank | February Adequate Protection Payment per Order Entered 12/16/24 Doc 315 | 4110-000 | | 5,000.00 | 23,447.07 |
| 02/05/25 | 121 | Northwest Federal Credit Union | February Adequate Protection Payment per Order Entered 12/16/24 Doc 315 | 4110-000 | | 5,038.88 | 18,408.19 |
| 02/18/25 | 122 | Willowbrook Valuation & Advisory Services LLC | Expert Witness Fee per Order entered 2/14/25 (Doc 333) | 3991-000 | | 4,200.00 | 14,208.19 |
| 02/28/25 | {8} | Auto Deal Makers LLC | March 2025 Rent for Unit 180 | 1222-000 | 12,500.00 | | 26,708.19 |
| 02/28/25 | {7} | KBL Auto Repair LLC | March 2025 Rent for Unit 175 | 1222-000 | 12,500.00 | | 39,208.19 |
| 02/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 27.85 | 39,180.34 |
| 03/03/25 | 123 | Northwest Federal Credit Union | March Adequate Protection Payment per Order Entered 2/27/25 Doc 336 | 4110-000 | | 5,578.76 | 33,601.58 |
| 03/03/25 | 124 | MainStreet Bank | March Adequate Protection Payment per Order Entered 2/27/25 Doc 336 | 4110-000 | | 13,500.00 | 20,101.58 |
| 03/11/25 | 125 | INSURANCE PARTNERS | Bond-Renewal Policy #3792882 3/1/25-3/1/26; Acct #119437 | 2300-000 | | 20.63 | 20,080.95 |
| 03/24/25 | 126 | The Meiburger Law Firm P.C. | Trustee Attorney Fees Per Order Approving Third Interim Fee Application (Docket No. 343) | 3110-000 | | 17,337.50 | 2,743.45 |
| 03/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 37.61 | 2,705.84 |
| 04/01/25 | {7} | KBL AUTO REPAIR LLC | April 2025 Rent for Unit 175 | 1222-000 | 12,500.00 | | 15,205.84 |
| 04/01/25 | {8} | AUTO DEAL MAKERS LLC | April 2025 Rent for Unit 180 | 1222-000 | 12,500.00 | | 27,705.84 |
| 04/02/25 | 127 | The Meiburger Law Firm P.C. | Trustee Expenses Per Order Approving Third Interim Fee Application (Docket No. 343) | 3120-000 | | 4,352.72 | 23,353.12 |
| 04/02/25 | 128 | Northwest Federal Credit Union | April Adequate Protection Payment per Order Entered 2/27/25 Doc 336 | 4110-000 | | 5,398.80 | 17,954.32 |
| 04/02/25 | 129 | MainStreet Bank | April Adequate Protection Payment per Order Entered 2/27/25 Doc 336 | 4110-000 | | 13,500.00 | 4,454.32 |

Page Subtotals:        $70,000.00        $103,800.30

*{ } Asset Reference(s)*                                                                 *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 23-11983-KHK | Trustee Name: | Janet M. Meiburger (660410) |
| --- | --- | --- | --- |
| Case Name: | 25350 PLEASANT VALLEY LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2964 | Account #: | ******3409 Checking |
| For Period Ending: | 04/17/2025 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 250,252.80 | 245,798.48 | $4,454.32 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 250,252.80 | 245,798.48 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $250,252.80 | $245,798.48 | |

*{ } Asset Reference(s)*                                                                                   *! - transaction has not been cleared*

**Form 2**

Page:  5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-11983-KHK | **Trustee Name:** | Janet M. Meiburger (660410) |
| **Case Name:** | 25350 PLEASANT VALLEY LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***2964 | **Account #:** | ******3409 Checking |
| **For Period Ending:** | 04/17/2025 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $250,252.80 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $250,252.80 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3409 Checking | $250,252.80 | $245,798.48 | $4,454.32 |
| | **$250,252.80** | **$245,798.48** | **$4,454.32** |