**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| 25350 PLEASANT VALLEY LLC | ) | Case No. 23-11983-KHK |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |
| | ) | |

**APPLICATION FOR COMPENSATION FOR FORMER CHAPTER 7 TRUSTEE**

Janet M. Meiburger, former Chapter 7 Trustee (the "Trustee"), by her undersigned counsel, hereby files this Application for Compensation for Former Chapter 7 Trustee and states as follows in support thereof.

1.   On December 6, 2023, the Debtor filed a voluntary petition for relief pursuant to Chapter 11 Subchapter V of the Bankruptcy Code (the "Petition Date"). On April 19, 2024, the Court entered an order converting the case to a case under Chapter 7 (Docket No. 81).

2.   The Trustee was appointed on April 29, 2024 (Docket No. 90).  The case was reconverted to Chapter 11 by order entered on April 17, 2025 (Docket No. 351), at which point the Trustee ceased serving as trustee.

3.   During her service as Chapter 7 Trustee, the Trustee made disbursements in the amount of $245,798.48, as shown on the Chapter 7 Trustee's Report of Receipts and Disbursements (Docket No. 353).  The $245,798.48 does not include the $4,454.32 that the

Janet M. Meiburger, Esq., VA Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, VA 22101
(703) 556-7871
Counsel for Former Chapter 7 Trustee

Trustee refunded to the Debtor after the case was reconverted, because this was a payment to the Debtor for which the Trustee is not permitted to be compensated (11 U.S.C. §326(a)).

4.    As shown on Exhibit A, the commission allowable under 11 U.S.C. §326 on the amount disbursed by the Trustee is $15,539.92.  The Trustee requests that this commission be approved as a Chapter 7 administrative expense.

WHEREFORE, Janet M. Meiburger, former Chapter 7 Trustee, respectfully requests that the Court enter an order approving compensation in the amount of $15,539.92 for her service as Chapter 7 Trustee in this case.

Respectfully submitted

THE MEIBURGER LAW FIRM, P.C.

Dated: May 21, 2025        By:  /s/ Janet M. Meiburger
                                Janet M. Meiburger, Esq. (VSB No. 31842)
                                The Meiburger Law Firm, P.C.
                                1487 Chain Bridge Road, Suite 200
                                McLean, Virginia 22101
                                (703) 556-7871
                                Counsel to the Former Chapter 7 Trustee

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on the 21st day of May, 2025, a true and correct copy of the

foregoing Application for Compensation for Former Chapter 7 Trustee will be served by ECF e-

mail pursuant to the applicable Standing Order of the Court.


/s/ Janet M. Meiburger
Janet M. Meiburger


J:\Trustee\25350 Pleasant Valley LLC (23-11983)\Pleadings\Fee Applications\Trustee.Fee Application.1.docx

# EXHIBIT A

Printed:    04/25/2025 4.00 PM        **Trustee's Compensation**

**Debtor:**  25350 PLEASANT VALLEY LLC                    **Case:**  23-11983-KHK

### Computation of Compensation

Total disbursements to other than the debtor are:                                        245,798.48

Pursuant to 11 U.S.C. 326, compensation is computed as follows:

| | | | |
|---|---|---|---|
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 195,798.48 | = | 9,789.92 |
| 3% of Balance | 0.00 | = | 0.00 |

| | |
|---|---|
| **Calculated Total Compensation:** | **$15,539.92** |
| Adjustment: | 0.00 |
| **Total Compensation:** | **$15,539.92** |
| Less Previously Paid: | 0.00 |
| **Total Compensation Requested:** | **$15,539.92** |

### Trustee Expenses

No Expenses to report.

| | |
|---|---|
| **Subtotal Expenses:** | **$0.00** |
| Plus Adjustment: | 0.00 |
| **Total Expenses:** | **$0.00** |
| Less Previously Paid: | 0.00 |
| **Total Expenses Requested:** | **$0.00** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $15539.92 as compensation and $0.00 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated:    04/25/2025          Signed: _Janet M Meiburger_

Janet M. Meiburger, TRUSTEE
1487 Chain Bridge Rd, Ste 200
McLean, VA 22101