**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE:** | ) | |
| | ) | **Case No. 23-11983-KHK** |
| **25350 PLEASANT VALLEY LLC** | ) | **(Chapter 11)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ADMINISTRATIVE EXPENSE CLAIM**

The matter before the Court is the Application for Allowance of Administrative Expense Claim (the "Application") filed by Sadiq Hafiz ("Hafiz").

The Court makes the following findings of facts and conclusions of law:

1. The Court has jurisdiction over this matter, and it is a core proceeding pursuant to 28 U.S.C. Sections 157 and 1334.  Venue is proper in this district pursuant to 28 U.S.C. Sections 1408 and 1409.

2. On December 6, 2023, 25350 Pleasant Valley LLC (the "Debtor") filed a petition pursuant to Chapter 11 of the Bankruptcy Code.  On April 19, 2024, the case was converted to Chapter 7.  On April 17, 2025, the case was reconverted to Chapter 11.

3. Hafiz is a party to a Commercial Purchase Agreement (the "Agreement") with Janet Meiburger, formerly the Chapter 7 Trustee and now the Chapter 11 Trustee (the "Trustee"), for the purchase of commercial real property belonging to the Debtor located at Unit 180, 25350 Pleasant Valley Road, Chantilly, Virginia 20152 (the "Property").  The purchase price is $2,300,000.00.

4. By order docketed on November 12, 2024 (the "Order") [Docket No. 254], the Court gave conditional approval for the Trustee to complete the sale to Hafiz.

5. Hafiz, in reliance on the representations of the Trustee that the sale was moving forward, obtained a loan to purchase the Property and incurred and has paid or is legally obligated to pay a fee to a loan broker in the amount of $18,400.00 and a commitment fee to the lender in the amount of $7,500.00, and attorney's fees in an amount in excess of $5,000.00 (collectively, the "Out-of-Pocket Expenses").

6. Unbeknownst to Hafiz, while the sale remained pending, an owner of the Debtor, Elshan Bayramov ("Bayramov"), entered into negotiations with the Trustee along with two secured lenders to reconvert the Debtor's case to Chapter 11.

7. If Hafiz had not entered into the Agreement and moved forward with closing the sale of the Property, the Chapter 7 may have been dismissed and the stay lifted as to the Property, and the case would not have survived long enough to permit a reconversion to Chapter 11.

8. Pursuant to 11 U.S.C. § 503(b)(1)(A), an entity may be allowed administrative expenses, including "the actual, necessary costs and expenses of preserving the estate."

9. Hafiz incurred the Out-of-Pocket Expenses as a result of his good faith attempts to consummate the sale of the Property which benefitted the estate.

10. Hafiz entered into a post-petition transaction with the Trustee, and the expenses he incurred provided a benefit to the estate.

11. Notice of this Application has been provided to the parties listed on the Certificate of Service on the Notice provided with the Application, and no further notice is required.

12. No party has filed an objection to the Application.

13. To avoid the possibility of litigation, and in the interest of allowing the Debtor to show feasibility with respect to its plan, Hafiz has agreed to reduce his administrative claim to $20,000.00.

As such, it is

ORDERED:

That the Application is granted and Hafiz has an administrative claim pursuant to 11 U.S.C. Section 503(b)(1)(A) in the amount of $20,000.00;

The estate shall pay such claim promptly to Hafiz by making a $10,000.00 payment upon the Effective Date of any confirmed plan, followed by six (6) consecutive monthly payments of $1,500.00 each, followed by a single, final payment of $1,000.00 in the seventh (7th) consecutive month following the Effective Date.

Dated: Jun 19 2025

/s/ Klinette H Kindred

Hon. Klinette H. Kindred
United States Bankruptcy Judge

We ask for this:

**SADIQ HAFIZ**
By Counsel

Entered On Docket: Jun 20 2025

/s/ W. Calvin Smith
W. Calvin Smith (VSB No. 46461)
DUNLAP BENNETT & LUDWIG PLLC
211 Church Street S.E.
Leesburg, Virginia 20175
Phone: (540) 556-4289
Fax: (703) 777-3656
E-mail: csmith@dbllawyers.com

**SEEN AND NOT OBJECTED TO:**


JOHN P. FOREST, II, COUNSEL FOR THE DEBTOR

/s/ John P. Forest, II
John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
Telephone: (703) 691-4940
Email: john@forestlawfirm.com


## Certification Pursuant to Local Rule 9-22-1(c)

 I hereby certify that this Order has been endorsed by all necessary parties.

/s/ W. Calvin Smith