**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| 25350 PLEASANT VALLEY LLC | ) | Case No. 23-11983-KHK |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |
| | ) | |

**ORDER APPROVING FOURTH AND FINAL APPLICATION**
**FOR COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR COUNSEL TO THE TRUSTEE**

Upon consideration of the Fourth and Final Application for Compensation and Reimbursement of Expenses for Counsel to the Trustee  (the "Application") (Docket No. 377), filed on behalf of The Meiburger Law Firm, P.C. (the "Firm"), counsel to Janet M. Meiburger, former Chapter 7 Trustee (the "Trustee") in the above captioned case, and no objections having been filed, and after a hearing thereon, and for good cause shown, it is hereby

ORDERED that the requested compensation of $10,000.00 for services rendered by the Firm from February 1, 2025 to May 21, 2025 is hereby approved; and it is further

ORDERED that the amount allowed for expense reimbursements is $1,078.35, and the total amount approved is $11,078.35 as a Chapter 7 administrative expense; and it is further

ORDERED that the approved amount shall be paid upon the effective date of a confirmed plan of reorganization or pursuant to further order of the Court.

Date: Jun 24 2025                                   /s/ Klinette H Kindred

                                                    U.S. Bankruptcy Judge

Janet M. Meiburger, VA State Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, Virginia 22101
Phone:  (703) 556-7871
Counsel for Chapter 7 Trustee

Entered on Docket:   Jun 24 2025

I ASK FOR THIS:


/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VA Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, Virginia 22101
Phone: (703) 556-7871
Counsel to the Chapter 7 Trustee



SEEN:


/s/ John P. Forest, II
John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
Counsel for the Debtor

<u>Local Rule 9022-1(C) Certification</u>

I hereby certify that the foregoing [proposed] Order Approving Fourth and Final

Application for Compensation and Reimbursement of Expenses for Counsel to the Trustee has

been endorsed by all necessary parties.

/s/ Janet M. Meiburger
Janet M. Meiburger, Trustee

3

**PARTIES TO RECEIVE COPIES BY MAIL:**

NONE