**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| 25350 PLEASANT VALLEY LLC | ) | Case No. 23-11983-KHK |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |
| | ) | |

**ORDER APPROVING APPLICATION FOR
COMPENSATION FOR FORMER CHAPTER 7 TRUSTEE**

Upon consideration of the Application for Compensation for Former Chapter 7 Trustee

(the "Application") (Docket No. 376), filed on behalf of Janet M. Meiburger, former Chapter 7

Trustee, and no objections having been filed, and after a hearing thereon, and for good cause

shown, it is hereby

ORDERED that the requested compensation of $15,539.92 for services rendered by the

former Chapter 7 Trustee is hereby approved as a Chapter 7 administrative expense; and it is

further

ORDERED that the approved amount shall be paid upon the effective date of a confirmed

plan of reorganization or pursuant to further order of the Court.

Date: Jun 24 2025

/s/ Klinette H Kindred
U.S. Bankruptcy Judge

Entered on Docket: Jun 24 2025

Janet M. Meiburger, VA State Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, Virginia 22101
Phone:   (703) 556-7871
Counsel for Chapter 7 Trustee

I ASK FOR THIS:


/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VA Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, Virginia 22101
Phone: (703) 556-7871
Counsel to the Chapter 7 Trustee



SEEN:


/s/ John P. Forest, II
John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
Counsel for the Debtor

2

<u>Local Rule 9022-1(C) Certification</u>

I hereby certify that the foregoing [proposed] Order Approving Application for

Compensation for Former Chapter 7 Trustee has been endorsed by all necessary parties.

/s/ Janet M. Meiburger
Janet M. Meiburger, Trustee

3

**PARTIES TO RECEIVE COPIES BY MAIL:**

NONE