**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

25350 Pleasant Valley LLC                              Case No. 23-11983-KHK
                                                       Chapter 11

Debtor

**ORDER DENYING CONFIRMATION OF CHAPTER 11 PLAN OF**
**REORGANIZATION AND ORDER FOR DEBTOR TO SHOW CAUSE**

This matter was before the Court on March 3, 2026 for a hearing on the Debtor's Fifth

Amended Plan of Reorganization (Docket No. 494) (the "Amended Plan"). The Debtor, the U.S.

Trustee, Elshan Bayramov, Northwest Federal Credit Union, Mainstreet Bank, Epic at Dulles South

Commercial Condominium, American Credit Acceptance, LLC, and Automotive Finance

Corporation, all appeared by counsel.  At the hearing, the Court announced its ruling from the bench

that confirmation would be denied because the proposed Amended Plan violated the absolute priority

rule.  Additionally, the Court announced its intention to set a show cause hearing for the Debtor to

appear and explain why the case should not be converted due to its apparent inability to propose a

confirmable plan.  At a hearing held on October 28, 2025, in the context of denying approval of a

previous disclosure statement, the Court ruled that the Debtor would be given one final opportunity

to propose a confirmable plan.  Docket No. 461, pg. 14. ("So I'm going to deny approval of this

disclosure statement. And I'm going to give you an opportunity to present one final disclosure

statement with a confirmable plan. And we'll set that out for -- I want to have you file that by

November 24th and set it on the next available docket.").  Accordingly, the Debtor was placed on

notice at that hearing that this would be the final chance to propose a confirmable plan.

Upon review of the docket in this case, the Court also observes that the Debtor appears to be

delinquent in its obligation to file monthly operating reports, and, based on the reports that have been tardily filed, it appears that the Debtor is operating at a net loss.  Docket Nos. 495, 512.  As a result, it appears that cause to convert or dismiss this case may exist under 11 U.S.C. § 1112(b)(4)(A), (F), (J) and (M).  For the reasons stated on the record at the hearing and for the reasons stated herein, it is hereby,

**ORDERED:**

1.   Confirmation of the Debtor's Amended Plan of Reorganization (Docket No. 494) is DENIED.

2.   A hearing will be held on **April 7, 2026 at 12:00 PM.**

3.   The Debtor shall appear and show cause, if any, why this case should not be converted or dismissed for cause.

4.   The Clerk shall provide a copy of this order and notice of its entry to the parties listed below.

Dated: Mar 6 2026

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

**Electronic copies to:**

John P. Forest
*Counsel for the Debtor*

Jack Frankel
*Office of the U. S. Trustee*

Christopher L. Rogan
*Counsel for Elshan Bayramov*

Entered On Docket: Mar 6 2026

2