IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11983-KHK |
| | ) | (Chapter 11) |
| 25350 PLEASANT VALLEY LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DECLARATION IN SUPPORT OF APPLICATION TO APPROVE
EMPLOYMENT OF MAURICE B. VERSTANDIG, ESQ. AND THE
VERSTANDIG LAW FIRM AS GENERAL REORGANIZATION COUNSEL
TO DEBTOR AND TO APPROVE PAYMENT OF POST-PETITION RETAINER**

1.      My name is Maurice VerStandig, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2.      I am an attorney licensed to practice before the highest courts of the Commonwealth of Virginia, the District of Columbia, the State of Nevada, the State of Maryland, and the State of Florida; as well as before the United States District and Bankruptcy Courts for the Eastern District of Virginia, the District of Columbia, the District of Maryland, the Northern District of Florida, the Middle District of Florida, the Southern District of Florida, the District of Nevada, the Western District of Wisconsin, the District of Colorado, the District of Nebraska, the Southern District of Illinois, the Central District of Illinois, the Eastern District of Oklahoma, the Eastern District of Missouri, and the District of North Dakota; as well as before the United States District Court for the Western District of Virginia; as well as before the Supreme Court of the United States; as well as before the United States Courts of Appeal for the District of Columbia Circuit, the Fourth Circuit, the Eleventh Circuit, and the Ninth Circuit; as well as before the United States Tax Court.

1

3.      I maintain a mailing address, within the State of Nevada, of 1452 W. Horizon Ridge Parkway, #665, Henderson, Nevada 89012 and, within the District of Columbia, a mailing address of 1050 Connecticut Avenue, Suite 500, Washington, District of Columbia 20036.

4.      I represent no other entity in connection with this case and am disinterested as that term is defined in 11 U.S.C. §101(14).  I (i) am not a creditor, an equity security holder, or an insider of Debtor; (ii) am not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of the Debtor; and (iii) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.  Further, I hold no interest adverse to the interest of the Debtor.

5.      For want of ambiguity, I have professional relationships with various attorneys representing differing parties in this case, I represent unrelated parties—in unrelated, pending cases—adverse to certain parties in this case (including the United States Small Business Administration and Internal Revenue Service), and I represent unrelated parties—in unrelated, yet-to-be-filed cases—similarly adverse to certain parties in this case.

6.      Excepting those disclosed above, I have no connection with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

7.      All facts contained in the application to which this declaration is affixed are true and correct to the best of my knowledge.

*[Signature on Following Page]*

2

I, Maurice VerStandig, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.


Dated: April 3, 2026                                      /s/ Maurice B. VerStandig
                                                          Maurice B. VerStandig, Esq.