Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11983-KHK |
| | ) | (Chapter 11) |
| 25350 PLEASANT VALLEY LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO EXPEDITE CONSIDERATION OF—AND TO
SHORTEN TIME TO RESPOND TO—APPLICATION TO APPROVE EMPLOYMENT
OF MAURICE B. VERSTANDIG, ESQ. AND THE VERSTANDIG
LAW FIRM AS GENERAL REORGANIZATION COUNSEL TO
<u>DEBTOR AND TO APPROVE PAYMENT OF POST-PETITION RETAINER</u>**

Upon consideration of the Motion to Expedite Consideration of—and to Shorten Time to

Respond to—Application to Approve Employment of Maurice B. VerStandig, Esq. and The

VerStandig Law Firm as General Reorganization Counsel to Debtor and to Approve Payment of

Post-Petition Retainer (the "Motion") filed by 25350 Pleasant Valley LLC, any objection thereto,

governing law, the record herein, and evidence adduced at a hearing thereupon, it is, by the United

States Bankruptcy Court for the Eastern District of Virginia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that any objections to the application to employ new counsel, or to pay a post-

petition retainer to new counsel (the "Application"), shall be filed not later than 5:00 pm on

Monday, April 6, 2026; and it is further

ORDERED, that a hearing on the Application shall be conducted at 12:00 pm on Tuesday, April 7, 2026.

Date: _____

_____
Hon. Klinette H. Kindred
United States Bankruptcy Judge

### <u>LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION</u>

I HEREBY CERTIFY that a copy of this order is being served with the underlying Motion. Given the emergent nature of the underlying Motion, this order has *not* been circulated for endorsement.

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig