Maurice B. VerStandig, Esq.
Bar No. 81556
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11983-KHK |
| | ) | (Chapter 11) |
| 25350 PLEASANT VALLEY LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION TO CONTINUE SHOW CAUSE HEARING**

Comes now 25350 Pleasant Valley LLC (the "Debtor" or "Movant"), pursuant to Local Rule 9013-1(J), and moves this Honorable Court to continue—to April 21, 2026 at 12:00 pm—the hearing on the order to show cause, DE #519, currently scheduled for April 7, 2026, and in support thereof states as follows:

As noted in prior filings of even date, the Debtor's counsel is no longer able to appear before this Honorable Court. Almost immediately upon learning of this development, the Debtor sought to engage new counsel, and undersigned proposed counsel has now applied to be engaged in this matter and for allowance of the payment of a post-petition retainer. *See* Employment Application, DE #526. The Debtor has also moved to have the engagement of new counsel considered on an expedited basis. *See* Motion to Expedite, DE #527.

1

A continuance of the aforementioned show cause hearing is respectfully requested so the Debtor may (i) have sufficient time for new counsel to be employed and come up to speed; and (ii) file a motion seeking to sell the estate's lone notable asset, to a third party, arm's length buyer, with hopes such a sale may address the concerns raised by this Honorable Court in the show cause order, DE #519.

Counsel for various other interested parties have been contact and indicated as follows: (a) American Credit Acceptance, LLC has no objection to the employment of counsel or to an adjournment of the hearing if necessary; (b) Automotive Finance Corporation has no objection; (c) MainStreet Bank is agreeable to the continuance; and (d) the United States Trustee is not in a position to agree to a continuance.

WHEREFORE, the Debtor respectfully prays this Honorable Court (i) continue—to 12:00 pm on April 21, 2026—the hearing on the order to show cause found at DE #519; and (ii) afford such other and further relief as may be just and proper.

                                        Respectfully submitted,

Dated: April 3, 2026                    By: /s/ Maurice B. VerStandig
                                            Maurice B. VerStandig, Esq.
                                            Bar No. 81556
                                            The Belmont Firm
                                            1050 Connecticut Avenue, NW
                                            Suite 500
                                            Washington, DC 20036
                                            Phone: (202) 991-1101
                                            Facsimile: (301) 444-4600
                                            mac@dcbankruptcy.com
                                            *Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig