Maurice B. VerStandig, Esq.
Bar No. 81556
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11983-KHK |
| | ) | (Chapter 11) |
| 25350 PLEASANT VALLEY LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING MOTION TO CONTINUE SHOW CAUSE HEARING

Upon consideration of the Motion to Continue Show Cause Hearing (the "Motion") filed

by 25350 Pleasant Valley LLC, any objection thereto, governing law, the record herein, and

evidence adduced at a hearing thereupon, it is, by the United States Bankruptcy Court for the

Eastern District of Virginia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the hearing on the order to show cause, previously scheduled for April 7,

2026, be, and hereby is, CONTINUED to April 21, 2026 at 12:00 pm.

.

Date: _____

_____
Hon. Klinette H. Kindred
United States Bankruptcy Judge

## <u>LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION</u>

I HEREBY CERTIFY that a copy of this order is being served with the underlying Motion. Given the emergent nature of the underlying Motion, this order has *not* been circulated for endorsement.

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig