**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          **12/17**

Month: _____                     Date report filed: _____
                                                          MM / DD / YYYY

Line of business: _____                NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |
| **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Debtor Name _____     Case number_____

17.  Have you paid any bills you owed before you filed bankruptcy?   ❏   ❏   ❏

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❏   ❏   ❏

---

## ◼ 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ _____

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.     $ _____

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.     − $ _____

Report the total from *Exhibit D* here.

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.     + $ _____
This amount may be different from what you may have calculated as *net profit*.

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ _____

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

---

## ◼ 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**     $ _____

*(Exhibit E)*

---

Debtor Name   _____        Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                    $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                       _____

27. What is the number of employees as of the date of this monthly report?                                          _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ _____

30. How much have you paid this month in other professional fees?          $ _____

31. How much have you paid in total other professional fees since filing the case?          $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | **–** | **Actual** | **=** | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | **–** | $ _____ | **=** | $ _____ |
| 33. **Cash disbursements** | $ _____ | **–** | $ _____ | **=** | $ _____ |
| 34. **Net cash flow** | $ _____ | **–** | $ _____ | **=** | $ _____ Improved) |

35. Total projected cash receipts for the next month:                                                          $ _____

36. Total projected cash disbursements for the next month:                                                   **-** $ _____

37. Total projected net cash flow for the next month:                                                        **=** $ _____

Debtor Name   _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# Exhibit C – Cash Receipts

**Debtor:** 25350 Pleasant Valley LLC
**Case No.:** 23-11983-KHK
**Reporting Period:** February 2026

## Cash Receipts for the Month Ended February 28, 2026

### Total Cash Receipts

**$25,000.00**

### Details and Reconciliation

- All receipts were deposited into the Wells Fargo Debtor-in-Possession (DIP) account.
- Auto Deal Makers LLC paid the regular February 2026 rent in the amount of **$12,500.00**.
- KBL Auto Repair LLC paid the regular February 2026 rent in the amount of **$12,500.00**.
- No prior-period arrears or non-operating receipts were received during February 2026.
- Total cash receipts of **$25,000.00** reconcile exactly to **Form 425C Line 20** and the February 2026 Wells Fargo bank statement (see deposits on February 18, 2026).

### Transaction Detail

| Date | Source / Payor | Description | Amount ($) |
|---|---|---|---|
| 02/18/2026 | Auto Deal Makers LLC (ADM) | Rent payment – February 2026 | 12,500.00 |
| 02/18/2026 | KBL Auto Repair LLC | Rent payment – February 2026 | 12,500.00 |

### Notes

- February 2026 reflects **normalized recurring rental income** from both tenants.
- Unlike January 2026, no arrearage cure payments were received.
- The debtor continues to maintain stable rental operations with both tenants current for the reporting period.

# Exhibit D – Cash Disbursements

**Debtor:** 25350 Pleasant Valley LLC
**Case No.:** 23-11983-KHK
**Reporting Period:** February 2026

## Cash Disbursements for the Month Ended February 28, 2026

### Total Cash Disbursements

**$19,167.50**

### Details and Reconciliation

- All disbursements were made directly from the Wells Fargo Debtor-in-Possession (DIP) account.
- A MainStreet Bank mortgage payment of **$13,500.00** was made during February 2026.
- A mortgage servicing payment of **$5,500.00** was made to Northwest Federal Credit Union.
- Administrative expenses paid to Fairfax Accounting totaled **$117.50**.
- Bank wire fees totaled **$50.00**.
- No SBA EIDL payments were made during February 2026.
- Total cash disbursements of **$19,167.50** reconcile exactly to **Form 425C Line 21** and the February 2026 Wells Fargo bank statement.

### Transaction Detail

| Date | Payee | Purpose / Description | Amount ($) |
|---|---|---|---|
| 02/02/2026 | Wells Fargo Bank | Wire Transfer Service Fee | 25.00 |
| 02/02/2026 | MainStreet Bank | Mortgage Payment | 13,500.00 |
| 02/09/2026 | Fairfax Accounting | Administrative / Accounting Services | 70.00 |
| 02/23/2026 | Wells Fargo Bank | Wire Transfer Service Fee | 25.00 |
| 02/23/2026 | Northwest Federal Credit Union | Mortgage Servicing Payment | 5,500.00 |
| 02/23/2026 | Fairfax Accounting | Administrative / Accounting Services | 47.50 |

**Notes**

- February 2026 reflects **reduced cash outflow compared to January**, primarily due to:
  - Lower NWFCU servicing payment ($5,500 vs. $11,000 in January)
  - No SBA EIDL payments during the period
- Operating expenses remain **stable and predictable**, consisting primarily of mortgage obligations and minimal administrative costs.
- All disbursements are consistent with ordinary course property operations.

# Exhibit E – Unpaid Bills (Accrued / Plan Obligations)

**Debtor:** 25350 Pleasant Valley LLC
**Case No.:** 23-11983-KHK
**Reporting Period:** February 2026

## Unpaid / Reserved Obligations as of February 28, 2026

**Total Unpaid / Reserved Plan Obligations**

**$153,016.00**

# Notes

- The obligations listed below represent **plan-level liabilities and accrued expenses** associated with the property and Chapter 11 process.
- These amounts remain **reserved for payment through the Chapter 11 plan or confirmation process**.
- No payments toward these obligations were made during February 2026.
- The increase from January reflects the **monthly accrual of condominium fees for February 2026 ($2,500.00)**.
- All tenant obligations are current as of February 2026, and no tenant receivables are included in this schedule.

# Detail of Unpaid Obligations

| Date Incurred | Payee / Obligation | Purpose / Description | Amount ($) |
|---|---|---|---|
| Ongoing | Condo Association | Condo Fees – Catch-Up (Pre-Ch.11 Accrued) | 72,516.00 |
| Pending | Sadiq Hatiz (Buyer) | Buyer Refund (App/DJ) | 20,000.00 |
| Pending | Condo Association | Legal Expenses (per agreement) | 12,500.00 |
| Pending | Chapter 11 Counsel – John Forest | Legal Fees | 25,000.00 |
| Pending | MainStreet Bank | Forbearance-Related Deficiency | 18,000.00 |
| January Accrual | Condo Association | Monthly Condo Fees | 2,500.00 |
| February Accrual | Condo Association | Monthly Condo Fees | 2,500.00 |

# Summary

- **January Total:** $150,516.00
- **February Increase:** +$2,500.00
- **Ending Balance: $153,016.00**

# Exhibit F – Money Owed to Debtor (Receivables)

**Debtor:** 25350 Pleasant Valley LLC
**Case No.:** 23-11983-KHK
**Reporting Period:** February 2026

## Receivables as of February 28, 2026

**Total Receivables : $600,560.00**

## Notes

- The receivable from Total Auto Financing LLC represents funds previously advanced in connection with intercompany financing arrangements.
- No payments were received on this receivable during February 2026.
- All tenant rent obligations for February 2026 were paid in the ordinary course and are **not reflected as receivables**.
- Receivables previously listed in earlier reports relating to Caspian Auto House, EAE Auto Motors, Intizar Gasimov, Autoline of VA, and EG Group LLC remain excluded and are **not carried on the debtor's books**.
- As of February 28, 2026, the debtor's **only remaining receivable** is the intercompany loan receivable from Total Auto Financing LLC.

## Detail of Receivables

| Debtor / Obligor | Description | Amount ($) | Status |
|---|---|---|---|
| Total Auto Financing LLC | Loan Receivable | 600,560.00 | Outstanding |

# Exhibit G – Bank Reconciliation

**Debtor:** 25350 Pleasant Valley LLC
**Case No.:** 23-11983-KHK
**Reporting Period:** February 2026

## Wells Fargo Debtor-in-Possession Account Reconciliation

(Account ending in 8954)

### Ending Balance – February 28, 2026

**$20,101.35**

## Reconciliation

### Activity Summary

| Description | Amount ($) |
|---|---|
| Beginning Balance – February 1, 2026 | 14,268.85 |
| Add: Total Cash Receipts (Exhibit C) | 25,000.00 |
| **Subtotal** | 39,268.85 |
| Less: Total Cash Disbursements (Exhibit D) | (19,167.50) |

### Calculated Ending Balance

**$20,101.35**

## Bank Statement Reconciliation

| Description | Amount ($) |
|---|---|
| Wells Fargo Statement Ending Balance | 20,101.35 |
| Outstanding Checks | 0.00 |
| Deposits in Transit | 0.00 |

# Reconciliation Confirmation

The adjusted bank balance matches the cash on hand reported on **Line 23 of the February 2026 Monthly Operating Report**.

# Notes

- The debtor maintains one operating account, the Wells Fargo Debtor-in-Possession account.
- The debtor also has a Sweep Account that pays directly to NWFCU.
- All receipts and disbursements during the reporting period flowed through this account.
- No outstanding checks or deposits in transit existed at the end of the reporting period.
- The reconciliation confirms that all reported activity in Exhibits C and D ties precisely to the February 2026 bank statement.

# Exhibit H – Budget vs. Actual Comparison

**Debtor:** 25350 Pleasant Valley LLC
**Case No.:** 23-11983-KHK
**Reporting Period:** February 2026

## Budget vs. Actual Cash Flow – February 2026

### Explanation of Variance

The variance between projected and actual results for February 2026 is primarily attributable to the following:

### 1. Stable Cash Receipts (On Target)

Cash receipts for February 2026 totaled **$25,000.00**, which is consistent with the projected rental income from the debtor's two tenants:

- Auto Deal Makers LLC – $12,500
- KBL Auto Repair LLC – $12,500

Unlike January 2026, no prior-period arrearage payments were received. February reflects **normalized, recurring rental operations**, and actual receipts matched projections.

### 2. Lower Than Projected Disbursements

Actual cash disbursements for February 2026 were **$19,167.50**, compared to projected disbursements of **$25,330.00**.

This favorable variance of **$6,162.50** is primarily due to:

- Reduced mortgage servicing payment to Northwest Federal Credit Union ($5,500 vs. $11,000 in January)
- Absence of SBA EIDL loan payments during the reporting period
- Continued control over administrative expenses

### 3. Positive Net Cash Flow

As a result of stable receipts and reduced disbursements, the debtor generated **positive net cash flow of $5,832.50**, compared to a projected **negative net cash flow of ($330.00)**.

This represents a favorable variance of **$6,162.50**.

The debtor's operating results for February 2026 reflect:

- **Consistent rental income** from stabilized tenants
- **Improved cost efficiency** relative to projections
- **Positive monthly cash flow**, demonstrating sustainable operations

The property continues to operate in the ordinary course, with predictable income and controlled expenses.

# Budget vs. Actual Table

| Category | Projected (January MOR) | Actual (February 2026) | Difference |
|---|---|---|---|
| Cash Receipts | $25,000.00 | $25,000.00 | $0.00 |
| Cash Disbursements | $25,330.00 | $19,167.50 | $6,162.50 |
| Net Cash Flow | ($330.00) | $5,832.50 | $6,162.50 |

# Exhibit I – Profit and Loss Statement

**Debtor:** 25350 Pleasant Valley LLC
**Case No.:** 23-11983-KHK
**Reporting Period:** February 1 – February 28, 2026

## Income

### Total Income

**$25,000.00**

| Description | Amount ($) |
|---|---:|
| Rental Income – Auto Deal Makers LLC | 12,500.00 |
| Rental Income – KBL Auto Repair LLC | 12,500.00 |

## Operating Expenses

### Total Operating Expenses

**$19,167.50**

| Description | Amount ($) |
|---|---:|
| Mortgage Payment – MainStreet Bank | 13,500.00 |
| Mortgage Servicing Payment – NWFCU | 5,500.00 |
| Accounting / Administrative Services | 117.50 |
| Bank Wire Fees | 50.00 |

## Net Operating Income

### Net Income

**$5,832.50**

# Summary

| Description | Amount ($) |
| --- | --- |
| Total Income | 25,000.00 |
| Total Expenses | (19,167.50) |
| **Net Income** | **5,832.50** |

# Notes

- **The debtor operates a single asset real estate property located at 25350 Pleasant Valley Road, Chantilly, Virginia.**
- **Rental income for February 2026 reflects standard recurring lease payments from both tenants:**
  - **Auto Deal Makers LLC – $12,500**
  - **KBL Auto Repair LLC – $12,500**
- **Unlike January 2026, no arrearage cure payments were received; February reflects normalized operating conditions.**
- **Operating expenses decreased compared to the prior month, primarily due to:**
  - **Reduced NWFCU servicing payment**
  - **No SBA EIDL loan payments during the period**
- **The debtor generated positive net operating income of $5,832.50, demonstrating stable and sustainable property performance.**

# Exhibit J – Balance Sheet

**Debtor:** 25350 Pleasant Valley LLC
**Case No.:** 23-11983-KHK
**As of:** February 28, 2026

## Assets

### Current Assets

| Description | Amount ($) |
|---|---|
| Cash – Wells Fargo DIP | 20,101.35 |
| Loan Receivable – Total Auto Financing LLC | 600,560.00 |
| Escrow Held by Counsel (Chris Rogan) | 170,000.00 |
| Escrow Held by Epic Condo | 15,000.00 |

### Total Current Assets

**$805,661.35**

### Fixed Assets

| Description | Amount ($) |
|---|---|
| Real Estate – 25350 Pleasant Valley Rd | 4,200,000.00 |

### Total Fixed Assets

**$4,200,000.00**

## Total Assets

**$5,005,661.35**

## Liabilities

### Secured Debt

| Creditor | Description | Amount ($) |
|---|---|---|
| MainStreet Bank | First Mortgage | 2,700,000.00 |
| Northwest Federal Credit Union | Second Mortgage | 1,600,000.00 |

### Total Secured Debt

**$4,300,000.00**

### Other Liabilities / Accrued Obligations

| Description | Amount ($) |
|---|---|
| Condo Fee Catch-Up | 72,516.00 |
| Sadiq Hatiz Refund Obligation | 20,000.00 |
| Condo Legal Expenses | 12,500.00 |
| Legal Fees – John Forest | 25,000.00 |
| MainStreet Forbearance Obligation | 18,000.00 |
| Monthly Condo Accrual (Jan + Feb) | 5,000.00 |

### Total Other Liabilities

**$153,016.00**

# Total Liabilities

**$4,453,016.00**

# Member Equity

| Description | Amount ($) |
|---|---|
| Member Equity | 552,645.35 |

# Total Liabilities & Equity

**$5,005,661.35**

# Initiate Business Checking™

February 28, 2026 ■ Page 1 of 4

**WELLS FARGO**

25350 PLEASANT VALLEY LLC
UNIT 180
25350 PLEASANT VALLEY RD STE 165
CHANTILLY VA 20152-1316

Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

File your taxes early to help prevent identity theft.

File early to help prevent someone else from filing taxes in your name. Find other tips at wellsfargo.com/spottaxscams.

Spot check fraud. Report it quickly.

If you write checks, make sure the person you sent it to actually receives and deposits it. Fraudsters target the mail and look for checks they can alter and deposit into their own accounts. They may keep the amount the same, so it's important to look at the check image and see if it has been changed. You can view checks online, or request check images by contacting us via phone or visiting a branch location. Report check fraud as soon as you notice it.

**WELLS FARGO**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $14,268.85 |
| Deposits/Credits | 25,000.00 |
| Withdrawals/Debits | - 19,167.50 |
| Ending balance on 2/28 | $20,101.35 |

Account numbe ⊠ 8954  (primary account)

25350 PLEASANT VALLEY LLC

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  051400549

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/2 | | Wire Trans Svc Charge - Sequence: 260202118167 Srf# Ow00006579500764 Trn#260202118167 Rfb# Ow00006579500764 | | 25.00 | |
| 2/2 | | WT Fed#03R01 Mainstreet Bank /Ftr/Bnf=Main Street Bank Srf# Ow00006579500764 Trn#260202118167 Rfb# Ow00006579500764 | | 13,500.00 | 743.85 |
| 2/9 | < | Business to Business ACH Debit - Fairfax Accounti ACH 260206 703-865-6161 25350 Pleasant Valle | | 70.00 | 673.85 |
| 2/18 | | WT Fed#02M03 Jpmorgan Chase Ban /Org=Auto Deal Makers LLC Srf# 3648456049Es Trn#260218192086 Rfb# Bmg of 26/02/18 | 12,500.00 | | |
| 2/18 | | WT Fed#02M03 Jpmorgan Chase Ban /Org=Kbl Auto Repair LLC Srf# 3649346049Es Trn#260218192444 Rfb# Bmg of 26/02/18 | 12,500.00 | | 25,673.85 |
| 2/23 | | Wire Trans Svc Charge - Sequence: 260223149799 Srf# Ow00006654357813 Trn#260223149799 Rfb# Ow00006654357813 | | 25.00 | |
| 2/23 | | WT Fed#03R00 Northwest Fcu /Ftr/Bnf=25350 Pleasant Valley LLC Srf# Ow00006654357813 Trn#260223149799 Rfb# Ow00006654357813 | | 5,500.00 | |
| 2/23 | < | Business to Business ACH Debit - Fairfax Accounti ACH 260219 703-865-6161 25350 Pleasant Valle | | 47.50 | 20,101.35 |
| Totals | | | $25,000.00 | $19,167.50 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH:  If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2026 - 02/28/2026 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Average ledger balance | $1,000.00 | $9,804.00 ÷ |
| • Minimum daily balance | $500.00 | $673.85 ÷ |

**WELLS FARGO**

*Monthly service fee summary (continued)*

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 4 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

Important updates to your Initiate Business Checking Account

We value your business and appreciate the trust you place in us. To continue providing competitive banking solutions, we're making updates to your Initiate Business Checking account, effective March 1, 2026.

What's changing?
To continue enhancing the value we provide, we're adjusting some features of your Initiate Business Checking account. For fee periods beginning on or after March 1, 2026:
- Monthly Service Fee: Increasing from $10 to $15.
- Ways to Avoid the Fee:
1. Minimum daily balance requirement will increase from $500 to $2,000.
2. New option: Maintain a combined business deposit balance of $5,000 or more across eligible business checking, savings, and time accounts.
3. Removed option: The $1,000 average ledger balance method will no longer apply.

How to avoid the monthly service fee (Effective starting March 1, 2026)
You'll still have multiple ways to avoid the $15 monthly service fee by meeting any one of the following criteria:
- Maintain a minimum daily balance of $2,000 in your Initiate Business Checking account.
- Maintain a combined deposit balance of $5,000 or more across eligible business accounts.
- Own a Premier Checking, Private Bank Checking, or Private Bank Interest Checking account.

See the Business Account Fee and Information Schedule and Deposit Account Agreement at www.wellsfargo.com/biz/fee-information for additional business account information.

Need help?
If you have any questions or would like to explore other business checking options, your relationship manager is here to help. You can reach us anytime at 1-800-225-5935.

Thank you for choosing us to support your business - we're excited to continue growing together!

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount  $ | |

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . .  $ _____

ADD
B. Any deposits listed in your        $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   TOTAL  $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                        TOTAL  $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# NORTHWEST FEDERAL CREDIT UNION

**PO Box 532**
**Herndon, VA 20170-0532**
**703-709-8900**

Member Number  27208

25350 PLEASANT VALLEY LLC
25350 PLEASANT VALLEY ROAD
SUITE 180
CHANTILLY VA 20152

## Payment Information

| | |
|---|---|
| Account Number | 7208 |
| Statement Closing Date | 02/14/2026 |
| Payment Due Date | 03/01/2026 |
| Past Due Amount | $0.00 |
| Current Due Amount | $85,332.32 |
| Minimum Payment Due | $85,332.32 |

## Commercial Loan/Commercial Real Estate

### Loan Details

| | |
|---|---|
| Interest Rate | 6.00% |
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Checks & Advances | $0.00 |
| Other Charges | $-704.68 |

| Date | Description of Transactions | Amount | Balance |
|---|---|---|---|
| 01/18/2026 | Starting Principal Balance | $1,363,890.88 | $1,363,890.88 |
| 01/28/2026 | Late Charge Waive | $704.68 | |
| 01/28/2026 | Payment Reversal | $5,500.00 | |
| 01/28/2026 | Payment Reversal | $5,500.00 | |
| 01/28/2026 | Regular Payment - Note Interest | $5,500.00 | |
| 01/28/2026 | Regular Payment - Note Interest | $5,500.00 | |
| | Ending Balance | | $1,363,890.88 |

25350 PLEASANT VALLEY LLC
25350 PLEASANT VALLEY ROAD
SUITE 180
CHANTILLY VA 20152

**Account Number**  **27208**

**Total Due** **$85,332.32**

**Extra Principal**

**Total Enclosed** $

NWFCU
PO Box 532
Herndon, VA 20170-0532

Direct inquiries to 844-75-66900
P.O. Box 1229 Herndon VA 20172-1229

**NW NORTHWEST FEDERAL CREDIT UNION**

Member Number **27208

As of February 28, 2026

25350 PLEASANT VALLEY LLC
25350 PLEASANT VALLEY RD STE 180
CHANTILLY VA 20152-1317

| ACCOUNTS AT A GLANCE | | | |
|---|---|---|---|
| Account(s) | Start Balance | End Balance | APY Earned |
| BUSINESS SAVINGS - # **27208 | -$ 174.00 | $ 1.00 | |
| BUSINESS BASIC CHECKING - # **27208 | -$ 166.49 | $ 8.51 | |
| | Total | $ 9.51 | |

| BUSINESS SAVINGS - # **27208 | | | |
|---|---|---|---|
| Date | Transaction Description | Transaction Amount | Balance |
| 02/01/2026 | Beginning Balance | | -$ 174.00 |
| 02/02/2026 | Eff. 01-31 Descriptive Deposit Pos Pay Bundle Fee Correction | $ 50.00 | -$ 124.00 |
| 02/02/2026 | Eff. 01-31 Descriptive Deposit Pos Pay Bundle Fee Correction (Rejected) | -$ 50.00 | -$ 174.00 |
| 02/02/2026 | Eff. 01-31 Descriptive Deposit Credit Orig PosPay Correction | $ 35.00 | -$ 139.00 |
| 02/02/2026 | Eff. 01-31 Descriptive Deposit Credit Orig PosPay Correction (Rejected) | -$ 35.00 | -$ 174.00 |
| 02/02/2026 | Eff. 01-31 Descriptive Deposit RDC Mthly Scan Fee Correction | $ 35.00 | -$ 139.00 |
| 02/02/2026 | Eff. 01-31 Descriptive Deposit RDC Mthly Scan Fee Correction (Rejected) | -$ 35.00 | -$ 174.00 |
| 02/02/2026 | Eff. 01-31 Descriptive Deposit Check Pos Pay Fee Correction | $ 30.00 | -$ 144.00 |
| 02/02/2026 | Eff. 01-31 Descriptive Deposit Check Pos Pay Fee Correction (Rejected) | -$ 30.00 | -$ 174.00 |
| 02/02/2026 | Eff. 01-31 Descriptive Deposit RDC Mthly Svc Fee Correction | $ 25.00 | -$ 149.00 |
| 02/02/2026 | Eff. 01-31 Descriptive Deposit RDC Mthly Svc Fee Correction (Rejected) | -$ 25.00 | -$ 174.00 |
| 02/03/2026 | Eff. 01-31 Descriptive Deposit Check Pos Pay Fee Correction | $ 30.00 | -$ 144.00 |
| 02/03/2026 | Eff. 01-31 Descriptive Deposit Credit Orig PosPay Correction | $ 35.00 | -$ 109.00 |
| 02/03/2026 | Eff. 01-31 Descriptive Deposit Pos Pay Bundle Fee Correction | $ 50.00 | -$ 59.00 |
| 02/03/2026 | Eff. 01-31 Descriptive Deposit RDC Mthly Scan Fee Correction | $ 35.00 | -$ 24.00 |
| 02/03/2026 | Eff. 01-31 Descriptive Deposit RDC Mthly Svc Fee Correction | $ 25.00 | $ 1.00 |
| 02/28/2026 | Ending Balance | | $ 1.00 |
| | Joint Owner | ELSHAN A BAYRAMOV | |
| | Beginning Balance | -$ 174.00 | |
| | Ending Balance | $ 1.00 | |
| | Total Deposits This Month | $ 175.00 | |

| BUSINESS BASIC CHECKING - # **27208 | | | |
|---|---|---|---|
| Date | Transaction Description | Transaction Amount | Balance |
| 02/01/2026 | Beginning Balance | | -$ 166.49 |
| 02/02/2026 | Eff. 01-31 Descriptive Deposit Pos Pay Bundle Fee Correction | $ 50.00 | -$ 116.49 |
| 02/02/2026 | Eff. 01-31 Descriptive Deposit Credit Orig PosPay Correction | $ 35.00 | -$ 81.49 |
| 02/02/2026 | Eff. 01-31 Descriptive Deposit RDC Mthly Scan Fee Correction | $ 35.00 | -$ 46.49 |
| 02/02/2026 | Eff. 01-31 Descriptive Deposit Check Pos Pay Fee Correction | $ 30.00 | -$ 16.49 |
| 02/02/2026 | Eff. 01-31 Descriptive Deposit RDC Mthly Svc Fee Correction | $ 25.00 | $ 8.51 |
| 02/23/2026 | Domestic Wire Deposit 25350 PLEASANT VALLEY LLC OW*****654357813 | $ 5,500.00 | $ 5,508.51 |
| 02/23/2026 | Withdrawal Xfer To ******7208 CC payment for Feb 2026 | -$ 5,500.00 | $ 8.51 |
| 02/28/2026 | Ending Balance | | $ 8.51 |
| | Joint Owner | ELSHAN A BAYRAMOV | |
| | Beginning Balance | -$ 166.49 | |
| | Ending Balance | $ 8.51 | |
| | Total Deposits This Month | $ 5,675.00 | |
| | Total Withdrawals This Month | -$5,500 | |



| Summary[1] | |
| --- | --- |
| Total Dividends Paid Year to Date | $ 0.00 |
| Total Interest Paid Year to Date | $ 0.00 |

[1] Summary table includes year to date amounts for open accounts. Refer to archived statements for interest/dividends paid on closed accounts. For assistance, please call the number for direct inquiries above.

Federally insured by NCUA