Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11983-KHK |
| | ) | (Chapter 11) |
| 25350 PLEASANT VALLEY LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION TO EXPEDITE CONSIDERATION OF—AND TO
SHORTEN TIME TO RESPOND TO—APPLICATION TO APPROVE EMPLOYMENT
OF MAURICE B. VERSTANDIG, ESQ. AND THE VERSTANDIG
LAW FIRM AS GENERAL REORGANIZATION COUNSEL TO
DEBTOR AND TO APPROVE PAYMENT OF POST-PETITION RETAINER**

Upon consideration of the Motion to Expedite Consideration of—and to Shorten Time to

Respond to—Application to Approve Employment of Maurice B. VerStandig, Esq. and The

VerStandig Law Firm as General Reorganization Counsel to Debtor and to Approve Payment of

Post-Petition Retainer (the "Motion") filed by 25350 Pleasant Valley LLC, any objection thereto,

governing law, the record herein, and evidence adduced at a hearing thereupon, it is, by the United

States Bankruptcy Court for the Eastern District of Virginia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that any objections to the application to employ new counsel, or to pay a post-

petition retainer to new counsel (the "Application"), need not be filed and may instead be presented

at the hearing thereupon; and it is further

ORDERED, that a hearing on the Application shall be conducted at 12:00 pm on Tuesday, April 7, 2026.

Date:  Apr 3 2026

/s/ Klinette H Kindred

Hon. Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket:  Apr 3 2026

### LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I HEREBY CERTIFY that a copy of this order is being served with the underlying Motion. Given the emergent nature of the underlying Motion, this order has *not* been circulated for endorsement.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                Case No. 23-11983-KHK

25350 Pleasant Valley LLC                                                             Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: NataliaNe | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 03, 2026 | Form ID: pdford7 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 25350 Pleasant Valley LLC, 25350 Pleasant Valley Dr., Chantilly, VA 20152-1316 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J. Swallow | on behalf of Creditor MainStreet Bank bswallow@shulmanrogers.com  bswallow@fblaw.com |
| Christopher L. Rogan | on behalf of Creditor Elshan Bayramov crogan@rmzlawfirm.com |
| Douglas M. Foley | on behalf of Creditor American Credit Acceptance  LLC douglas.foley@kaufcan.com, nancy.bruce@kaufcan.com |
| Dylan G. Trache | on behalf of Interested Party Jolene E. Wee dylan.trache@nelsonmullins.com  linnea.hann@nelsonmullins.com |
| Eric Scott Schuster | on behalf of Attorney Eric Scott Schuster eschuster@fblaw.com |
| Eric Scott Schuster | on behalf of Creditor MainStreet Bank eschuster@fblaw.com |

District/off: 0422-9                                    User: NataliaNe                                          Page 2 of 2
Date Rcvd: Apr 03, 2026                               Form ID: pdford7                                     Total Noticed: 1

Eugene W Policastri

on behalf of Creditor Northwest Federal Credit Union gene@policastrilawfirm.com
epolicastri@msn.com;cbell@sgrwlaw.com;ktran@sgrwlaw.com;jnam@sgrwlaw.com;gpolicastri@sgrwlaw.com;gene@policastril
awfirm.com

Heather R. Steele

on behalf of Creditor Epic at Dulles South Commercial Condominium hsteele@pesner.com

Jack Frankel

on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov
USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

James Thomas Bacon

on behalf of Defendant Auto Deal Makers LLC jbacon@mbhylaw.com  mkemp@mbhylaw.com;jbacon@mbhylaw.com

James Thomas Bacon

on behalf of Defendant KBL Auto Repair LLC jbacon@mbhylaw.com  mkemp@mbhylaw.com;jbacon@mbhylaw.com

James Thomas Bacon

on behalf of Creditor Elshan Bayramov jbacon@mbhylaw.com  mkemp@mbhylaw.com;jbacon@mbhylaw.com

Janet M. Meiburger

on behalf of Plaintiff Janet Meiburger trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

Janet M. Meiburger

trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

Janet M. Meiburger

on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

Janet M. Meiburger

on behalf of Plaintiff Janet M Meiburger trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

John P. Forest, II

on behalf of Debtor 25350 Pleasant Valley LLC john@forestlawfirm.com

Kevin M. O'Donnell

on behalf of Realtor Stephen Karbelk kmo@henrylaw.com  mbp@henrylaw.com;odonnell.kevinb@notify.bestcase.com

Lee Rauch

on behalf of Creditor MainStreet Bank lrauch@fblaw.com

Matthew W. Cheney

ustpregion04.ax.ecf@usdoj.gov

Maurice Belmont VerStandig

on behalf of Debtor 25350 Pleasant Valley LLC mac@mbvesq.com
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman

on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Robert M. Marino

on behalf of Creditor Automotive Finance Corporation rmmarino@rpb-law.com  rmmarino1@aol.com

Tina P. Estevao

on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov  nicole.rodriguez@loudoun.gov

William Calvin Smith

on behalf of Creditor Sadiq Hafiz csmith@dbllawyers.com  ecf@dbllawyers.com


TOTAL: 25