Maurice B. VerStandig, Esq.
Bar No. 81556
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| In re: | ) | Case No. 23-11983-KHK |
|---|---|---|
| | ) | (Chapter 11) |
| 25350 PLEASANT VALLEY LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION TO CONTINUE SHOW CAUSE HEARING***

Upon consideration of the Motion to Continue Show Cause Hearing (the "Motion") filed

by 25350 Pleasant Valley LLC, any objection thereto, governing law, the record herein,

and good cause shown, it is, by the United States Bankruptcy Court for the Eastern District of

Virginia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the hearing on the order to show cause, previously scheduled for April 7,

2026, be, and hereby is, CONTINUED to April 21, 2026 at 12:00 pm.

.

Date: Apr 3 2026

/s/ Klinette H Kindred
_____
Hon. Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket:  Apr 3 2026

I ASK FOR THIS:


/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 81556
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

**\* ORDER MODIFIED BY**
**CHAMBERS**
<u>**LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION**</u>

I HEREBY CERTIFY that a copy of this order is being served with the underlying Motion.

Given the emergent nature of the underlying Motion, this order has *not* been circulated for

endorsement.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                    Case No. 23-11983-KHK

25350 Pleasant Valley LLC                                                 Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: NataliaNe | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 03, 2026 | Form ID: pdford7 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 04 2026 00:32:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Bradley J. Swallow
    on behalf of Creditor MainStreet Bank bswallow@shulmanrogers.com  bswallow@fblaw.com

Christopher L. Rogan
    on behalf of Creditor Elshan Bayramov crogan@rmzlawfirm.com

Douglas M. Foley
    on behalf of Creditor American Credit Acceptance  LLC douglas.foley@kaufcan.com, nancy.bruce@kaufcan.com

Dylan G. Trache
    on behalf of Interested Party Jolene E. Wee dylan.trache@nelsonmullins.com  linnea.hann@nelsonmullins.com

Eric Scott Schuster
    on behalf of Attorney Eric Scott Schuster eschuster@fblaw.com

District/off: 0422-9                          User: NataliaNe                              Page 2 of 2

Date Rcvd: Apr 03, 2026                       Form ID: pdford7                             Total Noticed: 1

Eric Scott Schuster
                        on behalf of Creditor MainStreet Bank eschuster@fblaw.com

Eugene W Policastri
                        on behalf of Creditor Northwest Federal Credit Union gene@policastrilawfirm.com
                        epolicastri@msn.com;cbell@sgrwlaw.com;ktran@sgrwlaw.com;jnam@sgrwlaw.com;gpolicastri@sgrwlaw.com;gene@policastril
                        awfirm.com

Heather R. Steele
                        on behalf of Creditor Epic at Dulles South Commercial Condominium hsteele@pesner.com

Jack Frankel
                        on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov
                        USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

James Thomas Bacon
                        on behalf of Defendant Auto Deal Makers LLC jbacon@mbhylaw.com  mkemp@mbhylaw.com;jbacon@mbhylaw.com

James Thomas Bacon
                        on behalf of Defendant KBL Auto Repair LLC jbacon@mbhylaw.com  mkemp@mbhylaw.com;jbacon@mbhylaw.com

James Thomas Bacon
                        on behalf of Creditor Elshan Bayramov jbacon@mbhylaw.com  mkemp@mbhylaw.com;jbacon@mbhylaw.com

Janet M. Meiburger
                        on behalf of Plaintiff Janet Meiburger trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

Janet M. Meiburger
                        trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

Janet M. Meiburger
                        on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

Janet M. Meiburger
                        on behalf of Plaintiff Janet M Meiburger trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

John P. Forest, II
                        on behalf of Debtor 25350 Pleasant Valley LLC john@forestlawfirm.com

Kevin M. O'Donnell
                        on behalf of Realtor Stephen Karbelk kmo@henrylaw.com  mbp@henrylaw.com;odonnell.kevinb@notify.bestcase.com

Lee Rauch
                        on behalf of Creditor MainStreet Bank lrauch@fblaw.com

Matthew W. Cheney
                        ustpregion04.ax.ecf@usdoj.gov

Maurice Belmont VerStandig
                        on behalf of Debtor 25350 Pleasant Valley LLC mac@mbvesq.com
                        lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
                        on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Robert M. Marino
                        on behalf of Creditor Automotive Finance Corporation rmmarino@rpb-law.com  rmmarino1@aol.com

Tina P. Estevao
                        on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov  nicole.rodriguez@loudoun.gov

William Calvin Smith
                        on behalf of Creditor Sadiq Hafiz csmith@dbllawyers.com  ecf@dbllawyers.com


TOTAL: 25