Maurice B. VerStandig, Esq.
Bar No. 81556
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11983-KHK |
| | ) | (Chapter 11) |
| 25350 PLEASANT VALLEY LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE REGARDING PAYMENT OF PROPOSED RETAINER

Comes now The VerStandig Law Firm, LLC ("VLF"), proposed counsel for 25350 Pleasant Valley LLC (the "Debtor"), and notes as follows:

Presently pending in this matter is an application for the Debtor to employ VLF and to pay a post-petition retainer, of $15,000.00, to VLF (the "Employment Application"). *See* DE #526. The pending application indicates the retainer will not be paid unless and until approved by this Honorable Court. *Id.*

Through what appears to be a genuine misunderstanding, the Debtor caused $15,000.00 to be wired to VLF's attorney trust account on Friday, April 3, 2026. The funds were noticed by VLF over the ensuing weekend, whilst reviewing trust account deposits for unrelated, regular bookkeeping purposes.

1

If the Employment Application is not granted (or the payment of a retainer thereunder is not permitted), VLF will promptly refund the retainer, in full, to the Debtor. VLF does *not* assert a possessory lien on the subject funds as of present and absolutely will not do so unless and until the retainer-centric provisions of the Employment Application are granted. VLF is only forbearing from immediately refunding the retainer payment because the hearing on the Employment Application is set for tomorrow (April 7, 2026) and there would be notable inefficiencies—and the unnecessary incursion of multiple wire fees—if the retainer were immediately refunded only to be ordered to be repaid tomorrow.

Respectfully submitted,

Dated: April 6, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 81556
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2