Maurice B. VerStandig, Esq.
Bar No. 81556
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11983-KHK |
| | ) | (Chapter 11) |
| 25350 PLEASANT VALLEY LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF AMENDED MOTION TO
(I) SELL PROPERTY FREE AND CLEAR OF LIENS; AND
(II) ASSUME AND ASSIGN LEASES IN CONNECTION WITH SALE OF PROPERTY**

25350 Pleasant Valley LLC ("Pleasant Valley" or the "Debtor") has filed a motion to sell the real property commonly known as units 175 and 180 situated at 25350 Pleasant Valley Road, Chantilly, Virginia 20152 (the "Property"). Specifically, the Debtor proposes to sell the Property to Pleasant Valley Holdings III LLC for $4,218,000.00 in accord with a sales agreement that is appended to the motion (subject to certain revisions set forth in the motion). The proceeds of the sale, if approved, will be used to pay (i) the first position lienholder (Northwest Federal Credit Union); (ii) the second position lienholder (MainStreet Bank); (iii) claims related to the administration of this case in chapter 7; (iv) closing costs; and (v) a commission payable to the purchaser's real estate agent. The sale is inclusive of an assignment of leases for use of the Property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not wish the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before May 19, 2026, you must file a written response explaining your position with the Court and serve a copy on the movant, or you must appear at the hearing and explain your position in open court. IF YOU FILE A WRITTEN RESPONSE AND DO NOT ALSO APPEAR AT THE HEARING, YOU**

1

**MUST ENSURE YOUR RESPONSE IS FILED IN TIME SUFFICIENT TO BE RECEIVED BY THE COURT PRIOR TO THE HEARING.**

**THE HEARING IS SCHEDULED TO BE HELD ON MAY 26, 2026 AT 12:00 PM IN THE U.S. BANKRUPTCY COURT, 200 S. WASHINGTON STREET, ALEXANDRIA, VIRGINIA 22314, IN COURTROOM III.**

Respectfully submitted,

Dated: May 4, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 81556
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies also being sent, via US Mail, postage prepaid, to all parties on the attached mailing matrix.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2