Label Matrix for local noticing
0422-1
Case 23-11983-KHK
Eastern District of Virginia
Alexandria
Mon May  4 14:30:05 EDT 2026

25350 Pleasant Valley, LLC
25350 Pleasant Valley Dr.
Chantilly, VA 20152-1316

American Credit Acceptance, LLC
c/o Douglas M. Foley, Esquire
Kaufman & Canoles, P.C.
1021 East Cary Street, Suite 1400
Richmond, VA 23219-4031

(p)LOUDOUN COUNTY ATTORNEY'S OFFICE
PO BOX 7000
LEESBURG VA 20177-7000

Epic at Dulles South Commercial Condominium
c/o Altmiller Melnick
8000 Westpark Drive
Suite 600
Tysons, VA 22102-3115

MainStreet Bank
10089 Fairfax Blvd
Fairfax, VA 22030-1742

Northwest Federal Credit Union
Collections Department
200 Spring Street
Herndon, VA 20170-5292

United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314-5405

American Credit Acceptance
340 E. Main St.
Suite 500
Spartansburg, SC 29302-1990

American Credit Acceptance, LLC
961 E. Main Street
Spartanburg, SC 29302-2149

Autoline of VA, Inc.
25350 Pleasant Valley Dr.
Chantilly, VA 20152-1315

(p)AUTOMOTIVE FINANCE CORPORATION
11299 N ILLINOIS ST
CARMEL IN 46032-9848

Babak Bayramov
17044 Anns Brook Ct.
Woodbridge, VA 22191-5173

Babak Bayramov
6302 King Louis Dr.
Alexandria, VA 22312-1603

Commissioner of Revenue
Loudoun County
P.O. Box 8000
Leesburg, VA 20177-9804

County of Loudoun, Virginia
Attn: Robert J. Sproul Asst. County Atty
1 Harrison Street, SE
Leesburg, Virginia 20175-3102

Elshan Bayramov
14563 Crossfield Way
Woodbridge, VA 22191-4039

Elshan Bayramov
2930 Medford DR
Dumfries VA 22026-4540

Elshan Bayramov
3911 Marcom St Apt D
Raleigh, NC 27606-2845

Elshan Bayramov
PO Box 566
Dumfries, VA 22026-0566

Epic at Dulles South Commercial Condo UOA
PO Box 95 Purcellville VA 20134

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Jolene E. Wee, Ch 11 Trustee for Total Auto
c/o Dylan G. Trache
101 Constitution Avenue NW, Suite 900
Washington, DC 20001-2133

Main Street Bank
Attn:  Alison Rind
7600 Wisconsin Ave., Suite 700
Bethesda, MD 20814-3663

MainStreet Bank
Attn: Christopher Johnston, Exec VP
10089 Fairfax Boulevard
Fairfax, VA 22030-1742

Northwest Federal Credit Union
220 Spring St.,
Suite 220
Herndon, VA 20170-6205

RealMarkets
20130 Lakeview Center Plaza, Suite 410
Ashburn, Virginia 20147-5905

Small Business Administration
2 North St.
Suite 320
Birmingham, AL 35203

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road
Suite 900
Atlanta, GA  30326-1382

U.S. Small Business Administration
14925 Kingsport Rd.
Ft. Worth, TX 76155-2243

Eric Scott Schuster
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, MD 21202-1188

Janet M. Meiburger
Janet M. Meiburger, Trustee
The Meiburger Law Firm, P.C.
P. O. Box 7264
Arlington, VA 22207-0264

John P. Forest II
11350 Random Hill Rd.
Suite 700
Fairfax, VA 22030-6044

Jolene E. Wee
c/o Nelson Mullins Riley & Scarborough
101 Constitution Avenue, NW
Suite 900
Washington, DC 20001-2133

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854-3976

(p)REALMARKETS
20333 MEDALIST DRIVE
ASHBURN VA 20147-4184


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


County of Loudoun
County Attorneys Office
P.O. Box 7000
  Robert J. Sproul
Leesburg, VA 20177

Automotive Finance Corporation
11299 N. Illinois St.
Carmel, IN 46032

Stephen Karbelk
Auction Markets, LLC DBA RealMarkets
20333 Medalist Drive
Ashburn, VA 20147


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Automotive Finance Corporation

(u)Meiburger Law Firm PC

(d)Elshan Bayramov
14563 Crossfield Way
Woodbridge, VA 22191-4039

(d)Elshan Bayramov
3911 Marcom St.
Apt. D
Raleigh, NC 27606-2845

(u)Sadiq Hafiz

End of Label Matrix
Mailable recipients    36
Bypassed recipients     5
Total                  41