Tina P. Estevao (VSB No. 89150)
Senior Assistant County Attorney
County of Loudoun
1 Harrison Street, S.E.
P.O. Box 7000
Leesburg, Virginia 20177-7000
Telephone: (703) 777-0307
Facsimile: (703) 771-5025
Tina.Estevao@Loudoun.gov

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| *In Re:* | |
| **23530 PLEASANT VALLEY LLC,** | Case No. 23-11983-KHK |
| | Chapter 11 |
| *Debtors.* | |

**LIMITED RESPONSE TO AMENDED MOTION TO (I) SELL PROPERTY FREE AND
CLEAR OF LIENS; AND (II) ASSUME AND ASSIGN LEASES IN CONNECTION
WITH SALE OF PROPERTY**

The County of Loudoun, Virginia (the "County"), by counsel, files this limited response to the Amended Motion to (I) Sell Property Free and Clear of Liens; and (II) Assume and Assign Leases in Connection with Sale of Property (Docket No. 531) filed by 25350 PLEASANT VALLEY LLC, (the "Debtor"). The Motion seeks relief with respect to commercial condominiums owned or co-owned by the Debtors located in Loudoun County, Virginia, with an address of 25350 Pleasant Valley Road, Chantilly, Virginia 20152, units 175 and 180, further identified as PINs 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-016 and 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-017 (collectively, the "Property"). For its limited response, the County states as follows:

1.      Debtors' Property is subject to County *ad valorem* real estate taxes. Real estate tax liability attaches on January 1 of each year, and the taxes are payable in two equal installments on June 5 and December 5 each year. *See* Va. Code Ann. §§ 58.1-3281 and 58.1-3916; Loudoun County Codified Ordinances ("LCCO") § 860.01.

2.	Pursuant to Va. Code Ann. § 58.1-3340, the County's real estate taxes constitute a statutory secured lien on the Property, prior to all other liens and encumbrances.

3.	As of the date of this response, Debtor owes post-petition real estate taxes for Unit 180, PIN 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-017, for the second installment of 2025, accrued on January 1, 2025, and due on December 5, 2025, and the first and second installments of 2026, accrued on January 1, 2026, and due on June 5, 2026 and December 5, 2026, in the amount of $21,852.04. If the proposed sale occurs prior to any of these due dates, the amount due shall be prorated through the date of sale. Additional penalties and interest will accrue if payment is not received by the due date(s). A copy of the bill is attached hereto as **Exhibit A.**

4.	Therefore, the County does not object to the sale of the Property, so long as the order approving the sale states that all taxes that are currently owed and will accrue through closing are paid from the proceeds of the sale, before the repayment of any other liens, costs or fees. Payment of County real estate taxes from the sale proceeds is mandated by VA. Code § 58.1-3340 and is expressly authorized by 11 U.S.C. §506(c).

5.	The County does not object to the relief sought, but respectfully requests that the Court enter an order directing that the real estate taxes (including any penalties and accrued interest) shall be paid in full at the time of sale, and, in any event, before Debtor applies any sale proceeds towards payment of any other liens, costs or fees, and that the lien on the Property shall remain until all real estate taxes are paid in full.

WHEREFORE, the County respectfully asks the Court that, if an order is granted in favor of the Debtor, such order also provide that the post-petition real estate taxes on the Property (including any penalties and accrued interest) shall be paid in full before or at closing and, in any

event, before the Debtor applies any sale proceeds towards payment of any other lien, costs or

fees.

The County of Loudoun, Virginia
By Counsel

LEO P. ROGERS
COUNTY ATTORNEY

By: /s/ Tina P. Estevao
Tina P. Estevao (VSB No. 89150)
Senior Assistant County Attorney
One Harrison Street, S.E., 5th Floor *(Deliveries only)*
P.O. Box 7000 *(U.S. mail only)*
Leesburg, Virginia 20177-7000
Telephone: (703) 777-0307
Facsimile: (703) 771-5025
Tina.Estevao@Loudoun.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Limited Response was served on May 12, 2026, by ELECTRONIC MAIL through the Court's electronic filing system to the parties for whom electronic mail addresses are indicated below and by FIRST CLASS MAIL to the parties for whom postal mail addresses are indicated below (if any):

Elshan Bayramov
14563 Crossfield Way
Woodbridge, VA 22191
*Debtor Designee*

Janet M. Meiburger
The Meiburger Law Firm, P.C.
P. O. Box 7264
Arlington, VA 22207
T: (703) 556-7871
*Trustee*

John P. Forest, II, Esq.
11350 Random Hill Rd., Suite 700
Fairfax, VA 22030
T: (703) 691-4940
john@forestlawfirm.com

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street, Suite 650
Alexandria, VA 22314
T: (703) 557-7176
*U.S. Trustee*

Maurice Belmont VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854
T: (301) 444-4600
mac@mbvesq.com
*Counsel for Debtors*

Jack Frankel
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
T: (703) 557-7229
F: (703) 557-7279
jack.i.frankel@usdoj.gov
Michael T. Freeman
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
T: (703) 557-7274
F: (703) 557-7279
michael.t.freeman@usdoj.gov
*Counsel for U.S. Trustee*

/s/ Tina P. Estevao
Tina P. Estevao



**Henry C. Eickelberg**
Treasurer of Loudoun County
P.O. Box 1000
Leesburg, VA 20177-1000
www.loudoun.gov/taxes

| | |
|---|---|
| Account Number | 32327 |
| Bill Year | 2025 | Bill Date | 08/14/2025 |
| Installment | 2 | Page | 1 of 1 |

| USE TYPE EXPLANATION | Tax Rate per $100 of Assessed Value |
|---|---|
| 9   County Real Estate | 0.8050 |

25350 PLEASANT VALLEY LLC
25350 PLEASANT VALLEY RD STE 180
CHANTILLY VA  20152-1317

# REAL ESTATE TAX BILL

| Use Type | Tax Year - Half | Identification Number/Property Address | Acres | Land Value | Improvements | Land Use Deferred | Taxable Asmt | Tax Relief | Tax Year Half Total | Payment Applied | Remaining Tax | Remaining Penalty | Remaining Interest | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 2025 - 2 | 070354376017 25350  PLEASANT VALLEY RD  # 180 CHANTILLY VA 20 | 0 | 187,000 | 1,296,670 | 0 | 1,483,670 | N | 6,897.40 | | 5,971.77 | 597.18 | 328.45 | **$6,897.40** |
| 9 | 2026 - 1 | 070354376017 25350  PLEASANT VALLEY RD  # 180 CHANTILLY VA 20 | 0 | 187,000 | 1,670,720 | 0 | 1,857,720 | N | 7,477.32 | | 7,477.32 | | | **$7,477.32** |
| 9 | 2026 - 2 | 070354376017 25350  PLEASANT VALLEY RD  # 180 CHANTILLY VA 20 | 0 | 187,000 | 1,670,720 | 0 | 1,857,720 | N | 7,477.32 | | 7,477.32 | | | **$7,477.32** |

**FY2026 Allocation of Property Tax**
62% to School Board
38% to General County Budget

| | |
|---|---|
| Total Delinquent Amount | $6,897.40 |
| Current Amount | $14,954.64 |
| Miscellaneous Fees | $0.00 |
| Amount Due | $21,852.04 |

---

## IMPORTANT NOTICE

According to our records, you have delinquent Loudoun County Real Estate taxes as indicated above. Failure to pay by the original tax due date results in 10% penalty and interest. Any such penalty, when assessed, shall become part of the tax with interest accruing on both the tax and penalty at a rate of 10% annually. If you are in Bankruptcy, this bill is being provided for informational purposes and per Federal Law, no collection actions will be pursued.

**Per Code of VA, §58.1-3913, any payment received by the Loudoun County Treasurer's Office shall be applied to the most delinquent taxes first.**

---

### Return this portion with your payment

**Check payable to:**
(US Dollars only)

**County of Loudoun**
Henry C. Eickelberg, Treasurer
PO BOX 1000
LEESBURG VA 20177-1000
www.loudoun.gov/taxes

25350 PLEASANT VALLEY LLC
25350 PLEASANT VALLEY RD STE 180
CHANTILLY VA  20152-1317



| | |
|---|---|
| Account #: | 32327 |
| Amount Due: | $21,852.04 |

Amounts good through 05/31/2026

LC  RE  00000000003232720250O  OO  00000000  000000  120525  0002185204  Y

EXHIBIT A