IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

In re:                                          )
                                                )
25350 PLEASANT VALLEY LLC                       )
                                                )        Case No. 23-11983-KHK
          Debtor.                               )        (Chapter 7)
                                                )

**LIMITED RESPONSE TO AMENDED MOTION TO (I) SELL PROPERTY FREE AND CLEAR OF LIENS; AND (II) ASSUME AND ASSIGN LEASES IN CONNECTION WITH SALE OF PROPERTY**

EPIC AT DULLES SOUTH COMMERCIAL CONDOMINIUM UNIT OWNERS ASSOCIATION, by its undersigned counsel, hereby submits this Limited Response to Amended Motion to (I) Sell Property Free and Clear of Liens; and (II) Assume and Assign Leases in Connection with Sale of Property (Docket No. 531) filed by 25350 PLEASANT VALLEY LLC ("Debtor") and in support thereof states as follows:

1.      Epic at Dulles South Commercial Condominium Unit Owners Association ("Epic") is the condo association for the two commercial condominium units owned by the Debtor and located at 25350 Pleasant Valley Drive, Units 175 and 180, Chantilly, Virginia ("Property").

2.      Debtor's bankruptcy was filed on 12/06/2023.

3.      At the time of Debtor's filing of its bankruptcy petition, Debtor owed a total of $11,246.51 for Unit 175 and $12,271.73 for Unit 180 (the "Pre-Petition Amounts").

4.      Since the date of filing of the petition, additional assessments have accrued in the total amount of $25,251.59 for Unit 175 and $31,866.90 for Unit 180 (as of January 1, 2026).  See Exhibit 1, statement of accounts for Units 175 and 180.

5.      Assessments have further accrued for the second quarter of 2026 in the amount of $3879.81 for Unit 175 and $4233.06 for Unit 180.  See Exhibit 2, invoices for second quarter 2026 assessments.

6.      In total, Debtor has failed to pay post-petition condo assessments totaling $29,131.40 for Unit 175 and $36,099.96 for Unit 180, for a total unpaid post-petition assessments amount of $65,231.36 through the date of filing this response.

7.      Assessments will accrue for the third quarter of 2026 as of July 1, 2026 in the amounts of approximately $3900.00 for Unit 175 and $4,300.00 for Unit 180, for an approximate total owed of **$73,431.36.**

8.      Pursuant to 11 U.S.C. § 523(a)(16), the Debtor is not discharged from "… a fee or assessment that becomes due and payable after the order for relief to a membership association with respect to the debtor's interest in a unit that has condominium ownership, in a share of a cooperative corporation, or a lot in a homeowners association, for as long as the debtor or the trustee has a legal, equitable, or possessory ownership interest in such unit, such corporation, or such lot, but nothing in this paragraph shall except from discharge the debt of a debtor for a membership association fee or assessment for a period arising before entry of the order for relief in a pending or subsequent bankruptcy case…"

9.      Thus, Epic objects to the sale of the Property *unless* the post-petition amounts owed to Epic are adequately protected and paid in full as of the date of closing.

10.     Epic respectfully requests that this Court enter an order directing that the post-petition condo assessments shall be paid in full at the time of sale and before Debtor applies any sale proceeds toward the payment of other liens, costs, or fees owed by Debtor.

WHEREFORE, for the foregoing reasons, Epic at Dulles South Commercial Condominium Unit Owners Association respectfully requests that the Court enter an Order requiring payment of all post-petition condo assessments at closing on the sale of the Property and granting such other relief as the Court may deem just or appropriate.

Respectfully submitted,

/s/ Heather R. Steele
Heather R. Steele (VSB #75473)
Altmiller Melnick DeMers Steele & Rosati PLC
8000 Westpark Drive Suite 600
Tysons, VA 22102
hsteele@altmillerlaw.com
703-506-9446
*Attorney for Epic at Dulles South Commercial Condominium Unit Owners Association*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Limited Response was served on May 20, 2026, by ELECTRONIC MAIL through the Court's electronic filing system to the parties for whom electronic mail addresses are indicated below and by FIRST CLASS MAIL to the parties for whom postal mail addresses are indicated below (if any):

Elshan Bayramov
14563 Crossfield Way
Woodbridge, VA 22191
*Debtor Designee*

John P. Forest, II, Esq.
11350 Random Hill Rd., Suite 700
Fairfax, VA 22030
T: (703) 691-4940
john@forestlawfirm.com

Janet M. Meiburger
The Meiburger Law Firm, P.C.
P. O. Box 7264
Arlington, VA 22207
T: (703) 556-7871
*Trustee*

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street, Suite 650
Alexandria, VA 22314
T: (703) 557-7176
*U.S. Trustee*

Maurice Belmont VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854
T: (301) 444-4600
mac@mbvesq.com
*Counsel for Debtors*

Jack Frankel
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
T: (703) 557-7229
F: (703) 557-7279
jack.i.frankel@usdoj.gov
*Counsel for US Trustee*

Michael T. Freeman
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
T: (703) 557-7274
F: (703) 557-7279
michael.t.freeman@usdoj.gov
*Counsel for U.S. Trustee*

/s/ Heather R. Steele
Heather R. Steele