# Statement

Epic @ Dulles South Commercial Condominium

PO Box 95
Purcellville, Virginia  20134

| Date |
|------|
| 1/1/2026 |

**To:**

25350 Pleasant Valley LLC
25350 Pleasant Valley Road
Unit 175
Chantlly, VA  20152

| Amount Due | Amount Enc. |
|------------|-------------|
| $36,498.10 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 04/01/2023 | INV #Epic 22-217. Due 05/01/2023. Orig. Amount $3,729.17.<br>--- A175 Pleasant Valley LLC $3,729.17 | 3,729.17 | 3,729.17 |
| 06/01/2023 | INV #Epic 22-240. Due 06/15/2023. Orig. Amount $25.00.<br>--- Late Fee $25.00 | 25.00 | 3,754.17 |
| 07/01/2023 | INV #Epic 22-263. Due 07/31/2023. Orig. Amount $3,729.17.<br>--- A175 Pleasant Valley LLC $3,729.17 | 3,729.17 | 7,483.34 |
| 09/01/2023 | INV #Epic 22-286. Due 09/01/2023. Orig. Amount $34.00.<br>--- Late Fee $25.00<br>---<br>--- Postage $9.00 | 34.00 | 7,517.34 |
| 10/01/2023 | INV #Epic 22-315. Due 10/31/2023. Orig. Amount $3,729.17.<br>--- A175 Pleasant Valley LLC $3,729.17 | 3,729.17 | 11,246.51 |
| 12/08/2023 | INV #Epic 22-336. Due 12/08/2023. Orig. Amount $52.04.<br>--- Late Fee $25.00<br>---<br>--- Legal Fees $27.04 | 52.04 | 11,298.55 |
| 01/22/2024 | INV #Epic 22-380. Due 02/21/2024. Orig. Amount $112.50.<br>--- Legal Fees $112.50 | 112.50 | 11,411.05 |
| 07/01/2024 | INV #Epic 22-440. Due 07/31/2024. Orig. Amount $3,451.50.<br>--- A175 Pleasant Valley LLC $3,426.50<br>---<br>--- Late Fee $25.00 | 3,451.50 | 14,862.55 |
| 10/01/2024 | INV #Epic 22-491. Due 10/31/2024. Orig. Amount $3,451.50.<br>--- A175 Pleasant Valley LLC $3,426.50<br>---<br>--- Late Fee $25.00 | 3,451.50 | 18,314.05 |
| 01/01/2025 | INV #Epic 22-526. Due 01/31/2025. Orig. Amount $3,588.56.<br>--- A175 Pleasant Valley LLC $3,563.56<br>---<br>--- Late Fee $25.00 | 3,588.56 | 21,902.61 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|-----------|
| 3,854.81 | 0.00 | 25.00 | 3,563.56 | 29,054.73 | $36,498.10 |

# Statement

Epic @ Dulles South Commercial Condominium

PO Box 95
Purcellville, Virginia  20134

| Date |
| --- |
| 1/1/2026 |

| To: |
| --- |
| 25350 Pleasant Valley LLC<br>25350 Pleasant Valley Road<br>Unit 175<br>Chantlly, VA  20152 |

| Amount Due | Amount Enc. |
| --- | --- |
| $36,498.10 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 04/01/2025 | INV #Epic 22-533. Due 05/01/2025. Orig. Amount $3,588.56.<br>--- A175 Pleasant Valley LLC $3,563.56<br>---<br>--- Late Fee $25.00 | 3,588.56 | 25,491.17 |
| 07/01/2025 | INV #Epic 22-534. Due 07/31/2025. Orig. Amount $3,563.56.<br>--- A175 Pleasant Valley LLC $3,563.56 | 3,563.56 | 29,054.73 |
| 10/01/2025 | INV #Epic 22-535. Due 10/31/2025. Orig. Amount $3,563.56.<br>--- A175 Pleasant Valley LLC $3,563.56 | 3,563.56 | 32,618.29 |
| 11/01/2025 | INV #EPIC 22-676. Due 12/01/2025. Orig. Amount $25.00.<br>--- Late Fee $25.00 | 25.00 | 32,643.29 |
| 01/01/2026 | INV #EPIC 22-655. Due 01/31/2026. Orig. Amount $3,854.81.<br>--- A175 Pleasant Valley LLC $3,854.81 | 3,854.81 | 36,498.10 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 3,854.81 | 0.00 | 25.00 | 3,563.56 | 29,054.73 | $36,498.10 |