# Statement

Epic @ Dulles South Commercial Condominium

PO Box 95
Purcellville, Virginia  20134

| Date |
| --- |
| 1/1/2026 |

| To: |
| --- |
| 25350 Pleasant Valley LLC<br>25350 Pleasant Valley Road<br>Unit 180<br>Chantlly, VA  20152 |

| Amount Due | Amount Enc. |
| --- | --- |
| $44,138.63 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 04/01/2023 | INV #Epic 22-218. Due 05/01/2023. Orig. Amount $4,070.91.<br>--- A180-25350 PV LLC $4,070.91 | 4,070.91 | 4,070.91 |
| 06/01/2023 | INV #Epic 22-241. Due 06/15/2023. Orig. Amount $25.00.<br>--- Late Fee $25.00 | 25.00 | 4,095.91 |
| 07/01/2023 | INV #Epic 22-264. Due 07/31/2023. Orig. Amount $4,070.91.<br>--- A180-25350 PV LLC $4,070.91 | 4,070.91 | 8,166.82 |
| 09/01/2023 | INV #Epic 22-287. Due 09/01/2023. Orig. Amount $34.00.<br>--- Late Fee $25.00<br>---<br>--- Postage $9.00 | 34.00 | 8,200.82 |
| 10/01/2023 | INV #Epic 22-316. Due 10/31/2023. Orig. Amount $4,070.91.<br>--- A180-25350 PV LLC $4,070.91 | 4,070.91 | 12,271.73 |
| 12/08/2023 | INV #Epic 22-337. Due 12/08/2023. Orig. Amount $52.04.<br>--- Late Fee $25.00<br>---<br>--- Legal Fees $27.04 | 52.04 | 12,323.77 |
| 01/22/2024 | INV #Epic 22-381. Due 01/22/2024. Orig. Amount $112.50.<br>--- Legal Fees $112.50 | 112.50 | 12,436.27 |
| 07/01/2024 | INV #Epic 22-441. Due 07/01/2024. Orig. Amount $3,765.50.<br>--- A180-25350 PV LLC $3,740.50<br>---<br>--- Late Fee $25.00 | 3,765.50 | 16,201.77 |
| 10/01/2024 | INV #Epic 22-492. Due 10/31/2024. Orig. Amount $3,765.50.<br>--- A180-25350 PV LLC $3,740.50<br>---<br>--- Late Fee $25.00 | 3,765.50 | 19,967.27 |
| 01/01/2025 | INV #Epic 22-527. Due 01/01/2025. Orig. Amount $3,915.12.<br>--- A180-25350 PV LLC $3,890.12<br>---<br>--- Late Fee $25.00 | 3,915.12 | 23,882.39 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 4,208.06 | 0.00 | 25.00 | 3,890.12 | 36,015.45 | $44,138.63 |

# Statement

Epic @ Dulles South Commercial Condominium

PO Box 95
Purcellville, Virginia  20134

| Date |
|------|
| 1/1/2026 |

| To: |
|-----|
| 25350 Pleasant Valley LLC
25350 Pleasant Valley Road
Unit 180
Chantlly, VA  20152 |

| Amount Due | Amount Enc. |
|------------|-------------|
| $44,138.63 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 04/01/2025 | INV #Epic 22-538. Due 05/01/2025. Orig. Amount $3,915.12.<br>--- A180-25350 PV LLC $3,890.12<br>---<br>--- Late Fee $25.00 | 3,915.12 | 27,797.51 |
| 05/20/2025 | INV #Epic 22-571. Due 06/19/2025. Orig. Amount $9,058.12.<br>--- Legal Fees $9,058.12 | 4,058.12 | 31,855.63 |
| 07/01/2025 | INV #Epic 22-537. Due 07/31/2025. Orig. Amount $3,890.12.<br>--- A180-25350 PV LLC $3,890.12 | 3,890.12 | 35,745.75 |
| 07/21/2025 | INV #1004606. Due 08/20/2025. Orig. Amount $269.70.<br>--- Legal Fees $269.70 | 269.70 | 36,015.45 |
| 10/01/2025 | INV #Epic 22-536. Due 10/31/2025. Orig. Amount $3,890.12.<br>--- A180-25350 PV LLC $3,890.12 | 3,890.12 | 39,905.57 |
| 11/01/2025 | INV #EPIC 22-677. Due 12/01/2025. Orig. Amount $25.00.<br>--- Late Fee $25.00 | 25.00 | 39,930.57 |
| 01/01/2026 | INV #EPIC 22-656. Due 01/31/2026. Orig. Amount $4,208.06.<br>--- A180-25350 PV LLC $4,208.06 | 4,208.06 | 44,138.63 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|-----------------------|------------|
| 4,208.06 | 0.00 | 25.00 | 3,890.12 | 36,015.45 | $44,138.63 |