# Invoice

**Epic @ Dulles South Commercial Condominium**

PO Box 95
Purcellville, Virginia  20134

| Date | Invoice # |
|---|---|
| 4/1/2026 | 1006399 |

**25350 Pleasant Valley LLC
25350 Pleasant Valley Road
Unit 175
Chantlly, VA  20152**

**Please make checks payable to  Epic @ Dulles South Commercial Condominium
and remit to the address listed above**

| Terms | Due Date |
|---|---|
| Net 30 | 5/1/2026 |

| Description | Rate | Amount |
|---|---|---|
| Quarterly Condo Dues for Unit A-175 - 2nd Quarter 2026 | 3,854.81 | 3,854.81 |
| $25.00 Late Fee charge for unpaid balance or payment received after due date | 25.00 | 25.00 |

| Phone # | Fax # |
|---|---|
|  |  |

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$3,879.81** |