# Invoice

**Epic @ Dulles South Commercial Condominium**

PO Box 95
Purcellville, Virginia  20134

| Date | Invoice # |
|------|-----------|
| 4/1/2026 | 1006400 |

**25350 Pleasant Valley LLC**
**25350 Pleasant Valley Road**
**Unit 180**
**Chantlly, VA  20152**

**Please make checks payable to  Epic @ Dulles South Commercial Condominium**
**and remit to the address listed above**

| Terms | Due Date |
|-------|----------|
| Net 30 | 5/1/2026 |

| Description | Rate | Amount |
|-------------|------|--------|
| Quarterly Condo Dues for Suite A-180 - 2nd Quarter 2026 | 4,208.06 | 4,208.06 |
| $25.00 Late Fee charge for unpaid balance or payment received after due date | 25.00 | 25.00 |

| Phone # | Fax # |
|---------|-------|
|  |  |

| Payments/Credits | $0.00 |
|------------------|-------|

| **Balance Due** | $4,233.06 |
|-----------------|-----------|