IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| 25350 PLEASANT VALLEY LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-1556 (RDA/LRV) |
| | ) | |
| MATTHEW W. CHENEY, | ) | |
| | ) | |
| Appellee. | ) | |

## ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal. Dkt. 3. The parties stipulate under Fed. R. Bankr. P. 8023(a) to the dismissal of this appeal, with each party to bear their own costs and fees. *Id.* Accordingly, it is hereby ORDERED that the action is DISMISSED; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to place this matter among the ended causes and forward copies of this Order to counsel of record.

IT IS SO ORDERED.

Alexandria, Virginia
May **20**, 2026

_____/s/_____
Rossie D. Alston, Jr.
United States District Judge