John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Withdrawing Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| | ) | |
| IN RE 25350 PLEASANT VALLEY LLC | ) | |
| | ) | Docket No. 23-11983-KHK |
| Debtor | ) | Chapter 11 (Subchapter V) |
| | ) | |

**NOTICE OF HEARING UPON
MOTION FOR LEAVE TO WITHDRAW**

TAKE NOTICE that John P. Forest, II has filed a Motion for Leave to Withdraw, a copy of which accompanies this Notice of Hearing.  The Court will hold a hearing on the Motion on **June 23, 2026 at 12:00 p.m.**, or as soon thereafter as may be heard, before the Honorable Judge Kindred.   The hearing will take place in Judge Kindred's Courtroom at the United States Bankruptcy Court, Eastern District of Virginia, Alexandria Division, at 200 S. Washington St., Alexandria, VA 22314.

**YOUR RIGHTS MAY BE AFFECTED BY THIS MOTION/APPLICATION.** **YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

If you do not wish this Honorable Court to grant this motion, or if you want the Court to consider your views on the motion, then within **fourteen (14) days** of this Notice of Hearing (the "**Response Deadline**") you or your attorney must:

(1)     File with the Clerk of the Court, at U.S. Bankruptcy Court, Eastern District of Virginia, 200 S. Washington St., Alexandria, VA 22314 a written response or objection to the proposed Disclosure Statement with supporting memorandum.  Unless a written response or objection and supporting memorandum are filed and served by the Response Deadline days before the hearing, the Court may deem any opposition waived, treat the motion as conceded, and issue an

order granting the requested relief without further notice or hearing.  If you mail your response

to the court for filing, you must mail it early enough so the court will receive it on or before the

Response Date.  You must also mail a copy to:

| | | |
|---|---|---|
| John P. Forest, II | and | Office of the U.S. Trustee |
| 11350 Random Hills Rd. | | 1725 Duke St. |
| Suite 700 | | Suite 650 |
| Fairfax, VA 22030 | | Alexandria, VA 22314 |

If no timely response has been filed opposing the relief requested, the court may grant the relief

without holding a hearing.

(2)     Participate in the hearing scheduled to be held on the date, time, and place set forth above.

If you do not participate in the hearing, the Court may not consider your views on the motion.

Respectfully submitted:


/s/ John P. Forest, II
John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
Telephone: (703) 691-4940
Email:  john@forestlawfirm.com
*Withdrawing Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2026, that I have electronically filed this NOTICE OF HEARING

UPON MOTION FOR LEAVE TO WITHDRAW with the Clerk of the Court which provides electronic

notice of such filing to all parties who receive notice in this matter; and I have mailed a true and correct

copy of the foregoing pleading to:

> 25350 Pleasant Valley LLC
> Attn:  Elshan Bayramov
> 14563 Crossfield Vay
> Woodbridge, VA 22191

> */s/ John P. Forest, II*
> John P. Forest, II