IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

25350 PLEASANT VALLEY LLC,      )
                                )
    Appellant,                  )
                                )
v.                              )      Case No. 1:25-cv-1556 (RDA/LRV)
                                )
MATTHEW W. CHENEY,              )
                                )
    Appellee.                   )

## <u>ORDER</u>

This matter comes before the Court on the parties' Stipulation of Dismissal. Dkt. 3. The parties stipulate under Fed. R. Bankr. P. 8023(a) to the dismissal of this appeal, with each party to bear their own costs and fees. *Id.* Accordingly, it is hereby ORDERED that the action is DISMISSED; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to place this matter among the ended causes and forward copies of this Order to counsel of record.

IT IS SO ORDERED.

Alexandria, Virginia
May **20**, 2026

/s/
_____
Rossie D. Alston, Jr.
United States District Judge

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                    Case No. 23-11983-KHK

25350 Pleasant Valley LLC                                                 Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: LaurenLaf | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 22, 2026 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

**Recip ID                  Recipient Name and Address**
db                      +  25350 Pleasant Valley LLC, 25350 Pleasant Valley Dr., Chantilly, VA 20152-1316

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

**Name                        Email Address**

Bradley J. Swallow
    on behalf of Creditor MainStreet Bank bswallow@shulmanrogers.com  bswallow@fblaw.com

Christopher L. Rogan
    on behalf of Creditor Elshan Bayramov crogan@rmzlawfirm.com

Douglas M. Foley
    on behalf of Creditor American Credit Acceptance  LLC douglas.foley@kaufcan.com, nancy.bruce@kaufcan.com

Dylan G. Trache
    on behalf of Interested Party Jolene E. Wee dylan.trache@nelsonmullins.com  linnea.hann@nelsonmullins.com

Eric Scott Schuster
    on behalf of Attorney Eric Scott Schuster eschuster@fblaw.com

Eric Scott Schuster
    on behalf of Creditor MainStreet Bank eschuster@fblaw.com

District/off: 0422-9                                       User: LaurenLaf                                          Page 2 of 2
Date Rcvd: May 22, 2026                              Form ID: pdford9                                     Total Noticed: 1

Eugene W Policastri

    on behalf of Creditor Northwest Federal Credit Union gene@policastrilawfirm.com
    epolicastri@msn.com;cbell@sgrwlaw.com;ktran@sgrwlaw.com;jnam@sgrwlaw.com;gpolicastri@sgrwlaw.com;gene@policastrilawfirm.com

Heather R. Steele

    on behalf of Creditor Epic at Dulles South Commercial Condominium hsteele@pesner.com

Jack Frankel

    on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

James Thomas Bacon

    on behalf of Defendant Auto Deal Makers LLC jbacon@mbhylaw.com  mkemp@mbhylaw.com;jbacon@mbhylaw.com

James Thomas Bacon

    on behalf of Defendant KBL Auto Repair LLC jbacon@mbhylaw.com  mkemp@mbhylaw.com;jbacon@mbhylaw.com

James Thomas Bacon

    on behalf of Creditor Elshan Bayramov jbacon@mbhylaw.com  mkemp@mbhylaw.com;jbacon@mbhylaw.com

Janet M. Meiburger

    trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

Janet M. Meiburger

    on behalf of Plaintiff Janet M. Meiburger trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

Janet M. Meiburger

    on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

John P. Forest, II

    on behalf of Debtor 25350 Pleasant Valley LLC john@forestlawfirm.com

Kevin M. O'Donnell

    on behalf of Realtor Stephen Karbelk kmo@henrylaw.com  mbp@henrylaw.com;odonnell.kevinb@notify.bestcase.com

Lee Rauch

    on behalf of Creditor MainStreet Bank lrauch@fblaw.com

Matthew W. Cheney

    ustpregion04.ax.ecf@usdoj.gov

Maurice Belmont VerStandig

    on behalf of Debtor 25350 Pleasant Valley LLC mac@mbvesq.com
    lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman

    on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Radostina Petkova Estevao

    on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov

Robert M. Marino

    on behalf of Creditor Automotive Finance Corporation rmmarino@rpb-law.com  rmmarino1@aol.com

Tina P. Estevao

    on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov  nicole.rodriguez@loudoun.gov

William Calvin Smith

    on behalf of Creditor Sadiq Hafiz csmith@dbllawyers.com  ecf@dbllawyers.com


TOTAL: 25