Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11983-KHK |
| | ) | (Chapter 11) |
| 25350 PLEASANT VALLEY LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT OF
MAURICE B. VERSTANDIG, ESQ. AND THE VERSTANDIG
LAW FIRM AS GENERAL REORGANIZATION COUNSEL TO
<u>DEBTOR AND TO APPROVE PAYMENT OF POST-PETITION RETAINER</u>**

Upon consideration of the application to approve employment of Maurice B. VerStandig

and The VerStandig Law Firm, LLC d/b/a The Belmont Firm as general reorganization counsel

(the "Application"), DE #526, filed by 25350 Pleasant Valley LLC, the absence of any objection

thereto, governing law, the record herein, and arguments presented at a hearing thereupon, it is, by

the United States Bankruptcy Court for the Eastern District of Virginia, hereby:

FOUND, that Maurice VerStandig is an attorney duly authorized to practice in the United

States Bankruptcy Court for the Eastern District of Virginia; and it is further

FOUND, that Maurice VerStandig and The VerStandig Law Firm, LLC d/b/a The Belmont

Firm do not hold any interest adverse to the debtor or the estate; and it is further

FOUND, that Maurice VerStandig and The VerStandig Law Firm, LLC d/b/a The Belmont

Firm are disinterested persons within the meaning set forth in section 101(14) of title 11 of the

United States Code; and it is further

ORDERED, the debtor is, and is hereby authorized to, employ Maurice VerStandig and

The VerStandig Law Firm, LLC d/b/a The Belmont Firm as general reorganization counsel; and

it is further

ORDERED, that the post-petition retainer paid by the debtor, to proposed counsel, be, and

hereby is, ALLOWED; and it is further

ORDERED, that any compensation paid to Maurice VerStandig and The VerStandig Law

Firm, LLC d/b/a The Belmont Firm is subject to the review of this Honorable Court, in conformity

with governing law.

Date:  May 26 2026

/s/ Klinette H Kindred

Hon. Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: May 26 2026

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

Seen:

/s/ Michael T. Freeman (signed w/ express permission)
Michael T. Freeman, Esq.
Department of Justice
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Michael.T.Freeman@usdoj.gov
*Counsel for the United States Trustee*

### LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I hereby certify that this order bears the endorsement of all necessary parties.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.