Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11983-KHK |
| | ) | (Chapter 11) |
| 25350 PLEASANT VALLEY LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT OF
MAURICE B. VERSTANDIG, ESQ. AND THE VERSTANDIG
LAW FIRM AS GENERAL REORGANIZATION COUNSEL TO
DEBTOR AND TO APPROVE PAYMENT OF POST-PETITION RETAINER**

Upon consideration of the application to approve employment of Maurice B. VerStandig

and The VerStandig Law Firm, LLC d/b/a The Belmont Firm as general reorganization counsel

(the "Application"), DE #526, filed by 25350 Pleasant Valley LLC, the absence of any objection

thereto, governing law, the record herein, and arguments presented at a hearing thereupon, it is, by

the United States Bankruptcy Court for the Eastern District of Virginia, hereby:

FOUND, that Maurice VerStandig is an attorney duly authorized to practice in the United

States Bankruptcy Court for the Eastern District of Virginia; and it is further

FOUND, that Maurice VerStandig and The VerStandig Law Firm, LLC d/b/a The Belmont

Firm do not hold any interest adverse to the debtor or the estate; and it is further

FOUND, that Maurice VerStandig and The VerStandig Law Firm, LLC d/b/a The Belmont Firm are disinterested persons within the meaning set forth in section 101(14) of title 11 of the United States Code; and it is further

ORDERED, the debtor is, and is hereby authorized to, employ Maurice VerStandig and The VerStandig Law Firm, LLC d/b/a The Belmont Firm as general reorganization counsel; and it is further

ORDERED, that the post-petition retainer paid by the debtor, to proposed counsel, be, and hereby is, ALLOWED; and it is further

ORDERED, that any compensation paid to Maurice VerStandig and The VerStandig Law Firm, LLC d/b/a The Belmont Firm is subject to the review of this Honorable Court, in conformity with governing law.

Date:  May 26 2026

/s/ Klinette H Kindred
_____
Hon. Klinette H. Kindred
United States Bankruptcy Judge


Entered On Docket: May 26 2026

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

Seen:

/s/ Michael T. Freeman (signed w/ express permission)
Michael T. Freeman, Esq.
Department of Justice
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Michael.T.Freeman@usdoj.gov
*Counsel for the United States Trustee*

### LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I hereby certify that this order bears the endorsement of all necessary parties.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                    Case No. 23-11983-KHK

25350 Pleasant Valley LLC                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                          User: LaurenLaf                           Page 1 of 2

Date Rcvd: May 26, 2026                  Form ID: pdford9                       Total Noticed: 0

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason  Name and Address**
desig         ##+           Elshan Bayramov, 14563 Crossfield Way, Woodbridge, VA 22191-4039

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

**Name                     Email Address**

Bradley J. Swallow
      on behalf of Creditor MainStreet Bank bswallow@shulmanrogers.com  bswallow@fblaw.com

Christopher L. Rogan
      on behalf of Creditor Elshan Bayramov crogan@rmzlawfirm.com

Douglas M. Foley
      on behalf of Creditor American Credit Acceptance  LLC douglas.foley@kaufcan.com, nancy.bruce@kaufcan.com

Dylan G. Trache
      on behalf of Interested Party Jolene E. Wee dylan.trache@nelsonmullins.com  linnea.hann@nelsonmullins.com

Eric Scott Schuster
      on behalf of Attorney Eric Scott Schuster eschuster@fblaw.com

District/off: 0422-9                     User: LaurenLaf                          Page 2 of 2
Date Rcvd: May 26, 2026                  Form ID: pdford9                         Total Noticed: 0

Eric Scott Schuster
                       on behalf of Creditor MainStreet Bank eschuster@fblaw.com

Eugene W Policastri
                       on behalf of Creditor Northwest Federal Credit Union gene@policastrilawfirm.com
                       epolicastri@msn.com;cbell@sgrwlaw.com;ktran@sgrwlaw.com;jnam@sgrwlaw.com;gpolicastri@sgrwlaw.com;gene@policastril
                       awfirm.com

Heather R. Steele
                       on behalf of Creditor Epic at Dulles South Commercial Condominium hsteele@pesner.com

Jack Frankel
                       on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov
                       USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

James Thomas Bacon
                       on behalf of Defendant Auto Deal Makers LLC jbacon@mbhylaw.com  mkemp@mbhylaw.com;jbacon@mbhylaw.com

James Thomas Bacon
                       on behalf of Defendant KBL Auto Repair LLC jbacon@mbhylaw.com  mkemp@mbhylaw.com;jbacon@mbhylaw.com

James Thomas Bacon
                       on behalf of Creditor Elshan Bayramov jbacon@mbhylaw.com  mkemp@mbhylaw.com;jbacon@mbhylaw.com

Janet M. Meiburger
                       trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

Janet M. Meiburger
                       on behalf of Plaintiff Janet M. Meiburger trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

Janet M. Meiburger
                       on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

John P. Forest, II
                       on behalf of Debtor 25350 Pleasant Valley LLC john@forestlawfirm.com

Kevin M. O'Donnell
                       on behalf of Realtor Stephen Karbelk kmo@henrylaw.com  mbp@henrylaw.com;odonnell.kevinb@notify.bestcase.com

Lee Rauch
                       on behalf of Creditor MainStreet Bank lrauch@fblaw.com

Matthew W. Cheney
                       ustpregion04.ax.ecf@usdoj.gov

Maurice Belmont VerStandig
                       on behalf of Debtor 25350 Pleasant Valley LLC mac@mbvesq.com
                       lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
                       on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Radostina Petkova Estevao
                       on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov

Robert M. Marino
                       on behalf of Creditor Automotive Finance Corporation rmmarino@rpb-law.com  rmmarino1@aol.com

Tina P. Estevao
                       on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov  nicole.rodriguez@loudoun.gov

William Calvin Smith
                       on behalf of Creditor Sadiq Hafiz csmith@dbllawyers.com  ecf@dbllawyers.com


TOTAL: 25