Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11983-KHK |
| | ) | (Chapter 11) |
| 25350 PLEASANT VALLEY LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## **ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL**

Upon consideration of the motion for leave to use cash collateral (the "Motion"), DE #362, filed by 25350 Pleasant Valley LLC (the "Debtor"), the absence of any objection thereto, governing law, the record herein, and arguments presented at a hearing thereupon, it is, by the United States Bankruptcy Court for the Eastern District of Virginia, hereby:

FOUND, that in the ordinary course of business, the Debtor requires cash flow from operations. The Debtor's cash and cash proceeds (the "Cash Collateral") is subject to a perfected security interest by Northwest Federal Credit Union ("NWFCU"), and MainStreet Bank ("MainStreet"); and it is further

FOUND, the Debtor has an articulable need for the use of cash collateral to fund operations, absent which irreparable harm would befall the Debtor's estate and its various creditors; and it is further

FOUND, the Debtor's proposed use of Cash Collateral is fair and reasonable in nature, reflects a prudent exercise of the Debtor's business judgment, and—subject to the provisions of this order—adequately protects the interests of NWFCU and MainStreet; and it is further

ORDERED, the Motion be, and hereby is, GRANTED; and it is further

ORDERED, the Debtor may use Cash Collateral to and through June 30, 2026, subject to the budget attached hereto and provided such use not exceed—by ten percent (10%) or more—the gross allowance set forth in the budget; and it is further

ORDERED, that as adequate protection for NWFCU and MainStreet, the Debtor shall make such payments to NWFCU and MainStreet as reflected in the Budget recognizing that NWFCU is not receiving the full amount under its forbearance agreement and it reserves all rights without waiver by accepting the smaller amount; and it is further

ORDERED, that as adequate protection for the use and/or diminution of the interests of NWFCU and MainStreet, pursuant to section 361 of title 11 of the United States Code, NWFCU and MainStreet shall have replacement liens on all of the Debtor's post-petition assets and the proceeds thereof, which replacement liens shall be limited to any diminution in value of any interest in the Cash Collateral from and after the entry of an order for relief in this case; and it is further

ORDERED, that the occurrence of any of the following shall constitute an event of default under this order: (a) conversion of this case to a case under chapter 7; (b) the dismissal of this bankruptcy case; or (c) the failure of the Debtor to timely make any of the payments set forth in the budget. Upon or after the occurrence of any event of default, and at all times thereafter, provided said default not be cured within ten (10) business days (if said default is of a curable

variety), the Debtor's authority to use Cash Collateral shall terminate automatically without further

order of court.

Date:  Jun 1 2026

/s/ Klinette H Kindred

Hon. Klinette H. Kindred
United States Bankruptcy Judge

I ask for this:

Entered On Docket: Jun 1 2026

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

Seen:

/s/ Eric S. Schuster (signed w/ permission)
Eric S. Schuster, Esq.
Funk & Bolton, P.A.
100 Light Street
Suite 1400
Baltimore, Maryland 21202
*Counsel for MainStreet Bank*

/s/ Eugene W. Policastri (signed w/ permission)
Eugene W. Policastri, Esq.
Policastri Law Firm, LLC
600 Jefferson Plaza
Suite 308
Rockville, Maryland 20852
*Counsel for Northwest Federal Credit Union*

### LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I hereby certify that this order has been signed by all necessary parties, with the concerns of the United States Trustee having been expressed on the record at a hearing hereupon.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

**March 2026 >> June 2026 Cash Collateral**

| RENTAL INCOME / CONTRIBUTIONS | Mar-26 | Apr-26 | May-26 | Jun-26 |
|---|---|---|---|---|
| ADM LLC Rent (Lease Amend.) | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| KBL LLC Rent (Lease Amend.) | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| TOT. RENT REC. | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 |
| | | | | |
| EXPENSES | | | | |
| Prop.Tax - Loudoun Co. | | | | |
| General Admin Expenses | | | | |
| Condo Fees Mo. Budg. / Pd. Qtrly. | | | | |
| TOTAL EXPENSES | $ - | $ - | $ - | $ - |
| | | | | |
| PROJ. NET CF OPS. | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 |
| | | | | |
| PLAN CONTRIBUTIONS | | | | |
| R. Hamidov (ADM 50%) - ADM ESCROW | | | | |
| A. Halabi (ADM 50%) _ ADM ESCROW | | | | |
| E. Bayramov – Mgr. 25350 PLV & ADM Consult. - ADM ESCROW | | | | |
| | | | | |
| | | | | |
| CASH BALANCE ROLLFORWARD | | | | |
| Beg. Cash Bal./Acct. 25350 PLV | $ 12,500 | $ 10,350 | $ 8,200 | $ 6,050 |
| Proj. Plan Funding / Net CF + Contrib. | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 |
| Total plan payments | $ 22,150 | $ 22,150 | $ 22,150 | $ 22,150 |
| CASH ENDING BALANCE | $ 10,350 | $ 8,200 | $ 6,050 | $ 3,900 |
| | | | | |
| PROJ. PMTS. TO CLAIMANTS | | | | |
| Chapter 7 Trustee Janet Meiburger - Trustee | | | | |
| Class 3 U.S. SBA EIDL LOAN ( Secured by-UCC) | | | | |
| SALES BROKER EXPENSE/ ALLOWANCE | | | | |
| Condo Fees – Catch-Up (Accrued Pre-Ch.11 Conversion) | | | | |
| Sadiq Hafiz (Buyer) Refund (App/DD) | | | | |
| Condo Assoc. Legal Exp. (per agreement with Counsels) | | | | |
| UNSECURED CREDITORS PAYMENTS - AFC+ ACA | | | | |
| NWFCU Loan Payment - debt service | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| MSB Loan Loan Payment - debt service | $ 17,150 | $ 17,150 | $ 17,150 | $ 17,150 |
| John Forest Legal Admin Fees for Chapter 11 Case | | | | |
| TOTAL PLAN PAYMENTS | $ 22,150 | $ 22,150 | $ 22,150 | $ 22,150 |