Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11983-KHK |
| | ) | (Chapter 11) |
| 25350 PLEASANT VALLEY LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER GRANTING AMENDED MOTION TO
(I) SELL PROPERTY FREE AND CLEAR OF LIENS; AND
(II) ASSUME AND ASSIGN LEASES IN CONNECTION WITH SALE OF PROPERTY**

Upon consideration of the amended motion to sell property free and clear of liens and to assume and assign leases in connection therewith (the "Motion"), DE #542, filed by 25350 Pleasant Valley LLC (the "Debtor"), governing law, the record herein, and arguments presented at a hearing thereupon, it is, by the United States Bankruptcy Court for the Eastern District of Virginia, hereby:

ORDERED, that, subject to the modifications and limitations set forth herein, the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor is AUTHORIZED to enter into that certain sales contract attached to the Motion (the "Contract"), DE #542-1, providing for a conveyance of the real property and improvements described therein (the "Property"), subject to the modifications set forth in the Motion and further subject to the modifications set forth herein; and it is further

ORDERED, that by consent of Northwest Federal Credit Union ("NFCU"), as indicated at a hearing on the Motion, the lien held by NFCU on the Property shall be satisfied, at a closing on the Contract, through a payment to NFCU in the sum of $1,460,079.04; and it is further

ORDERED, that by consent of MainStreet Bank ("MainStreet"), as indicated at a hearing on the Motion, the lien held by MainStreet on the Property shall be satisfied, at a closing on the Contract, through a payment to MainStreet in the sum of $2,645,802.69; and it is further

ORDERED, that the liens of NFCU and Mainstreet shall attach to the proceeds of the Property in the order of their priority but shall be paid in accordance with the terms of this Order; and it is further

ORDERED, that, by consent of Epic at Dulles South Commercial Condominium Unit Owners Association (the "Condo Association"), as indicated at a hearing on the Motion, the lien held by the Condo Association on the Property shall be satisfied, at closing on the Contract, through a payment to the Condo Association in the sum of $16,500.00; and it is further

ORDERED, that tenants occupying the Property shall pay—or cause to be paid—all real estate taxes, due and owing on the Property, at or before closing on the Contract, *except* there shall be no obligation for such taxes to be paid in a sum greater than that prorated as due and owing through the date on which said closing shall occur; and it is further

ORDERED, that, at closing, $40,500.00 of the proceeds shall be paid to the real estate agent for Pleasant Valley Holdings III, LLC (Sadiq Hafiz) (the "Buyer") with $35,500.00 refunded to the Buyer for application to allowable closing costs with any excess funds after payment of such closing funds to be refunded to Buyer, and this shall be reflected on the settlement statement; and it is further

ORDERED, that no administrative expense claims correlative to this case (including the portion of this case operated under chapter 7 of title 11 of the United States Code) shall be paid at closing on the Contract and, rather, the Debtor shall—after closing on the Contract—hold in a debtor-in-possession bank account all excess monies therein collected and report back to this Honorable Court on the precise sum of such fees collected at closing, allowing for later distribution of such monies to administrative claim holders in such sums, and on such terms, as this Honorable Court may later direct; and it is further

ORDERED, that the administrative expense claim previously granted to the Buyer, DE #401, be, and hereby is, WAIVED, and shall no longer constitute a valid obligation of the Debtor's estate; and it is further

ORDERED, that the modifications to the Contract, proposed in Section IV of the Motion, be, and hereby are, ADOPTED, and made a part thereof, with the Debtor being AUTHORIZED to execute the Contract either (i) in a form that adopts such changes; or (ii) in the form attached to the Motion but with an addendum providing for such changes either directly or through cross-reference to the Motion and/or this Order.

Date: Jun 11 2026

/s/ Klinette H Kindred

Hon. Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Jun 11 2026

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

Seen and Agreed:

/s/ W. Calvin Smith (signed w/ express permission)
W. Calvin Smith, Esq.
Dunlap Bennett & Ludwig
8300 Boone Blvd., Suite 550
Vienna, VA 22182
*Counsel to the Purchaser*

/s/ Eugene Policastri (signed w/ express permission)
Eugene W. Policastri, Esq.
Policastri Law Firm, LLC
600 Jefferson Plaza
Suite 308
Rockville, Maryland 20852
*Counsel for Northwest Federal Credit Union*

/s/ Eric Schuster (signed w/ express permission)
Eric Schuster, Esq.
Funk & Bolton, P.A.
100 Light Street
Suite 1400
Baltimore, Maryland 21202
*Counsel for MainStreet Bank*

Seen:

/s/ Michael T. Freeman (signed w/ express permission)
Michael T. Freeman, Esq.
Department of Justice
Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

Michael.T.Freeman@usdoj.gov
*Counsel for the United States Trustee*

/s/ Heather R. Steele (signed w/ express permission)
Heather R. Steele, Esq.
Altmiller Melnick DeMers Steele & Rosati PLC
8000 Westpark Drive, Suite 600
Tysons, Virginia 22102
hsteele@altmillerlaw.com
*Attorney for Epic at Dulles South Commercial Condominium Unit Owners Association*

### LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I hereby certify that this order has been signed by all necessary parties.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

United States Bankruptcy Court

Eastern District of Virginia

In re:

25350 Pleasant Valley LLC

    Debtor

Case No. 23-11983-KHK

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: LaurenLaf | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2026 | Form ID: pdford11 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 25350 Pleasant Valley LLC, 25350 Pleasant Valley Dr., Chantilly, VA 20152-1316 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| desig | ##+ | Elshan Bayramov, 14563 Crossfield Way, Woodbridge, VA 22191-4039 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                  Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J. Swallow | on behalf of Creditor MainStreet Bank bswallow@shulmanrogers.com  bswallow@fblaw.com |
| Christopher L. Rogan | on behalf of Creditor Elshan Bayramov crogan@rmzlawfirm.com |
| Douglas M. Foley | on behalf of Creditor American Credit Acceptance  LLC douglas.foley@kaufcan.com, nancy.bruce@kaufcan.com |
| Dylan G. Trache | |

District/off: 0422-9

Date Rcvd: Jun 11, 2026

User: LaurenLaf

Form ID: pdford11

Page 2 of 2

Total Noticed: 1

on behalf of Interested Party Jolene E. Wee dylan.trache@nelsonmullins.com  linnea.hann@nelsonmullins.com

Eric Scott Schuster

on behalf of Attorney Eric Scott Schuster eschuster@fblaw.com

Eric Scott Schuster

on behalf of Creditor MainStreet Bank eschuster@fblaw.com

Eugene W Policastri

on behalf of Creditor Northwest Federal Credit Union gene@policastrilawfirm.com
epolicastri@msn.com;cbell@sgrwlaw.com;ktran@sgrwlaw.com;jnam@sgrwlaw.com;gpolicastri@sgrwlaw.com;gene@policastril awfirm.com

Heather R. Steele

on behalf of Creditor Epic at Dulles South Commercial Condominium hsteele@pesner.com

James Thomas Bacon

on behalf of Defendant Auto Deal Makers LLC jbacon@mbhylaw.com  mkemp@mbhylaw.com;jbacon@mbhylaw.com

James Thomas Bacon

on behalf of Defendant KBL Auto Repair LLC jbacon@mbhylaw.com  mkemp@mbhylaw.com;jbacon@mbhylaw.com

James Thomas Bacon

on behalf of Creditor Elshan Bayramov jbacon@mbhylaw.com  mkemp@mbhylaw.com;jbacon@mbhylaw.com

Janet M. Meiburger

trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

Janet M. Meiburger

on behalf of Plaintiff Janet M. Meiburger trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

Janet M. Meiburger

on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com  VA41@ecfcbis.com;trustee@meiburgerlaw.com

John P. Forest, II

on behalf of Debtor 25350 Pleasant Valley LLC john@forestlawfirm.com

Kevin M. O'Donnell

on behalf of Realtor Stephen Karbelk kmo@henrylaw.com  mbp@henrylaw.com;odonnell.kevinb@notify.bestcase.com

Lee Rauch

on behalf of Creditor MainStreet Bank lrauch@fblaw.com

Matthew W. Cheney

ustpregion04.ax.ecf@usdoj.gov

Maurice Belmont VerStandig

on behalf of Debtor 25350 Pleasant Valley LLC mac@mbvesq.com
lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman

on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov
robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov

Radostina Petkova Estevao

on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov

Robert M. Marino

on behalf of Creditor Automotive Finance Corporation rmmarino@rpb-law.com  rmmarino1@aol.com

Tina P. Estevao

on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov  nicole.rodriguez@loudoun.gov

William Calvin Smith

on behalf of Creditor Sadiq Hafiz csmith@dbllawyers.com  ecf@dbllawyers.com

TOTAL: 24