**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month: _____

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?     ❏   ❏   ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ❏   ❏   ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     ‒ $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.     + $ _____
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ $158,516.00

    *(Exhibit E)*

Debtor Name   _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                          $ $625,560.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                      _____

27. What is the number of employees as of the date of this monthly report?                      _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                  $ _____

31. How much have you paid in total other professional fees since filing the case?                 $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                              $ _____

36. Total projected cash disbursements for the next month:                                       − $ _____

37. Total projected net cash flow for the next month:                                             = $ _____

Debtor Name _____      Case number_____

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

❏   38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

❏   39.  Bank reconciliation reports for each account.

❏   40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

❏   41.  Budget, projection, or forecast reports.

❏   42.  Project, job costing, or work-in-progress reports.

**EXHIBIT A**

**Explanation for Question 3 (Bills Paid on Time)**

The Debtor did not pay all obligations during the reporting period due to timing differences in the receipt of tenant rental income.

Specifically, rental payments attributable to March 2026 were not received during the reporting period and were instead collected in early April 2026. As a result, certain operating obligations could not be satisfied within the same period and remained outstanding as of March 31, 2026.

April 2026 Rental Receipts (Collected After Period-End)

The following tenant payments attributable to March 2026 were received immediately after the close of the reporting period:

| Date | Payor / Tenant | Description | Amount ($) |
|---|---|---|---|
| 04/01/2026 | Main Street Bank | Debt Service Payment | $17,150.00 |
| 04/02/2026 | Auto Deal Makers LLC | March Rent | $10,000.00 |
| 04/02/2026 | KBL Auto Repair LLC | March Rent | $5,000.00 |
| 04/02/2026 | Middletown Valley | Legal Escrow / Deposit | $15,000.00 |

**Total April Receipts (Post-Period):**          **$47,150.00**

These receipts confirm that the Debtor's rental income stream remains intact and that the absence of March cash receipts was solely due to timing differences in collection.

Notwithstanding the foregoing, the Debtor continued to operate in the ordinary course and made a payment of $17,150.00 to Main Street Bank during March 2026.

The Debtor expects the timing of rental receipts to normalize and outstanding obligations to be satisfied in the ordinary course.

## EXHIBIT B
Explanation for Questions 10–18

The Debtor did not engage in any of the activities described in Questions 10–18 during the reporting period.

Specifically, the Debtor did not:

• Maintain any bank accounts other than its Debtor-in-Possession account;
• Sell or transfer any assets outside the ordinary course;
• Engage in any transactions with insiders;
• Experience any insurance cancellations;
• Incur any unusual or unanticipated expenses;
• Borrow funds or receive payments from third parties on its behalf; or
• Receive any capital contributions or investments.

Accordingly, no further disclosures are required for this reporting period.

# EXHIBIT C
# Cash Receipts

For the month ending March 31, 2026, the Debtor received no cash receipts.

Tenant rental payments attributable to March 2026 were not received during the reporting period and were instead collected in April 2026. Accordingly, such amounts are not reflected as cash receipts for March 2026 and are properly recorded as accounts receivable as of March 31, 2026.

On an accrual basis, the Debtor generated rental income of $25,000.00 during March 2026, consisting of:

· Auto Deal Makers LLC – $12,500.00
· KBL Auto Repair LLC – $12,500.00

These amounts are reflected in Exhibit I (Profit & Loss Statement) and were subsequently collected in April 2026.

The absence of cash receipts during the reporting period is solely due to timing differences in the collection of rental income and does not reflect a cessation of business operations or a loss of revenue.

Total Cash Receipts: $0.00

## EXHIBIT D

## Cash Disbursements

For the month ending March 31, 2026, the Debtor made the following cash disbursements:

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 03/02/2026 | Main Street Bank | Debt Service Payment | $17,150.00 |
| 03/02/2026 | Wells Fargo | Wire Transfer Service Charge | $25.00 |
| 03/09/2026 | Fairfax Accounting | Accounting Services | $70.00 |
| 03/18/2026 | SBA EIDL | Loan Payment | $355.00 |
| 03/23/2026 | Fairfax Accounting | Accounting Services | $47.50 |

Total:    $17,647.50

# Exhibit E – Unpaid Bills (Accrued / Plan Obligations)

Debtor: 25350 Pleasant Valley LLC
Case No.: 23-11983-KHK
Reporting Period: March 2026

**Unpaid / Reserved Obligations as of March 31, 2026**

Total Unpaid / Reserved Plan Obligations

**$158,516.00**

Notes

• The obligations listed below represent plan-level liabilities and accrued expenses associated with the property and Chapter 11 process.

• These amounts remain reserved for payment through the Chapter 11 plan or confirmation process.

• During March 2026, the Debtor made a payment of $17,150.00 to Main Street Bank.

• The increase from February reflects (i) the monthly accrual of condominium fees for March 2026 ($2,500.00) and (ii) the unpaid March 2026 secured obligation to Northwest Federal Credit Union ($5,500.00).

• Tenant rental payments attributable to March 2026 were not received until April 2026 and are therefore not included as cash receipts for this reporting period.

• As a result, tenant-related amounts are reflected as accounts receivable and not included in this schedule.

**Detail of Unpaid Obligations**

| Date Incurred | Payee / Obligation | Purpose / Description | Amount ($) |
|---|---|---|---|
| Ongoing | Condo Association | Condo Fees – Catch-Up (Pre-Ch.11 Accrued) | 72,516.00 |
| Pending | Sadiq Hatiz (Buyer) | Buyer Refund (App/DJ) | 20,000.00 |
| Pending | Condo Association | Legal Expenses (per agreement) | 12,500.00 |
| Pending | Chapter 11 Counsel – John | Legal Fees | 25,000.00 |
| Pending | MainStreet Bank | Forbearance-Related Deficiency | 18,000.00 |
| January | Condo Association | Monthly Condo Fees | 2,500.00 |
| February | Condo Association | Monthly Condo Fees | 2,500.00 |
| March Accrual | Condo Association | Monthly Condo Fees | 2,500.00 |
| March | Northwest Federal CU | Monthly Secured Loan Payment | 5,500.00 |

**Summary**

· **February Total: $153,016.00**
· **March Increase: +$5,500.00 (NWFCU) +$2,500.00 (Condo Accrual)**
· **Ending Balance: $158,516.00**

# Exhibit F – Money Owed to Debtor (Receivables)

**Debtor: 25350 Pleasant Valley LLC**
**Case No.: 23-11983-KHK**
**Reporting Period: March 2026**

**Receivables as of March 31, 2026**

**Total Receivables: $624,560.00**

**<u>Notes</u>**

**• The receivable from Total Auto Financing LLC represents funds previously advanced in connection with intercompany financing arrangements.**

**• No payments were received on this receivable during March 2026.**

**• Tenant rental payments attributable to March 2026 were not received during the reporting period and were instead collected in April 2026.**

**• Accordingly, tenant obligations for March 2026 are reflected as receivables as of March 31, 2026.**

**• Receivables previously listed in earlier reports relating to Caspian Auto House, EAE Auto Motors, Intizar Gasimov, Autoline of VA, and EG Group LLC remain excluded and are not carried on the Debtor's books.**

**• As of March 31, 2026, the Debtor's receivables consist of the intercompany loan receivable and current tenant receivables arising from timing differences in rental collections.**

**Detail of Receivables**

| Debtor / Obligor | Description | Amount ($) | Status |
|---|---|---|---|
| Total Auto Financing LLC | Loan Receivable | 600,560.00 | Outstanding |
| ADM LLC | March Rent Receivable | 12,500.00 | Collected April 2026 |
| KBL Auto Repair LLC | March Rent Receivable | 11,500.00 | Collected April 2026 |
| **Total:** | | **$624,560.00** | |

# Exhibit G – Bank Account Reconciliation

**Debtor: 25350 Pleasant Valley LLC**
**Case No.: 23-11983-KHK**
**Reporting Period: March 2026**

**Wells Fargo – Debtor-in-Possession Account   (Account ending in 8954)**

**Ending Balance – March 31, 2026**

**$2,453.85**

**Reconciliation**

• **The ending balance of $2,453.85 agrees exactly with the Wells Fargo bank statement as of March 31, 2026.**

• **The account activity for the reporting period reflects total withdrawals of $17,647.50 and no deposits, consistent with Exhibits C (Cash Receipts) and D (Cash Disbursements).**

• **All cash disbursements during the reporting period were made through the Debtor's Wells Fargo Debtor-in-Possession account.**

• **Tenant rental payments attributable to March 2026 were not received during the reporting period and were instead collected in April 2026; accordingly, such amounts are reflected as accounts receivable and not as deposits in this account.**

• **No outstanding checks, pending withdrawals, or deposits in transit existed as of March 31, 2026.**

• **The reconciliation confirms that the cash balance reported on Line 23 of the March 2026 Monthly Operating Report ties directly to the Debtor's bank records.**

# Exhibit H – Budget vs. Actual Comparison

**Debtor: 25350 Pleasant Valley LLC**
**Case No.: 23-11983-KHK**
**Reporting Period: March 2026**

**Budget vs. Actual Cash Flow – March 2026**

**Explanation of Variance**

**The variance between projected and actual results for March 2026 is primarily attributable to the following:**

**1. Timing Difference in Cash Receipts**

**Cash receipts for March 2026 totaled $0.00, compared to projected receipts of $25,000.00.**

**This variance is due to tenant rental payments attributable to March 2026 being received in April 2026 rather than during the reporting period.**

**Specifically:**

**• Auto Deal Makers LLC – $12,500**
**• KBL Auto Repair LLC – $11,500**

**These amounts were collected in April 2026 and are reflected as accounts receivable as of March 31, 2026.**

**This represents a timing difference in cash flow and does not reflect a reduction in rental income or operational performance.**

**2. Lower Than Projected Disbursements**

**Actual cash disbursements for March 2026 were $17,647.50, compared to projected disbursements of $25,330.00.**

**This favorable variance of $7,682.50 is primarily due to:**

**• Controlled operating expenses**
**• Limited administrative costs during the reporting period**
**• No extraordinary or non-recurring expenditures**

**3. Negative Net Cash Flow Driven by Timing**

**As a result of the absence of cash receipts during the reporting period, the debtor reported a net cash outflow of ($17,647.50), compared to a projected net cash flow of ($330.00).**

**This variance is directly attributable to the timing difference in rent collections and not to a deterioration in the debtor's financial condition.**

**The debtor's operating results for March 2026 reflect:**

**· Stable and ongoing tenant operations**
**· Continued rental income generation (collected in April 2026)**
**· Controlled expenses and disciplined cash management**

**The property continues to operate in the ordinary course, with consistent underlying performance and predictable income streams.**

**Budget vs. Actual Table**

| Category | Projected (Prior MOR) | Actual (March 2026) | Difference |
|---|---|---|---|
| **Cash Receipts** | **$25,000.00** | **$0.00** | **($25,000.00)** |
| **Cash Disbursements** | **$25,330.00** | **$17,647.50** | **$7,682.50** |
| **Net Cash Flow** | **($330.00)** | **($17,647.50)** | **($17,317.50)** |

**Exhibit I – Profit & Loss Statement**

**Debtor: 25350 Pleasant Valley LLC**
**Case No.: 23-11983-KHK**
**Reporting Period: March 2026**

**Income Statement (Accrual Basis)**
**For the Month Ended March 31, 2026**

**Revenue**

| | |
|---|---|
| **Rental Income – Auto Deal Makers LLC** | **$12,500.00** |
| **Rental Income – KBL Auto Repair LLC** | **$12,500.00** |
| **Total Rental Income** | **$25,000.00** |

**Expenses**

| | |
|---|---|
| **Condominium Fees** | **$2,500.00** |
| **Accounting Expense** | **$117.50** |
| **SBA EIDL Loan Payment** | **$355.00** |
| **Total Operating Expenses** | **$2,972.50** |
| **Net Operating Income** | **$22,027.50** |

**Non-Operating / Financing Activity**

| | |
|---|---|
| **Debt Service – Main Street Bank** | **$17,150.00** |
| **Net Income (After Debt Service)** | **$4,877.50** |

**Notes**

• **The above statement is presented on an accrual basis and reflects rental income earned during March 2026, regardless of the timing of cash receipts.**

• **Tenant rental payments for March 2026 were collected in April 2026 and are reflected as accounts receivable as of March 31, 2026.**

• **Accordingly, while cash receipts for March 2026 were $0.00, the Debtor generated $24,000.00 in rental income during the reporting period.**

• **The Debtor continues to maintain positive operating margins and sufficient income to support ongoing operations and debt service obligations.**

# Exhibit J – Balance Sheet

**Debtor: 25350 Pleasant Valley LLC**
**Case No.: 23-11983-KHK**
**Reporting Period: March 2026**

**Balance Sheet**
**As of March 31, 2026**

## ASSETS

### Current Assets

| | |
|---|---|
| **Cash – Wells Fargo DIP Account** | **$2,453.85** |

**Accounts Receivable:**

| | |
|---|---|
| Total Auto Financing LLC | $600,560.00 |
| Auto Deal Makers LLC (March Rent) | $12,500.00 |
| KBL Auto Repair LLC (March Rent) | $12,500.00 |
| **Total Accounts Receivable** | **$625,560.00** |
| **Total Current Assets** | **$628,013.85** |
| **Total Assets** | **$628,013.85** |

## LIABILITIES AND EQUITY

### Current Liabilities

| | |
|---|---|
| **Unpaid /Plan Obligations (Exhibit E)** | **$158,516.00** |
| **Total Liabilities** | **$158,516.00** |

### Equity

| | |
|---|---|
| **Member / Retained Equity** | **$469,497.85** |
| **Total Equity** | **$469,497.85** |
| **Total Liabilities and Equity** | **$628,013.85** |

# Initiate Business Checking℠

March 31, 2026 ■ Page 1 of 4

25350 PLEASANT VALLEY LLC
UNIT 180
25350 PLEASANT VALLEY RD STE 165
CHANTILLY VA 20152-1316

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Beware of bank impersonation scams.

Five signs the person contacting you is NOT Wells Fargo:

1. They ask for your password, PIN, or a verification code. Wells Fargo will not contact you and request this.
2. They tell you to return your card or move money by wiring funds, withdrawing cash, buying a cashier's check, or using a crypto or bank ATM. Wells Fargo will never ask you to return your card or move your money to protect it.
3. They urge you to keep the conversation or transaction secret due to "an investigation".
4. They refuse to let you end a call or text conversation. Real Wells Fargo employees won't pressure you to continue a conversation.
5. They give you exact instructions for how to complete a transaction or answer bank-employee questions.

If something feels off, contact us directly.

You're in charge when it comes to your money. Learn more at: www.wellsfargo.com/nophishing

March 31, 2026 ■ Page 2 of 4

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $20,101.35 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 17,647.50 |
| Ending balance on 3/31 | $2,453.85 |

Account number:  XXXX8954  (primary account)

25350 PLEASANT VALLEY LLC

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  051400549

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | Wire Trans Svc Charge - Sequence: 260302050005 Srf# Ow00006671397476 Trn#260302050005 Rfb# Ow00006671397476 | | 25.00 | |
| 3/2 | | WT Fed#02R00 Mainstreet Bank /Ftr/Bnf=Main Street Bank Srf# Ow00006671397476 Trn#260302050005 Rfb# Ow00006671397476 | | 17,150.00 | 2,926.35 |
| 3/9 | < | Business to Business ACH Debit - Fairfax Accounti ACH 260306 703-865-6161 25350 Pleasant Valle | | 70.00 | 2,856.35 |
| 3/18 | < | Business to Business ACH Debit - Sba Eidl Loan Payment 260317 0000 3410937205 | | 355.00 | 2,501.35 |
| 3/23 | < | Business to Business ACH Debit - Fairfax Accounti ACH 260320 703-865-6161 25350 Pleasant Valle | | 47.50 | 2,453.85 |
| Totals | | | $0.00 | $17,647.50 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH:  If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2026 - 03/31/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $2,000.00 | $2,453.85 ÷ |

C1/C1

**WELLS FARGO**

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 4 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

---

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.          + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                   TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount | $ |

Account Detail - Wells Fargo                                                                                          4/12/26, 9:39 AM

# WELLS FARGO

## BUSINESS CHECKING
Account
...8954
Routing numbers

$2,333.85
Available balance

**Account & balance info**

| | |
|---|---|
| Ending collected balance as of 04/11/26 | $2,333.85 |
| Current posted balance | $2,333.85 |
| Pending withdrawals/debits | $0.00 |
| Pending deposits/credits | $0.00 |
| Available balance | **$2,333.85** |

## Activity

First
Previous
Next

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | | | | |
| No pending transactions to view. | | | | |
| **Posted Transactions** | | | | |
| 04/08/26 | BUSINESS TO BUSINESS ACH FAIRFAX ACCOUNTI ACH 260406 703-865-6161 25350 PLEASANT VALLE | | $70.00 | $2,333.85 |
| 04/02/26 | WT FED#01R02 MIDDLETOWN VALLEY /FTR/BNF=The VerStandig Law Firm LLC SRF# OW00006799125055 TRN#260402210152 RFB# OW00006799125055 | | $15,000.00 | $2,403.85 |
| 04/02/26 | WIRE TRANS SVC CHARGE - SEQUENCE: 260402210152 SRF# OW00006799125055 TRN#260402210152 RFB# OW00006799125055 | | $25.00 | |
| 04/02/26 | WT FED#02K04 JPMORGAN CHASE BAN /ORG=AUTO DEAL MAKERS LLC SRF# 3787316092ES TRN#260402208853 RFB# BMG OF 26/04/02 | $10,000.00 | | |
| 04/02/26 | WT FED#02L03 JPMORGAN CHASE BAN /ORG=KBL AUTO REPAIR LLC SRF# 3785086092ES TRN#260402208731 RFB# BMG OF 26/04/02 | $5,000.00 | | |
| 04/01/26 | WT FED#02R01 MAINSTREET BANK /FTR/BNF=Main Street Bank SRF# OW00006793314190 TRN#260401153771 RFB# OW00006793314190 | | $17,150.00 | $2,428.85 |
| 04/01/26 | WIRE TRANS SVC CHARGE - SEQUENCE: 260401153771 SRF# OW00006793314190 TRN#260401153771 RFB# OW00006793314190 | | $25.00 | |
| 04/01/26 | WT FED#02K03 JPMORGAN CHASE BAN /ORG=KBL AUTO | $7,150.00 | | |

Account Detail - Wells Fargo                                                                                                                4/12/26, 9:39 AM

| Date | Description | | | |
|---|---|---|---|---|
| | REPAIR LLC SRF# 3821926091ES TRN#260401148891 RFB# BMG OF 26/04/01 | | | |
| 04/01/26 | WT FED#02K03 JPMORGAN CHASE BAN /ORG=AUTO DEAL MAKERS LLC SRF# 3778756091ES TRN#260401143348 RFB# BMG OF 26/04/01 | $10,000.00 | | |
| 03/23/26 | BUSINESS TO BUSINESS ACH FAIRFAX ACCOUNTI ACH 260320 703-865-6161 25350 PLEASANT VALLE | | $47.50 | $2,453.85 |
| 03/18/26 | BUSINESS TO BUSINESS ACH SBA EIDL LOAN PAYMENT 260317 0000 3410937205 | | $355.00 | $2,501.35 |
| 03/09/26 | BUSINESS TO BUSINESS ACH FAIRFAX ACCOUNTI ACH 260306 703-865-6161 25350 PLEASANT VALLE | | $70.00 | $2,856.35 |
| 03/02/26 | WT FED#02R00 MAINSTREET BANK /FTR/BNF=Main Street Bank SRF# OW00006671397476 TRN#260302050005 RFB# OW00006671397476 | | $17,150.00 | $2,926.35 |
| 03/02/26 | WIRE TRANS SVC CHARGE - SEQUENCE: 260302050005 SRF# OW00006671397476 TRN#260302050005 RFB# OW00006671397476 | | $25.00 | |
| 02/23/26 | BUSINESS TO BUSINESS ACH FAIRFAX ACCOUNTI ACH 260219 703-865-6161 25350 PLEASANT VALLE | | $47.50 | $20,101.35 |
| 02/23/26 | WT FED#03R00 NORTHWEST FCU /FTR/BNF=25350 pleasant Valley LLC SRF# OW00006654357813 TRN#260223149799 RFB# OW00006654357813 | | $5,500.00 | |
| 02/23/26 | WIRE TRANS SVC CHARGE - SEQUENCE: 260223149799 SRF# OW00006654357813 TRN#260223149799 RFB# OW00006654357813 | | $25.00 | |
| 02/18/26 | WT FED#02M03 JPMORGAN CHASE BAN /ORG=KBL AUTO REPAIR LLC SRF# 3649346049ES TRN#260218192444 RFB# BMG OF 26/02/18 | $12,500.00 | | $25,673.85 |
| 02/18/26 | WT FED#02M03 JPMORGAN CHASE BAN /ORG=AUTO DEAL MAKERS LLC SRF# 3648456049ES TRN#260218192086 RFB# BMG OF 26/02/18 | $12,500.00 | | |
| 02/09/26 | BUSINESS TO BUSINESS ACH FAIRFAX ACCOUNTI ACH 260206 703-865-6161 25350 PLEASANT VALLE | | $70.00 | $673.85 |
| 02/02/26 | WT FED#03R01 MAINSTREET BANK /FTR/BNF=Main Street Bank SRF# OW00006579500764 TRN#260202118167 RFB# OW00006579500764 | | $13,500.00 | $743.85 |
| 02/02/26 | WIRE TRANS SVC CHARGE - SEQUENCE: 260202118167 SRF# OW00006579500764 TRN#260202118167 RFB# OW00006579500764 | | $25.00 | |
| 01/28/26 | BUSINESS TO BUSINESS ACH SBA EIDL LOAN PAYMENT 260127 0000 3410937205 | | $355.00 | $14,268.85 |
| 01/21/26 | BUSINESS TO BUSINESS ACH FAIRFAX ACCOUNTI ACH 260119 703-865-6161 25350 PLEASANT VALLE | | $47.50 | $14,623.85 |
| 01/12/26 | WT FED#01R00 NORTHWEST FCU /FTR/BNF=25350 pleasant Valley LLC SRF# OW00006508148218 TRN#260112028240 RFB# OW00006508148218 | | $11,000.00 | $14,671.35 |
| 01/12/26 | WIRE TRANS SVC CHARGE - SEQUENCE: 260112028240 SRF# OW00006508148218 TRN#260112028240 RFB# OW00006508148218 | | $25.00 | |
| **Totals** | | **$57,150.00** | **$80,512.50** | |

Back to top

First
Previous
Next

*Account Disclosures

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

⌂ Equal Housing Lender



**PO Box 532**
**Herndon, VA 20170-0532**
**703-709-8900**



Member Number  208

25350 PLEASANT VALLEY LLC
25350 PLEASANT VALLEY ROAD
SUITE 180
CHANTILLY VA 20152

| Payment Information | |
|---|---|
| Account Number | 208 |
| Statement Closing Date | 03/17/2026 |
| Payment Due Date | 04/01/2026 |
| Past Due Amount | $0.00 |
| Current Due Amount | $86,879.09 |
| Minimum Payment Due | $86,879.09 |

### Commercial Loan/Commercial Real Estate

| Loan Details | |
|---|---|
| Interest Rate | 6.00% |
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Checks & Advances | $0.00 |
| Other Charges | $0.00 |

| Date | Description of Transactions | Amount | Balance |
|---|---|---|---|
| 02/15/2026 | Starting Principal Balance | $1,363,890.88 | $1,363,890.88 |
| 02/23/2026 | Regular Payment - Note Interest | $5,500.00 | |
| 03/11/2026 | Late Charge Assessment | $4,266.62 | |
| 03/16/2026 | Late Charge Waive | $4,266.62 | |
| 03/16/2026 | Payment Reversal | $5,500.00 | |
| 03/16/2026 | Regular Payment - Note Interest | $5,500.00 | |
| | Ending Balance | | $1,363,890.88 |

25350 PLEASANT VALLEY LLC
25350 PLEASANT VALLEY ROAD
SUITE 180
CHANTILLY VA 20152

**Account Number**  **7208**

**Total Due**  **$86,879.09**

**Extra Principal**

**Total Enclosed** $

NWFCU
PO Box 532
Herndon, VA 20170-0532

For inquiries call 844-210-6900
P.O. Box 1229 Herndon VA 20172-1229

**NORTHWEST FEDERAL CREDIT UNION**

Member Number : **27208

As of March 31, 2026

25350 PLEASANT VALLEY LLC
25350 PLEASANT VALLEY RD STE 180
CHANTILLY VA 20152-1317

| ACCOUNTS AT A GLANCE | | | |
|---|---|---|---|
| Account(s) | Start Balance | End Balance | APY Earned |
| BUSINESS SAVINGS ☒☒7208 | $ 1.00 | $ 1.00 | |
| BUSINESS BASIC CH G ☒☒☒7208 | $ 8.51 | $ 8.51 | |
| | Total | $ 9.51 | |

| BUSINESS SAVINGS - # **27208 | | | |
|---|---|---|---|
| Date | Transaction Description | Transaction Amount | Balance |
| 03/01/2026 | Beginning Balance | | $ 1.00 |
| 03/31/2026 | Ending Balance | | $ 1.00 |
| | Joint Owner | ELSHAN A BAYRAMOV | |
| | Beginning Balance | $ 1.00 | |
| | Ending Balance | $ 1.00 | |

| BUSINESS BASIC CHECKING - # **27208 | | | |
|---|---|---|---|
| Date | Transaction Description | Transaction Amount | Balance |
| 03/01/2026 | Beginning Balance | | $ 8.51 |
| 03/31/2026 | Ending Balance | | $ 8.51 |
| | Joint Owner | ELSHAN A BAYRAMOV | |
| | Beginning Balance | $ 8.51 | |
| | Ending Balance | $ 8.51 | |

| Summary[1] | |
|---|---|
| Total Dividends Paid Year to Date | $ 0.00 |
| Total Interest Paid Year to Date | $ 0.00 |

[1] Summary table includes year to date amounts for open accounts. Refer to archived statements for interest/dividends paid on closed accounts. For assistance, please call the number for direct inquiries above.

Federally insured by NCUA

1480 0145

**NORTHWEST FEDERAL CREDIT UNION**
200 SPRING ST
HERNDON VA 20170-5241
703-709-8900

25350 PLEASANT VALLEY LLC
25350 PLEASANT VALLEY ROAD
SUITE 180
CHANTILLY VA 20152



☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, address, and telephone number | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | | |
|---|---|---|---|
| NORTHWEST FEDERAL CREDIT UNION 200 SPRING ST HERNDON VA 20170-5241 703-709-8900 | OMB No. 1545-1380 Form **1098** (Rev. April 2025) For calendar year 2025 | | **Mortgage Interest Statement** |

| RECIPIENT'S/LENDER'S TIN | PAYER'S/BORROWER'S TIN | 1 Mortgage interest received from payer(s)/borrower(s)* $ 80,465.33 | 2 Outstanding mortgage principal $ 1,347,334.56 | **Copy B For Payer/ Borrower** |
|---|---|---|---|---|
| 888 | 376 | | | The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item. |
| PAYER'S/BORROWER'S name, street address, city or town, state, and ZIP code | | 3 Mortgage origination date 07/14/2017 | 4 Refund of overpaid interest $ | |
| | | 5 Mortgage insurance premiums $ | 6 Points paid on purchase of principal residence $ | |
| 25350 PLEASANT VALLEY LLC 25350 PLEASANT VALLEY ROAD SUITE 180 CHANTILLY VA 20152 | | 7 ☐ If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. | | |
| | | 8 Address or description of property securing mortgage 25350 Pleasant Valley Road 175 180 Chantilly VA 20152 | | |
| 9 Number of properties securing the mortgage | 11 Mortgage acquisition date | 10 Other | | |
| Account number (see instructions) 3122227208 | | | | |

Form **1098** (Rev. 4-2025)       (keep for your records)       www.irs.gov/Form1098       Department of the Treasury - Internal Revenue Service

### Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount each borrower paid and points paid by the seller that represent each borrower's share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 4.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Schedule A, C, or E (Form 1040) for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a mortgage, home equity loan, or line of credit. This amount does not include points, government subsidy payments, or seller payments on a "buydown" mortgage. Such amounts are deductible by you only in certain circumstances.

 *If you prepaid interest in the calendar year that accrued in full by January 15 of the subsequent year, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in the calendar year paid even though it may be included in box 1.*

If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity loan, or line of credit secured by a qualified residence, you can only deduct the interest paid on acquisition indebtedness, and you may be subject to a deduction limitation.

**Box 2.** Shows the outstanding principal on the mortgage as of January 1 of the calendar year. If the mortgage originated in the calendar year, shows the mortgage principal as of the date of origination. If the recipient/lender acquired the loan in the calendar year, shows the mortgage principal as of the date of acquisition.

**Box 3.** Shows the date of the mortgage origination.

**Box 4. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 4 amount on the "Other income" line of your calendar year Schedule 1 (Form 1040). No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and *Itemized Deduction Recoveries* in Pub. 525.

**Box 5.** If an amount is reported in this box, it may qualify to be treated as deductible mortgage interest. See the calendar year Schedule A (Form 1040) instructions and Pub. 936.

**Box 6.** Not all points are reportable to you. Box 6 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 6 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 7.** If the address of the property securing the mortgage is the same as the payer's/borrower's, either the box has been checked, or box 8 has been completed.

**Box 8.** Shows the address or description of the property securing the mortgage.

**Box 9.** If more than one property secures the loan, shows the number of properties securing the mortgage. If only one property secures the loan, this box may be blank.

**Box 10.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.

**Box 11.** If the recipient/lender acquired the mortgage in the calendar year, shows the date of acquisition.

**Future developments.** For the latest information about developments related to Form 1098 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1098*.

**Free File Program.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.