**Fill in this information to identify the case:**

Debtor Name  25350 Pleasant Valley LLC

United States Bankruptcy Court for the: Eastern District of Virginia

Case number: 23-11983-KHK

❑ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month:  April 2026

Date report filed: 06/15/2026
MM / DD / YYYY

Line of business:  Single Asset Real Estate / commercial landlord

NAISC code: 531390

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  25350 Pleasant Valley LLC - DIP

Original signature of responsible party

Printed name of responsible party  Elshan Bayramov

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☒ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☒ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ❑ | ❑ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☒ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☒ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☒ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☒ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☒ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☒ | ❑ |

Debtor Name 25350 Pleasant Valley LLC

Case number 23-11983-KHK

17. Have you paid any bills you owed before you filed bankruptcy?  ❏  ☒  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏  ☒  ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 2,463.36

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 32,150.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 32,317.50

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ (167.50)

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 2,295.86

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 0.00

Debtor Name  25350 Pleasant Valley LLC                                   Case number 23-11983-KHK

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                       $ ___608,410.00___

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                   _____0_____

27. What is the number of employees as of the date of this monthly report?                      _____0_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?         $ ___15,000.00___

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ ___20,000.00___

30. How much have you paid this month in other professional fees?                                   $ ___117.50___

31. How much have you paid in total other professional fees since filing the case?                  $ ___235.00___

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
| --- | --- | --- | --- | --- | --- |
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $25,000.00 | − | $ 32,150.00 | = | $ (7,150.00) |
| 33. **Cash disbursements** | $25,330.00 | − | $ 32,317.50 | = | $ (6,987.50) |
| 34. **Net cash flow** | $(330.00) | − | $ (167.50) | = | $ (162.50) |

35. Total projected cash receipts for the next month:                                              $ ___20,000.00___

36. Total projected cash disbursements for the next month:                                       − $ ___17,267.50___

37. Total projected net cash flow for the next month:                                            = $ ___2,732.50___

Debtor Name  25350 Pleasant Valley LLC                                    Case number 23-11983-KHK

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☒ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☒ 39.  Bank reconciliation reports for each account.

- ☒ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☒ 41.  Budget, projection, or forecast reports.

- ☐ 42.  Project, job costing, or work-in-progress reports.

# April 2026 Monthly Operating Report - Exhibits and Support

Debtor: 25350 Pleasant Valley LLC | Case No.: 23-11983-KHK | Reporting Period: April 1-30, 2026

## Exhibit B - Explanations for Yes Answers to Questions 10-18

| Question | Explanation |
|---|---|
| 10 - Other bank accounts | In addition to the Wells Fargo DIP operating account, the Debtor has nominal Northwest Federal Credit Union savings/checking accounts ending in 7208. These accounts had a total balance of $9.51 at the beginning and end of April and no April receipts or disbursements. The $9.51 is included in total cash on Form 425C lines 19 and 23. |
| 12 - Related tenant/services | The Debtor is a commercial landlord. During April 2026, the leased premises continued to be occupied and used by existing tenants, including Auto Deal Makers LLC / ADM LLC for Unit 180 and KBL Auto Repair LLC for Unit 175. The April tenant receipts are disclosed in Exhibit C. |
| 14 - Significant expense | The April statement includes a $15,000.00 payment to The Verstandig Law Firm LLC. It is treated on this MOR as a legal retainer / professional-fee deposit and is disclosed again in Exhibit D and line 28. |
| Other lines | No asset sales outside the ordinary course, insurance cancellations, new borrowings, capital investments, prepetition check clearings, or unapproved payments of prepetition bills are reflected in the April bank records. |

## Exhibit C - Cash Receipts

| Date | Source / Tenant | Purpose | Amount |
|---|---|---|---|
| 04/01/2026 | Auto Deal Makers LLC | Tenant payment - Unit 180 | $10,000.00 |
| 04/01/2026 | KBL Auto Repair LLC | Tenant payment - Unit 175 | $7,150.00 |
| 04/02/2026 | KBL Auto Repair LLC | Tenant payment - Unit 175 | $5,000.00 |
| 04/02/2026 | Auto Deal Makers LLC | Tenant payment - Unit 180 | $10,000.00 |
| | | Total | $32,150.00 |

April receipts exceeded the regular $20,000 monthly rent amount because the month included catch-up/carry-forward tenant payments. All April cash receipts shown above were deposited into the Wells Fargo DIP operating account. The nominal NWFCU accounts had no April receipts.

## Exhibit D - Cash Disbursements

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 04/01/2026 | Wells Fargo | Wire transfer service charge | $25.00 |
| 04/01/2026 | Main Street Bank | Property debt-service payment | $17,150.00 |
| 04/02/2026 | Wells Fargo | Wire transfer service charge | $25.00 |
| 04/02/2026 | The Verstandig Law Firm LLC | Legal retainer / professional-fee deposit | $15,000.00 |
| 04/08/2026 | Fairfax Accounting | Accounting/bookkeeping | $70.00 |
| 04/21/2026 | Fairfax Accounting | Accounting/bookkeeping | $47.50 |
| | | Total | $32,317.50 |

## Exhibit E - Unpaid Bills

No unpaid postpetition operating bills are reported as of April 30, 2026 based on the Debtor's current operating records. Prior schedules included plan-level, escrow-related, or confirmation-related reserve amounts. Those amounts are not carried as current April operating payables because the proposed plan/escrow structure did not become effective during April 2026, and no escrow payable was due from the Debtor as of month-end. Any disputed, secured, condominium-association, or claim-related amounts remain subject to the bankruptcy case, applicable agreements, lender statements, or further court order and are not reported here as ordinary-course unpaid bills unless and until they become a current payable of the Debtor.

| Description | Amount |
|---|---|
| Total unpaid bills reported on Form 425C line 24 | $0.00 |

## Exhibit F - Money Owed to Debtor / Receivables

The rent ledger below applies the current rent position of $10,000 per unit per month and actual April receipts. The TAF receivable is carried from prior MORs.

| Obligor | Description | Amount Owed | Status |
|---|---|---|---|
| Total Auto Financing LLC | Loan receivable carried from prior MORs | $600,560.00 | Outstanding |

| Obligor | Description | Amount Owed | Status |
|---|---|---|---|
| Auto Deal Makers LLC / ADM LLC | March-April rent ledger at $10,000/month less April collections | $0.00 | Paid/current based on April deposits |
| KBL Auto Repair LLC | March-April rent ledger at $10,000/month less April collections of $12,150 | $7,850.00 | Outstanding |
| | | Total | $608,410.00 |

## Exhibit G - Bank Reconciliation

| Description | Amount |
|---|---|
| Beginning balance - Wells Fargo DIP account, 04/01/2026 | $2,453.85 |
| Beginning balance - NWFCU nominal accounts, 04/01/2026 | $9.51 |
| Total opening cash - Form 425C line 19 | $2,463.36 |
| Add: April deposits/credits - Wells Fargo | $32,150.00 |
| Less: April withdrawals/debits - Wells Fargo | ($32,317.50) |
| Net cash flow - Form 425C line 22 | (167.50) |
| Ending balance - Wells Fargo DIP account, 04/30/2026 | $2,286.35 |
| Ending balance - NWFCU nominal accounts, 04/30/2026 | $9.51 |
| Deposits in transit / outstanding checks | None listed from April statements |
| Reconciled total cash on hand - Form 425C line 23 | $2,295.86 |

## Exhibit H - Budget vs. Actual Comparison

Column A uses the prior MOR projections for April. Column B uses April actual cash activity from Form 425C lines 20-22. Difference is calculated as Projected minus Actual, consistent with Form 425C.

| Category | Projected | Actual | Difference |
|---|---|---|---|
| Cash receipts | $25,000.00 | $32,150.00 | (7,150.00) |
| Cash disbursements | $25,330.00 | $32,317.50 | (6,987.50) |
| Net cash flow | (330.00) | (167.50) | (162.50) |

## Exhibit I - Financial Report / Cash and Accrual Summary

| Category | Amount | Notes |
|---|---|---|
| Cash receipts | $32,150.00 | Tenant payments deposited during April |
| Regular April rental income earned | $20,000.00 | $10,000 per unit x 2 units |
| Bank fees | $50.00 | Two wire fees |
| Accounting/bookkeeping | $117.50 | Fairfax Accounting |
| Main Street Bank debt service | $17,150.00 | Paid in April |
| Legal retainer / professional-fee deposit | $15,000.00 | The Verstandig Law Firm LLC |
| Unpaid postpetition operating bills | $0.00 | See Exhibit E |
| Cash-basis net cash flow | (167.50) | Matches Form 425C line 22 |

## Exhibit J - May 2026 Budget / Projection

Projection uses the corrected monthly rent position of $10,000 per unit. It excludes non-recurring legal payments, plan/escrow reserves, or other contingent items unless separately authorized or incurred.

| Projected item | Amount |
|---|---|
| Projected cash receipts - two tenant units at $10,000/month | $20,000.00 |
| Projected cash disbursements - Main Street Bank and ordinary accounting/bookkeeping | $17,267.50 |
| Projected net cash flow | $2,732.50 |

## Exhibit K - Insurance Explanation and Certificates

Insurance is disclosed as maintained through the tenants and condominium structure. The Debtor is the commercial landlord/condominium-unit owner. The Debtor understands that exterior/common-area or building-shell insurance is handled through the condominium association, while tenant business operations, inventory, garage/dealer liability, damage-to-rented-premises exposure, and interior contents are covered through tenant policies. No separate insurance premium was due from the Debtor during April 2026 for the tenant policies attached. The certificates included with this package identify 25350 Pleasant Valley LLC as certificate holder and/or additional insured / lease holder. If requested, the Debtor can separately provide the condominium association master policy certificate for the exterior/common areas.

| Tenant / Unit | Policy / Insurer | Period | Key coverage noted | PV LLC status |
|---|---|---|---|---|
| KBL Auto Repair LLC dba Carluck / Unit 175 | AXIS AXS010673-00 | 09/12/2025-09/12/2026 | Garage & Dealers; lot value $350,000; damage to rented premises $100,000; GL aggregate $300,000 | Certificate holder; Additional Insured / Lease Holder |
| Auto Deal Makers LLC / Unit 180 | AXIS AXS010978-00 | 01/18/2026-01/18/2027 | Garage liability $300,000; Dealers Physical Damage per lot $250,000; 10 dealer tags | Certificate holder; Additional Insured / Lease Holder |

## Exhibit L - Supporting Documents Attached

Following these exhibits are: (1) redacted Wells Fargo April 2026 statement, (2) redacted Northwest Federal Credit Union April 2026 nominal account statement, (3) KBL Auto Repair LLC / Carluck certificate of insurance, and (4) Auto Deal Makers LLC certificate of garage insurance.

# Initiate Business Checking℠

April 30, 2026 ■ Page 1 of 4

25350 PLEASANT VALLEY LLC
UNIT 180
25350 PLEASANT VALLEY RD STE 165
CHANTILLY VA 20152-1316

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Spot the latest tax scam

Scammers posing as a tax consulting service are calling claiming you owe back taxes or have missed filings. They urge you to call them back immediately to "resolve" your tax debt. They often insist this is your "only chance" to avoid penalties.

Red Flags
- Unexpected calls regarding a tax issue.
- Claims of notices sent that you never received.
- Messages saying press a number to "be removed," a common scammer tactic to confirm working phone numbers.

What to Do
- Let unknown callers go to voicemail.
- Do NOT call back or share personal information.
- If you have concerns, contact the IRS directly - never use the number left on a voicemail.

For more information go to wellsfargo.com/spottaxscams



**WELLS FARGO**

ending 8954

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $2,453.85 |
| Deposits/Credits | 32,150.00 |
| Withdrawals/Debits | - 32,317.50 |
| Ending balance on 4/30 | $2,286.35 |

Account number:              (primary account)

25350 PLEASANT VALLEY LLC

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

For Wire Transfers use
Routing Number (RTN):

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | | WT Fed#02K03 Jpmorgan Chase Ban /Org=Auto Deal Makers LLC Srf# 3778756091Es Trn#260401143348 Rfb# Bmg of 26/04/01 | 10,000.00 | | |
| 4/1 | | WT Fed#02K03 Jpmorgan Chase Ban /Org=Kbl Auto Repair LLC Srf# 3821926091Es Trn#260401148891 Rfb# Bmg of 26/04/01 | 7,150.00 | | |
| 4/1 | | Wire Trans Svc Charge - Sequence: 260401153771 Srf# Ow00006793314190 Trn#260401153771 Rfb# Ow00006793314190 | | 25.00 | |
| 4/1 | | WT Fed#02R01 Mainstreet Bank /Ftr/Bnf=Main Street Bank Srf# Ow00006793314190 Trn#260401153771 Rfb# Ow00006793314190 | | 17,150.00 | 2,428.85 |
| 4/2 | | WT Fed#02L03 Jpmorgan Chase Ban /Org=Kbl Auto Repair LLC Srf# 3785086092Es Trn#260402208731 Rfb# Bmg of 26/04/02 | 5,000.00 | | |
| 4/2 | | WT Fed#02K04 Jpmorgan Chase Ban /Org=Auto Deal Makers LLC Srf# 3787316092Es Trn#260402208853 Rfb# Bmg of 26/04/02 | 10,000.00 | | |
| 4/2 | | Wire Trans Svc Charge - Sequence: 260402210152 Srf# Ow00006799125055 Trn#260402210152 Rfb# Ow00006799125055 | | 25.00 | |
| 4/2 | | WT Fed#01R02 Middletown Valley /Ftr/Bnf=The Verstandig Law Firm LLC Srf# Ow00006799125055 Trn#260402210152 Rfb# Ow00006799125055 | | 15,000.00 | 2,403.85 |
| 4/8 | < | Business to Business ACH Debit - Fairfax Accounti ACH 260406 703-865-6161 25350 Pleasant Valle | | 70.00 | 2,333.85 |
| 4/21 | < | Business to Business ACH Debit - Fairfax Accounti ACH 260419 703-865-6161 25350 Pleasant Valle | | 47.50 | 2,286.35 |
| Totals | | | $32,150.00 | $32,317.50 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| | | |
|---|---|---|
| Fee period 04/01/2026 - 04/30/2026 | Standard monthly service fee $15.00 | You paid $0.00 |

April 30, 2026 ■ Page 3 of 4

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee<br>Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Minimum daily balance | $2,000.00 | $2,286.35 ÷ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 4 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

April 30, 2026 ■ Page 4 of 4

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your         $ _____
   register or transfers into          $ _____
   your account which are not          $ _____
   shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                          TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount | $ |

Direct inquiries to 844-216-9000
P.O. Box 1229 Herndon VA 20172-1229

Member Number 7208

As of April 30, 2026

25350 PLEASANT VALLEY LLC
25350 PLEASANT VALLEY RD STE 180
CHANTILLY VA 20152-1317

## ACCOUNTS AT A GLANCE

| Account(s) | Start Balance | End Balance | APY Earned |
|---|---|---|---|
| BUSINESS SAVINGS - # * 7208 | $ 1.00 | $ 1.00 | |
| BUSINESS BASIC CHECKING - # * 7208 | $ 8.51 | $ 8.51 | |
| | | **Total** | $ 9.51 |

## BUSINESS SAVINGS - # * 7208

| Date | Transaction Description | Transaction Amount | Balance |
|---|---|---|---|
| 04/01/2026 | Beginning Balance | | $ 1.00 |
| 04/30/2026 | Ending Balance | | $ 1.00 |
| | Joint Owner | ELSHAN A BAYRAMOV | |
| | Beginning Balance | $ 1.00 | |
| | Ending Balance | $ 1.00 | |

## BUSINESS BASIC CHECKING - # * 7208

| Date | Transaction Description | Transaction Amount | Balance |
|---|---|---|---|
| 04/01/2026 | Beginning Balance | | $ 8.51 |
| 04/30/2026 | Ending Balance | | $ 8.51 |
| | Joint Owner | ELSHAN A BAYRAMOV | |
| | Beginning Balance | $ 8.51 | |
| | Ending Balance | $ 8.51 | |

| Summary[1] | |
|---|---|
| Total Dividends Paid Year to Date | $ 0.00 |
| Total Interest Paid Year to Date | $ 0.00 |

[1] Summary table includes year to date amounts for open accounts. Refer to archived statements for interest/dividends paid on closed accounts. For assistance, please call the number for direct inquiries above.

Federally insured by NCUA

# CERTIFICATE OF LIABILITY INSURANCE

**ACORD®**

| | DATE (MM/DD/YYYY) |
|---|---|
| | 6/4/2026 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Cosmina Ostroveanu | | |
|---|---|---|---|
| NavSav Holdings II, LLC | PHONE (A/C, No, Ext): 3019906212 | | FAX (A/C, No): |
| 7675 Folsom Dr | E-MAIL ADDRESS: cosminaostroveanu@navsav.com | | |
| Suite 300A | | | |
| Beaumont TX 77706-7296 | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| | INSURER A : AXIS Insurance Company | | 37273 |
| INSURED                        KBLAUTO-02 | INSURER B : | | |
| KBL Auto Repair LLC dba Carluck | INSURER C : | | |
| 25350 Pleasant Valley Rd #175 | INSURER D : | | |
| Chantilly VA 20152-1315 | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER: 773293159          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **COMMERCIAL GENERAL LIABILITY** | | | AXS010673-00 | 9/12/2025 | 9/12/2026 | EACH OCCURRENCE | $ 300,000 |
| | CLAIMS-MADE [ ]  [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | [X] Garage & Dealers | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 300,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 300,000 |
| | [X] POLICY [ ] PROJECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 300,000 |
| | OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY [ ]  SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY [ ]  NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB** [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | **EXCESS LIAB** [ ] CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED [ ]  RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**   Y / N | | N / A | | | | PER STATUTE [ ]  OTHER [ ] | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ] | | | | | | E.L. EACH ACCIDENT | $ |
| | (Mandatory in NH) | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
25-26 Garage and Dealers, Policy#AXS010673-00
09/12/2025-09/12/2026
Location:
25350 Pleasant Valley Rd, Ste 175, Chantilly, VA, 20152
Limits:
Lot Value: $350,000 includes $100,000 in transit and temporary locations
$1,000 deductible per vehicle/$5,000 per occurrence comprehensive and collision
Dealers Physical Damage Coverage $60,000 maximum per auto or the limit of insurance, whichever is less.
See Attached...

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| 25350 Pleasant Valley LLC c/o Office of the United States Trustee Attn: Harry Acevado 1725 Duke St., Suite 650 Alexandria VA 22314 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | **AUTHORIZED REPRESENTATIVE** |
| | *Jeaslie Flores* |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: KBLAUTO-02

LOC #: _____

# ACORD®

## ADDITIONAL REMARKS SCHEDULE

Page __1__ of __1__

| AGENCY | NAMED INSURED |
|---|---|
| NavSav Holdings II, LLC | KBL Auto Repair LLC dba Carluck<br>25350 Pleasant Valley Rd #175<br>Chantilly VA 20152-1315 |

**POLICY NUMBER**

| CARRIER | NAIC CODE |
|---|---|

**EFFECTIVE DATE:**

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

FORM NUMBER: ___25___  FORM TITLE: CERTIFICATE OF LIABILITY INSURANCE

100% co-insurance clause applies. Dealers Physical Damage coverage limit must be equal to 100% of the value of all inventory
vehicles and other owned vehicles at the time of a loss.
$ 300,000 Covered Autos Liability Bodily Injury & Property Damage - Each Accident (Zero Deductible)
$ 300,000 General Liability Bodily Injury & Property Damage - Each Accident (Zero Deductible)
$ 100,000 Damage to Premises Rented to You - Anyone Premises
$ 300,000 Personal and Advertising Injury Liability - Any One Person Or Organization
$ 300,000 General Liability Aggregate
$ 300,000 Products and Work You Performed Aggregate
$ 5,000 Locations and Operations Medical Payments - Any One Person
$ 5,000 Auto Medical Payments - Each Insured
$ Uninsured/Underinsured Motorists Bodily Injury - Coverage is NonStacked
Loc. No. 1
Limit: $350,000
Includes:
Perils:
Deductibles:
Comprehensive
$100,000 In-Transit and Temp. Locations
$1,000 Per Vehicle/$5,000 Per Occurrence Per Location
$1,000 Collision
Number of Dealer tags: 8
Additional Insured / Lease Holder:
25350 Pleasant Valley LLC

ACORD 101 (2008/01)    © 2008 ACORD CORPORATION.  All rights reserved.
The ACORD name and logo are registered marks of ACORD

# ACORD®   CERTIFICATE OF GARAGE INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 6/4/2026 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Cosmina |
|---|---|
| NavSav Holdings II, LLC<br>6250 Delaware Street<br>Suite B<br>Beaumont TX 77706 | PHONE (A/C, No, Ext):  /  FAX (A/C, No): |
| | E-MAIL ADDRESS: cosminaostroveanu@navsav.com |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A : AXIS Insurance Company | 37273 |
| Auto Deal Makers LLC<br>25350 Pleasant Valley Rd<br>Unit 180<br>Chantilly VA 20152 | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES   PROD / CUSTOMER ID: AUTODEA-01        CERTIFICATE #: 216108601        REVISION #:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GARAGE LIABILITY**  [X] HIRED AUTOS ONLY<br>[ ] ANY AUTO  [X] NON-OWNED AUTOS USED IN GARAGE BUSINESS<br>[ ] OWNED AUTOS ONLY | | | AXS010978-00 | 1/18/2026 | 1/18/2027 | AUTO ONLY (Ea accident) | $ 300,000 |
| | | | | | | | OTHER THAN AUTO ONLY  EA ACCIDENT | $ 300,000 |
| | | | | | | | AGGREGATE | $ |
| | **GARAGE KEEPERS LIABILITY**<br>[ ] LEGAL LIABILITY<br>[ ] DIRECT BASIS<br>[ ] PRIMARY  [ ] EXCESS | | | | | | COMP / OTC  LOC | $ |
| | | | | | | | SPECIFIED PERILS  LOC | $ |
| | | | | | | | COLLISION  LOC | $ |
| | | | | | | | LOC | $ |
| | **COMMERCIAL GENERAL LIABILITY**<br>[ ] CLAIMS-MADE  [ ] OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>[ ] POLICY  [ ] PRO-JECT  [ ] LOC<br>[ ] OTHER: | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB**  [ ] OCCUR<br>**EXCESS LIAB**  [ ] CLAIMS-MADE<br>[ ] DED  [ ] RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**  N/A<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? Y/N<br>(Mandatory in NH)<br>If yes, describe under REMARKS below | | | | | | [ ] PER STATUTE  [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Dealers Physical Damage | | | AXS010978-00 | 1/18/2026 | 1/18/2027 | Per Lot | 250,000 |

**REMARKS (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
AXIS Insurance, Policy# AXS010978-00---- 01/18/2026-01/18/2027
25350 Pleasant Valley Road, Chantilly, VA 20152 - DOL: $250,000
14685 Avion Parkway, Chantilly, VA 20152 - DOL: $250,000
See Attached...

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| 25350 Pleasant Valley LLC<br>c/o Office of the United States Trustee<br>Attn: Harry Acevado<br>1725 Duke St., Suite 650<br>Alexandria VA 22314 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Jeaslie Flores* |

© 2010-2015 ACORD CORPORATION.  All rights reserved.

ACORD 30 (2016/03)        The ACORD name and logo are registered marks of ACORD

**AGENCY CUSTOMER ID:** AUTODEA-01

**LOC #:** _____

# ACORD®  ADDITIONAL REMARKS SCHEDULE

**Page** 1 **of** 1

| | |
|---|---|
| **AGENCY**<br>NavSav Holdings II, LLC | **NAMED INSURED**<br>Auto Deal Makers LLC<br>25350 Pleasant Valley Rd<br>Unit 180<br>Chantilly VA 20152 |
| **POLICY NUMBER** | |
| **CARRIER**            **NAIC CODE** | **EFFECTIVE DATE:** |

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

**FORM NUMBER:** 30   **FORM TITLE:** CERTIFICATE OF GARAGE INSURANCE

Comp and Collision: $1,000/$5,000
10 Dealers Tags
Additional Insured / Lease Holder:
25350 Pleasant Valley LLC

**ACORD 101 (2008/01)**

© 2008 ACORD CORPORATION.  All rights reserved.
The ACORD name and logo are registered marks of ACORD