**Fill in this information to identify the case:**

Debtor Name 25350 Pleasant Valley LLC

United States Bankruptcy Court for the: Eastern District of Virginia

Case number: 23-11983-KHK

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: May 2026

Date report filed: Aug 23 2026
MM / DD / YYYY

Line of business: Commercial landlord

NAISC code: 531390

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: 25350 Pleasant Valley LLC - DIP

Original signature of responsible party [signature]

Printed name of responsible party Elshan Bayramov

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☑ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name 25350 Pleasant Valley LLC Case number 23-11983-KHK

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☑ | ☐ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☐ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. $ 2,295.86

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 27,500.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. − $ 29,478.50

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. + $ (1,978.50)

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 317.36

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name 25350 Pleasant Valley LLC Case number 23-11983-KHK

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 610,910.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 0

27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 20,000.00

30. How much have you paid this month in other professional fees? $ 117.50

31. How much have you paid in total other professional fees since filing the case? $ 352.50

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | | Column B **Actual** Copy lines 20-22 of this report. | | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 20,000.00 | – | $ 27,500.00 | = | $ (7,500.00) |
| 33. **Cash disbursements** | $ 17,267.50 | – | $ 29,478.50 | = | $ (12,211.00) |
| 34. **Net cash flow** | $ 2,732.50 | – | $ (1,978.50) | = | $ 4,711.00 |

35. Total projected cash receipts for the next month: $ 20,000.00

36. Total projected cash disbursements for the next month: - $ 24,098.50

37. Total projected net cash flow for the next month: = $ (4,098.50)

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# May 2026 Monthly Operating Report - Exhibits and Support

Debtor: 25350 Pleasant Valley LLC | Case No.: 23-11983-KHK | Reporting Period: May 1-31, 2026

## Exhibit A - Explanations for No Answers to Questions 1-9

| Question | Explanation |
|---|---|
| 3 - Bills paid on time | The NWFCU commercial-loan statement reflected past-due secured-loan amounts during May. The Debtor paid $10,000.00 on May 28 as two $5,000.00 interest payments identified on the deposit-account statement as the April and May payments. Secured-loan statement balances remain subject to the governing loan documents, bankruptcy case, and any applicable orders or agreements. |

## Exhibit B - Explanations for Yes Answers to Questions 10-18

| Question | Explanation |
|---|---|
| 10 - Other bank accounts | The Debtor maintained the Wells Fargo DIP operating account ending 8954 and NWFCU savings/checking accounts ending 7208. Combined opening and closing cash is reported on Form 425C. |
| 12 - Related tenant/services | The Debtor continued leasing Unit 180 to Auto Deal Makers LLC / ADM LLC and Unit 175 to KBL Auto Repair LLC. All May tenant receipts are listed in Exhibit C. |
| 14 - Significant expenses | May included $10,000.00 in NWFCU commercial-loan interest payments and $2,146.00 in SBA EIDL payments, all listed in Exhibit D. |
| 17 - Prepetition obligations | The Debtor made scheduled or catch-up payments on the prepetition NWFCU commercial loan and made payments identified in the bank records as SBA EIDL payments. The payments are fully disclosed in Exhibit D; no prepetition check cleared. |

No asset sales outside the ordinary course, insurance cancellations, new investments, prepetition check clearings, or undisclosed third-party payments are reflected in the records provided.

## Exhibit C - Cash Receipts

| Date | Source / Tenant | Purpose | Amount |
|---|---|---|---|
| 05/01/2026 | Auto Deal Makers LLC | Tenant payment - Unit 180 | $10,000.00 |
| 05/01/2026 | KBL Auto Repair LLC | Tenant payment - Unit 175 | $7,500.00 |
| 05/27/2026 | Auto Deal Makers LLC | Tenant payment - Unit 180 | $10,000.00 |
| | | Total | $27,500.00 |

All receipts shown above were deposited into the Wells Fargo DIP operating account. Transfers between the Debtor's own accounts are excluded from Exhibit C to avoid double counting.

## Exhibit D - Cash Disbursements

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 05/01/2026 | Wells Fargo | Wire transfer service charge | $25.00 |
| 05/01/2026 | Main Street Bank | Property debt-service payment | $17,150.00 |
| 05/05/2026 | U.S. Small Business Administration | SBA EIDL payment | $242.00 |
| 05/05/2026 | U.S. Small Business Administration | SBA EIDL payment | $355.00 |
| 05/05/2026 | U.S. Small Business Administration | SBA EIDL payment | $355.00 |
| 05/05/2026 | U.S. Small Business Administration | SBA EIDL payment | $420.00 |
| 05/05/2026 | U.S. Small Business Administration | SBA EIDL payment | $774.00 |
| 05/08/2026 | Fairfax Accounting | Accounting/bookkeeping | $70.00 |
| 05/21/2026 | Fairfax Accounting | Accounting/bookkeeping | $47.50 |
| 05/28/2026 | Northwest Federal Credit Union | Commercial real-estate loan interest - April payment | $5,000.00 |
| 05/28/2026 | Northwest Federal Credit Union | Commercial real-estate loan interest - May payment | $5,000.00 |
| 05/28/2026 | Wells Fargo | Wire transfer service charge | $25.00 |
| 05/29/2026 | Wells Fargo | Monthly service fee | $15.00 |
| | | Total | $29,478.50 |

The May 28 $10,000 Wells Fargo-to-NWFCU wire was an internal transfer and is excluded as a separate disbursement. The corresponding two $5,000 NWFCU loan payments are included, producing total external disbursements of $29,478.50.

## Exhibit E - Unpaid Bills

No unpaid postpetition ordinary-course operating bills are reported as of May 31, 2026 based on the records provided. Total reported on Form 425C line 24: $0.00.

Secured-loan statement balances and claim-related amounts are not included as ordinary-course postpetition payables because the statements do not allocate prepetition claims, postpetition accruals, bankruptcy treatment, disputed amounts, or amounts governed by court order or agreement. This follows the treatment disclosed in the filed April 2026 MOR.

## Exhibit F - Money Owed to Debtor / Receivables

| Obligor | Description | Amount Owed | Status |
|---|---|---|---|
| Total Auto Financing LLC | Loan receivable carried from prior MORs | $600,560.00 | Outstanding |
| Auto Deal Makers LLC / ADM LLC | Rent ledger through May; receipts exceeded May rent | $0.00 | $10,000 tenant advance carried separately |
| KBL Auto Repair LLC | Opening arrears $7,850 + May rent $10,000 - May receipts $7,500 | $10,350.00 | Outstanding |
| | | Total | $610,910.00 |

The rent ledger uses $10,000 per unit per month and carries the TAF receivable from the filed April MOR. Tenant advances are shown separately and are not netted against another tenant's receivable.

## Exhibit G - Bank Reconciliation

| Description | Amount / Treatment |
|---|---|
| Beginning balance - Wells Fargo DIP account, 05/01/2026 | $2,286.35 |
| Beginning balance - NWFCU deposit accounts, 05/01/2026 | $9.51 |
| Total opening cash - Form 425C line 19 | $2,295.86 |
| External May receipts | $27,500.00 |
| Wells Fargo withdrawals/debits | ($29,478.50) |
| Less: internal Wells Fargo-to-NWFCU transfer | ($10,000.00) excluded from external disbursements |
| Add: NWFCU loan payments funded by internal transfer | ($10,000.00) |
| Total external disbursements - Form 425C line 21 | ($29,478.50) |
| Ending balance - Wells Fargo DIP account, 05/31/2026 | $307.85 |
| Ending balance - NWFCU deposit accounts, 05/31/2026 | $9.51 |
| Reconciled total cash - Form 425C line 23 | $317.36 |

## Exhibit H - Budget vs. Actual Comparison

| Category | Projected | Actual | Difference (Projected - Actual) |
|---|---|---|---|
| Cash receipts | $20,000.00 | $27,500.00 | ($7,500.00) |
| Cash disbursements | $17,267.50 | $29,478.50 | ($12,211.00) |
| Net cash flow | $2,732.50 | ($1,978.50) | $4,711.00 |

May Column A copies the projections in the filed April MOR. Beginning with May's next-month projection, the budget adds known NWFCU and SBA payment activity to the recurring rent, Main Street, accounting, and bank-fee assumptions.

## Exhibit I - Financial Report / Cash and Accrual Summary

| Category | Amount | Notes |
|---|---|---|
| Cash receipts | $27,500.00 | Tenant payments deposited during May |
| Regular May rental income earned | $20,000.00 | $10,000 per unit x 2 units |
| Main Street Bank debt service | $17,150.00 | Paid May 1 |
| NWFCU commercial-loan interest | $10,000.00 | Two $5,000 payments; April and May |
| SBA EIDL payments | $2,146.00 | Five payments identified in the bank records |
| Accounting/bookkeeping | $117.50 | Fairfax Accounting |
| Bank fees | $65.00 | Two wire fees and monthly service fee |
| Cash-basis net cash flow | ($1,978.50) | Matches Form 425C line 22 |

## Exhibit J - June 2026 Budget / Projection

| Projected item | Amount |
|---|---|
| Cash receipts - two tenant units at $10,000 per month | $20,000.00 |
| Main Street debt service | $17,150.00 |
| Expected NWFCU interest payment | $5,000.00 |
| Expected SBA EIDL payments | $1,791.00 |
| Accounting/bookkeeping and routine bank fees | $157.50 |
| Total projected cash disbursements | $24,098.50 |
| Projected net cash flow | ($4,098.50) |

Projection excludes plan/escrow reserves or other contingent claim amounts that did not become effective under the failed confirmation structure. It includes known recurring operating and debt-service items based on the records supplied.

## Exhibit K - Insurance Explanation and Certificates

Insurance remains disclosed through the tenants and condominium structure. The Debtor is the commercial landlord and condominium-unit owner. Exterior/common-area or building-shell insurance is handled through the condominium association, while tenant operations, inventory, garage/dealer liability, damage-to-rented-premises exposure, and interior contents are covered through tenant policies. No separate tenant-policy premium was due from the Debtor during the reporting month. The continuing certificates identify 25350 Pleasant Valley LLC as certificate holder and/or additional insured / lease holder.

| Tenant / Unit | Policy / Insurer | Policy Period | Key Coverage | PV LLC Status |
|---|---|---|---|---|
| KBL Auto Repair LLC dba Carluck / Unit 175 | AXIS AXS010673-00 | 09/12/2025-09/12/2026 | Garage & Dealers; lot value $350,000; rented premises $100,000 | Certificate holder; Additional Insured / Lease Holder |
| Auto Deal Makers LLC / Unit 180 | AXIS AXS010978-00 | 01/18/2026-01/18/2027 | Garage liability $300,000; dealers physical damage $250,000 per lot | Certificate holder; Additional Insured / Lease Holder |

## Exhibit L - Supporting Documents Attached

Following these exhibits are: redacted Wells Fargo May statement; redacted NWFCU May deposit statement; redacted NWFCU commercial-loan statement; continuing tenant insurance certificates.

The responsible party should review the completed Form 425C and exhibits, enter the actual filing date, and sign the declaration before filing.

# Initiate Business Checking℠

May 31, 2026 ■ Page 1 of 4

WELLS FARGO

25350 PLEASANT VALLEY LLC
UNIT 180
25350 PLEASANT VALLEY RD STE 165
CHANTILLY VA 20152-1316

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Fraud and scam tips to help keep your money and information safe

Quickly spot check fraud and scams
- Review check images at least monthly. If something doesn't look right, report it right away.
- Verify your recipient received the check.
- Set up "Checks posted yesterday" alerts in the Wells Fargo Mobile® app* or online banking to be notified when a check clears.
- Be wary if anyone sends you a check and asks you to send money back. That's likely a scam.

Government impersonation scams

Here's what to know:
- Scammers pose as government agencies to get your money or personal information.
- Never share your Social Security or Medicare number unless you're the one who initiated the contact.
- If you have a real tax issue, the IRS will always send you a letter. Hang up on unexpected calls from the IRS, even if the caller already has your Social Security number.
- If anyone urges you to move your money to a different account for any reason, even to "protect it", assume it's a scam.

WELLS FARGO

Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate "who" and "why". You are in control when it's your money.

* Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $2,286.35 |
| Deposits/Credits | 27,500.00 |
| Withdrawals/Debits | - 29,478.50 |
| Ending balance on 5/31 | $307.85 |

Account number: ******8954 (primary account)

25350 PLEASANT VALLEY LLC

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): *********

For Wire Transfers use
Routing Number (RTN): *********

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 5/1 | | WT Fed#02K03 Jpmorgan Chase Ban /Org=Auto Deal Makers LLC Srf# 3956196121Es Trn#260501134461 Rfb# Bmg of 26/05/01 | 10,000.00 | | |
| 5/1 | | WT Fed#02K03 Jpmorgan Chase Ban /Org=Kbl Auto Repair LLC Srf# 3957816121Es Trn#260501134579 Rfb# Bmg of 26/05/01 | 7,500.00 | | |
| 5/1 | | Wire Trans Svc Charge - Sequence: 260501149266 Srf# Ow00006909570826 Trn#260501149266 Rfb# Ow00006909570826 | | 25.00 | |
| 5/1 | | WT Fed#01R01 Mainstreet Bank /Ftr/Bnf=Main Street Bank Srf# Ow00006909570826 Trn#260501149266 Rfb# Ow00006909570826 | | 17,150.00 | 2,611.35 |
| 5/5 | < | Business to Business ACH Debit - Sba Eidl Loan Payment 260504 0000 ******8001 | | 242.00 | |
| 5/5 | < | Business to Business ACH Debit - Sba Eidl Loan Payment 260504 0000 ******7205 | | 355.00 | |
| 5/5 | < | Business to Business ACH Debit - Sba Eidl Loan Payment 260504 0000 ******7205 | | 355.00 | |
| 5/5 | < | Business to Business ACH Debit - Sba Eidl Loan Payment 260504 0000 ******8109 | | 420.00 | |
| 5/5 | < | Business to Business ACH Debit - Sba Eidl Loan Payment 260504 0000 ******7203 | | 774.00 | 465.35 |
| 5/8 | < | Business to Business ACH Debit - Fairfax Accounti ACH 260506 703-865-6161 25350 Pleasant Valle | | 70.00 | 395.35 |
| 5/21 | < | Business to Business ACH Debit - Fairfax Accounti ACH 260519 703-865-6161 25350 Pleasant Valle | | 47.50 | 347.85 |
| 5/27 | | WT Fed#02L04 Jpmorgan Chase Ban /Org=Auto Deal Makers LLC Srf# 3790376147Es Trn#260527219039 Rfb# Bmg of 26/05/27 | 10,000.00 | | 10,347.85 |
| 5/28 | | Wire Trans Svc Charge - Sequence: 260528092720 Srf# Ow00007011606950 Trn#260528092720 Rfb# Ow00007011606950 | | 25.00 | |
| 5/28 | | WT Fed#01R00 Northwest Fcu /Ftr/Bnf=25350 Pleasant Valley LLC Srf# Ow00007011606950 Trn#260528092720 Rfb# Ow00007011606950 | | 10,000.00 | 322.85 |
| 5/29 | | Monthly Service Fee | | 15.00 | 307.85 |
| Totals | | | $27,500.00 | $29,478.50 | |

WELLS FARGO

*Transaction History (continued)*

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2026 - 05/31/2026 | Standard monthly service fee $15.00 | You paid $15.00 |
| --- | --- | --- |
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | $2,000.00 | $322.85 ☐ |

The monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
| --- | --- | --- | --- | --- | --- |
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 9 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

# ✓ IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

## Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ____________

ADD
B. Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ____________
$ ____________
$ ____________
+ $ ____________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ____________

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ____________

SUBTRACT
C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ____________

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ____________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

NORTHWEST FEDERAL CREDIT UNION

Direct inquiries to [illegible] or
P.O. Box 1229 Herndon VA 20172-1229

| Member Number | ******7208 |
|---|---|

As of May 31, 2026

25350 PLEASANT VALLEY LLC
25350 PLEASANT VALLEY RD STE 180
CHANTILLY VA 20152-1317

**ACCOUNTS AT A GLANCE**

| Account(s) | Start Balance | End Balance | APY Earned |
|---|---|---|---|
| BUSINESS SAVINGS - # ***7208 | $ 1.00 | $ 1.00 | |
| BUSINESS BASIC CHECKING - # ***7208 | $ 8.51 | $ 8.51 | |
| | **Total** | $ 9.51 | |

**BUSINESS SAVINGS - # ***7208**

| Date | Transaction Description | Transaction Amount | Balance |
|---|---|---|---|
| 05/01/2026 | Beginning Balance | | $ 1.00 |
| 05/31/2026 | Ending Balance | | $ 1.00 |
| | Joint Owner | ELSHAN A BAYRAMOV | |
| | Beginning Balance | $ 1.00 | |
| | Ending Balance | $ 1.00 | |

**BUSINESS BASIC CHECKING - # ***7208**

| Date | Transaction Description | Transaction Amount | Balance |
|---|---|---|---|
| 05/01/2026 | Beginning Balance | | $ 8.51 |
| 05/28/2026 | Domestic Wire Deposit 25350 PLEASANT VALLEY LLC OW*****011606950 | $ 10,000.00 | $ 10,008.51 |
| 05/28/2026 | Withdrawal Xfer To ******7208 Aprel payment | -$ 5,000.00 | $ 5,008.51 |
| 05/28/2026 | Withdrawal Xfer To ******7208 May payment | -$ 5,000.00 | $ 8.51 |
| 05/31/2026 | Ending Balance | | $ 8.51 |
| | Joint Owner | ELSHAN A BAYRAMOV | |
| | Beginning Balance | $ 8.51 | |
| | Ending Balance | $ 8.51 | |
| | Total Deposits This Month | $ 10,000.00 | |
| | Total Withdrawals This Month | -$10,000 | |

| Summary[1] | |
|---|---|
| Total Dividends Paid Year to Date | $ 0.00 |
| Total Interest Paid Year to Date | $ 0.00 |

[1] Summary table includes year to date amounts for open accounts. Refer to archived statements for interest/dividends paid on closed accounts. For assistance, please call the number for direct inquiries above.



Federally insured by NCUA

| Member Number | *****7208 |
|---|---|

NORTHWEST FEDERAL CREDIT UNION

PO Box 532
Herndon, VA 20170-0532
703-709-8900

25350 PLEASANT VALLEY LLC
25350 PLEASANT VALLEY ROAD
SUITE 180
CHANTILLY VA 20152

| Payment Information | |
|---|---|
| Account Number | ****7208 |
| Statement Closing Date | 05/17/2026 |
| Payment Due Date | 06/01/2026 |
| Past Due Amount | $95,384.61 |
| Current Due Amount | $108,679.36 |
| Minimum Payment Due | $108,679.36 |

## Commercial Loan/Commercial Real Estate

| Loan Details | |
|---|---|
| Interest Rate | 6.00% |
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Checks & Advances | $0.00 |
| Other Charges | $425.28 |

| Date | Description of Transactions | Amount | Balance |
|---|---|---|---|
| 04/17/2026 | Starting Principal Balance | $1,363,890.88 | $1,363,890.88 |
| 05/11/2026 | Late Charge Assessment | $425.28 | |
| | Ending Balance | | $1,363,890.88 |

25350 PLEASANT VALLEY LLC
25350 PLEASANT VALLEY ROAD
SUITE 180
CHANTILLY VA 20152

**Account Number** **********7208

**Total Due** **$108,679.36**

**Extra Principal** .

**Total Enclosed** $ .

NWFCU
PO Box 532
Herndon, VA 20170-0532

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 6/4/2026

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**
NavSav Holdings II, LLC
7675 Folsom Dr
Suite 300A
Beaumont TX 77706-7296

**CONTACT NAME:** Cosmina Ostroveanu
**PHONE (A/C, No, Ext):** 3019906212 **FAX (A/C, No):**
**E-MAIL ADDRESS:** cosminaostroveanu@navsav.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : AXIS Insurance Company | 37273 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED** KBLAUTO-02
KBL Auto Repair LLC dba Carluck
25350 Pleasant Valley Rd #175
Chantilly VA 20152-1315

**COVERAGES** **CERTIFICATE NUMBER:** 773293159 **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | COMMERCIAL GENERAL LIABILITY | | | AXS010673-00 | 9/12/2025 | 9/12/2026 | EACH OCCURRENCE | $ 300,000 |
| | CLAIMS-MADE [ ] OCCUR [X] | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | [X] Garage & Dealers | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 300,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 300,000 |
| | [X] POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 300,000 |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY / SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY / NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB / CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED / RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | | | | PER STATUTE / OTH-ER | |
| | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) [ ] | N / A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
25-26 Garage and Dealers, Policy#AXS010673-00
09/12/2025-09/12/2026
Location:
25350 Pleasant Valley Rd, Ste 175, Chantilly, VA, 20152
Limits:
Lot Value: $350,000 includes $100,000 in transit and temporary locations
$1,000 deductible per vehicle/$5,000 per occurrence comprehensive and collision
Dealers Physical Damage Coverage $60,000 maximum per auto or the limit of insurance, whichever is less.
See Attached...

**CERTIFICATE HOLDER**

25350 Pleasant Valley LLC
c/o Office of the United States Trustee
Attn: Harry Acevado
1725 Duke St., Suite 650
Alexandria VA 22314

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

AUTHORIZED REPRESENTATIVE
Jeaslie Flores

© 1988-2015 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD

**AGENCY CUSTOMER ID:** KBLAUTO-02

**LOC #:**

ACORD®

# ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

| AGENCY | | NAMED INSURED |
|---|---|---|
| NavSav Holdings II, LLC | | KBL Auto Repair LLC dba Carluck<br>25350 Pleasant Valley Rd #175<br>Chantilly VA 20152-1315 |
| POLICY NUMBER | | |
| CARRIER | NAIC CODE | EFFECTIVE DATE: |

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

**FORM NUMBER:** 25 **FORM TITLE:** CERTIFICATE OF LIABILITY INSURANCE

100% co-insurance clause applies. Dealers Physical Damage coverage limit must be equal to 100% of the value of all inventory vehicles and other owned vehicles at the time of a loss.
$ 300,000 Covered Autos Liability Bodily Injury & Property Damage - Each Accident (Zero Deductible)
$ 300,000 General Liability Bodily Injury & Property Damage - Each Accident (Zero Deductible)
$ 100,000 Damage to Premises Rented to You - Anyone Premises
$ 300,000 Personal and Advertising Injury Liability - Any One Person Or Organization
$ 300,000 General Liability Aggregate
$ 300,000 Products and Work You Performed Aggregate
$ 5,000 Locations and Operations Medical Payments - Any One Person
$ 5,000 Auto Medical Payments - Each Insured
$ Uninsured/Underinsured Motorists Bodily Injury - Coverage is NonStacked
Loc. No. 1
Limit: $350,000
Includes:
Perils:
Deductibles:
Comprehensive
$100,000 In-Transit and Temp. Locations
$1,000 Per Vehicle/$5,000 Per Occurrence Per Location
$1,000 Collision
Number of Dealer tags: 8
Additional Insured / Lease Holder:
25350 Pleasant Valley LLC

ACORD 101 (2008/01)

© 2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF GARAGE INSURANCE

DATE (MM/DD/YYYY): 6/4/2026

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**
NavSav Holdings II, LLC
6250 Delaware Street
Suite B
Beaumont TX 77706

CONTACT NAME: Cosmina
PHONE (A/C, No, Ext):
FAX (A/C, No):
E-MAIL ADDRESS: cosminaostroveanu@navsav.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : AXIS Insurance Company | 37273 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**
Auto Deal Makers LLC
25350 Pleasant Valley Rd
Unit 180
Chantilly VA 20152

**COVERAGES** PROD / CUSTOMER ID: AUTODEA-01 CERTIFICATE #: 216108601 REVISION #:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GARAGE LIABILITY**<br>☐ ANY AUTO<br>☐ OWNED AUTOS ONLY<br>X HIRED AUTOS ONLY<br>X NON-OWNED AUTOS USED IN GARAGE BUSINESS | | | AXS010978-00 | 1/18/2026 | 1/18/2027 | AUTO ONLY (Ea accident) | $ 300,000 |
| | | | | | | | OTHER THAN AUTO ONLY: EA ACCIDENT | $ 300,000 |
| | | | | | | | OTHER THAN AUTO ONLY: AGGREGATE | $ |
| | **GARAGE KEEPERS LIABILITY**<br>☐ LEGAL LIABILITY<br>☐ DIRECT BASIS<br>☐ PRIMARY ☐ EXCESS | | | | | | ☐ COMP / OTC LOC | $ |
| | | | | | | | ☐ SPECIFIED PERILS LOC | $ |
| | | | | | | | ☐ COLLISION LOC | $ |
| | | | | | | | LOC | $ |
| | ☐ **COMMERCIAL GENERAL LIABILITY**<br>☐ CLAIMS-MADE ☐ OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PRO-JECT ☐ LOC<br>OTHER: | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | ☐ **UMBRELLA LIAB** ☐ OCCUR<br>☐ **EXCESS LIAB** ☐ CLAIMS-MADE<br>DED ☐ RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? Y / N ☐<br>**(Mandatory in NH)**<br>If yes, describe under REMARKS below | N / A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Dealers Physical Damage | | | AXS010978-00 | 1/18/2026 | 1/18/2027 | Per Lot | 250,000 |

**REMARKS (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
AXIS Insurance, Policy# AXS010978-00---- 01/18/2026-01/18/2027
25350 Pleasant Valley Road, Chantilly, VA 20152 - DOL: $250,000
14685 Avion Parkway, Chantilly, VA 20152 - DOL: $250,000
See Attached...

**CERTIFICATE HOLDER**

25350 Pleasant Valley LLC
c/o Office of the United States Trustee
Attn: Harry Acevado
1725 Duke St., Suite 650
Alexandria VA 22314

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

AUTHORIZED REPRESENTATIVE
Jeaslie Flores

© 2010-2015 ACORD CORPORATION. All rights reserved.


The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: AUTODEA-01

LOC #:

ACORD®

# ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

| AGENCY | NAMED INSURED |
|---|---|
| NavSav Holdings II, LLC | Auto Deal Makers LLC<br>25350 Pleasant Valley Rd<br>Unit 180<br>Chantilly VA 20152 |
| POLICY NUMBER | |
| CARRIER / NAIC CODE | EFFECTIVE DATE: |

## ADDITIONAL REMARKS

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: 30 FORM TITLE: CERTIFICATE OF GARAGE INSURANCE

Comp and Collision: $1,000/$5,000
10 Dealers Tags
Additional Insured / Lease Holder:
25350 Pleasant Valley LLC



© 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD