**Fill in this information to identify the case:**

Debtor Name 25350 Pleasant Valley LLC

United States Bankruptcy Court for the: Eastern District of Virginia

Case number: 23-11983-KHK

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: June 2026

Date report filed: Aug 23 2026
MM / DD / YYYY

Line of business: Commercial landlord

NAISC code: 531390

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: 25350 Pleasant Valley LLC - DIP

Original signature of responsible party [signature]

Printed name of responsible party Elshan Bayramov

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☑ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy? ❑ ❑ ❑
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ❑ ❑ ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 317.36

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 17,150.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. − $ 17,845.00

22. **Net cash flow** + $ (695.00)

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ (377.64)

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 47.50

*(Exhibit E)*

Debtor Name 25350 Pleasant Valley LLC Case number 23-11983-KHK

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 610,910.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 0

27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 20,000.00

30. How much have you paid this month in other professional fees? $ 620.00

31. How much have you paid in total other professional fees since filing the case? $ 972.50

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 20,000.00 | – | $ 17,150.00 | = | $ 2,850.00 |
| 33. **Cash disbursements** | $ 24,098.50 | – | $ 17,845.00 | = | $ 6,253.50 |
| 34. **Net cash flow** | $ (4,098.50) | – | $ (695.00) | = | $ (3,403.50) |

35. Total projected cash receipts for the next month: $ 20,000.00

36. Total projected cash disbursements for the next month: - $ 24,098.50

37. Total projected net cash flow for the next month: = $ (4,098.50)

Debtor Name 25350 Pleasant Valley LLC Case number 23-11983-KHK

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☑ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

# June 2026 Monthly Operating Report - Exhibits and Support

Debtor: 25350 Pleasant Valley LLC | Case No.: 23-11983-KHK | Reporting Period: June 1-30, 2026

## Exhibit A - Explanations for No Answers to Questions 1-9

| Question | Explanation |
|---|---|
| 3 - Bills paid on time | A $47.50 Fairfax Accounting ACH item was returned unpaid on June 23, and the Wells Fargo account ended June overdrawn. The $47.50 accounting item is reported in Exhibit E and was paid in July. The NWFCU commercial-loan statement also reflected past-due secured-loan amounts. |

## Exhibit B - Explanations for Yes Answers to Questions 10-18

| Question | Explanation |
|---|---|
| 10 - Other bank accounts | The Debtor maintained the Wells Fargo DIP operating account ending 8954 and NWFCU savings/checking accounts ending 7208. Combined balances are reported on Form 425C. |
| 12 - Related tenant/services | The Debtor continued leasing Unit 180 to Auto Deal Makers LLC / ADM LLC and Unit 175 to KBL Auto Repair LLC. June tenant receipts are disclosed in Exhibit C. |
| 14 - Significant expenses | June included a $550.00 Fairfax Accounting payment, a $35.00 overdraft fee, and a returned $47.50 accounting ACH item. Cleared amounts are in Exhibit D; the returned item is in Exhibit E. |

No asset sales outside the ordinary course, insurance cancellations, new investments, prepetition check clearings, or undisclosed third-party payments are reflected in the records provided.

## Exhibit C - Cash Receipts

| Date | Source / Tenant | Purpose | Amount |
|---|---|---|---|
| 06/01/2026 | Auto Deal Makers LLC | Tenant payment - Unit 180 | $7,150.00 |
| 06/01/2026 | KBL Auto Repair LLC | Tenant payment - Unit 175 | $10,000.00 |
| | | Total | $17,150.00 |

All receipts shown above were deposited into the Wells Fargo DIP operating account. Transfers between the Debtor's own accounts are excluded from Exhibit C to avoid double counting.

## Exhibit D - Cash Disbursements

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 06/01/2026 | Wells Fargo | Wire transfer service charge | $25.00 |
| 06/01/2026 | Main Street Bank | Property debt-service payment | $17,150.00 |
| 06/08/2026 | Fairfax Accounting | Accounting/bookkeeping | $70.00 |
| 06/12/2026 | Fairfax Accounting | Accounting/bookkeeping / special engagement | $550.00 |
| 06/15/2026 | Wells Fargo | Overdraft fee | $35.00 |
| 06/30/2026 | Wells Fargo | Monthly service fee | $15.00 |
| | | Total | $17,845.00 |

The $47.50 Fairfax Accounting item returned on June 23 did not clear and is excluded from cash disbursements; it is reported in Exhibit E.

## Exhibit E - Unpaid Bills

| Date incurred | Creditor | Purpose | Due / Status | Amount |
|---|---|---|---|---|
| 06/23/2026 | Fairfax Accounting | Returned accounting/bookkeeping ACH item | Past due at 06/30; paid 07/21/2026 | $47.50 |
| | | | Total - Form 425C line 24 | $47.50 |

Secured-loan statement balances and claim-related amounts are not included as ordinary-course postpetition payables because the statements do not allocate prepetition claims, postpetition accruals, bankruptcy treatment, disputed amounts, or amounts governed by court order or agreement. This follows the treatment disclosed in the filed April 2026 MOR.

## Exhibit F - Money Owed to Debtor / Receivables

| Obligor | Description | Amount Owed | Status |
|---|---|---|---|
| Total Auto Financing LLC | Loan receivable carried from prior MORs | $600,560.00 | Outstanding |
| Auto Deal Makers LLC / ADM LLC | Cumulative rent ledger through June | $0.00 | $7,150 tenant advance carried separately |
| KBL Auto Repair LLC | Opening May balance $10,350 + June rent $10,000 - June receipts $10,000 | $10,350.00 | Outstanding |
| | | Total | $610,910.00 |

The rent ledger uses $10,000 per unit per month and carries the TAF receivable from the filed April MOR. Tenant advances are shown separately and are not netted against another tenant's receivable.

## Exhibit G - Bank Reconciliation

| Description | Amount / Treatment |
|---|---|
| Beginning balance - Wells Fargo DIP account, 06/01/2026 | $307.85 |
| Beginning balance - NWFCU deposit accounts, 06/01/2026 | $9.51 |
| Total opening cash - Form 425C line 19 | $317.36 |
| June deposits/credits - Wells Fargo | $17,150.00 |
| June withdrawals/debits - Wells Fargo | ($17,845.00) |
| June deposit-account activity - NWFCU | $0.00 |
| Ending balance - Wells Fargo DIP account, 06/30/2026 | ($387.15) |
| Ending balance - NWFCU deposit accounts, 06/30/2026 | $9.51 |
| Reconciled total cash - Form 425C line 23 | ($377.64) |

## Exhibit H - Budget vs. Actual Comparison

| Category | Projected | Actual | Difference (Projected - Actual) |
|---|---|---|---|
| Cash receipts | $20,000.00 | $17,150.00 | $2,850.00 |
| Cash disbursements | $24,098.50 | $17,845.00 | $6,253.50 |
| Net cash flow | ($4,098.50) | ($695.00) | ($3,403.50) |

Column A uses the preceding month's projection. Difference is calculated as Projected minus Actual, consistent with Official Form 425C.

## Exhibit I - Financial Report / Cash and Accrual Summary

| Category | Amount | Notes |
|---|---|---|
| Cash receipts | $17,150.00 | Tenant payments deposited during June |
| Regular June rental income earned | $20,000.00 | $10,000 per unit x 2 units |
| Main Street Bank debt service | $17,150.00 | Paid June 1 |
| Accounting/bookkeeping paid | $620.00 | Excludes returned $47.50 item |
| Bank fees | $75.00 | Wire fee, overdraft fee, and service fee |
| Unpaid ordinary operating bill | $47.50 | Returned accounting ACH; paid in July |
| Cash-basis net cash flow | ($695.00) | Matches Form 425C line 22 |

## Exhibit J - July 2026 Budget / Projection

| Projected item | Amount |
|---|---|
| Cash receipts - two tenant units at $10,000 per month | $20,000.00 |
| Main Street debt service | $17,150.00 |
| Expected NWFCU interest payment | $5,000.00 |
| Expected SBA EIDL payments | $1,791.00 |
| Accounting/bookkeeping and routine bank fees | $157.50 |
| Total projected cash disbursements | $24,098.50 |
| Projected net cash flow | ($4,098.50) |

Projection excludes plan/escrow reserves or other contingent claim amounts that did not become effective under the failed confirmation structure. It includes known recurring operating and debt-service items based on the records supplied.

## Exhibit K - Insurance Explanation and Certificates

Insurance remains disclosed through the tenants and condominium structure. The Debtor is the commercial landlord and condominium-unit owner. Exterior/common-area or building-shell insurance is handled through the condominium association, while tenant operations, inventory, garage/dealer liability, damage-to-rented-premises exposure, and interior contents are covered through tenant policies. No separate tenant-policy premium was due from the Debtor during the reporting month. The continuing certificates identify 25350 Pleasant Valley LLC as certificate holder and/or additional insured / lease holder.

| Tenant / Unit | Policy / Insurer | Policy Period | Key Coverage | PV LLC Status |
|---|---|---|---|---|
| KBL Auto Repair LLC dba Carluck / Unit 175 | AXIS AXS010673-00 | 09/12/2025-09/12/2026 | Garage & Dealers; lot value $350,000; rented premises $100,000 | Certificate holder; Additional Insured / Lease Holder |
| Auto Deal Makers LLC / Unit 180 | AXIS AXS010978-00 | 01/18/2026-01/18/2027 | Garage liability $300,000; dealers physical damage $250,000 per lot | Certificate holder; Additional Insured / Lease Holder |

## Exhibit L - Supporting Documents Attached

Following these exhibits are: redacted Wells Fargo June statement; redacted NWFCU June deposit statement; redacted NWFCU commercial-loan statement; continuing tenant insurance certificates.

The responsible party should review the completed Form 425C and exhibits, enter the actual filing date, and sign the declaration before filing.

# Initiate Business Checking℠



WELLS FARGO

25350 PLEASANT VALLEY LLC
UNIT 180
25350 PLEASANT VALLEY RD STE 165
CHANTILLY VA 20152-1316

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Be mindful of ongoing scams affecting older adults. Help protect yourself and loved ones from:

- Investment scams - the scammer makes friends with you on social media then offers to show you how to invest in crypto or another "money making" opportunity. Watch out for promises of big returns, suggestions to invest in crypto, or requests to wire money.
- Scam Callers Pretending to Be Tech Help - scammers pose as a computer technician, or you may get a pop-up window on your screen warning you about an issue with your device.

If you have a real tech issue: go to a local company that you know and trust. Be on the lookout for fake websites. Never trust someone who contacts you first or asks for access to your device. If this happens to you, it's a scam.

Learn more at wellsfargo.com/scams

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $307.85 |
| Deposits/Credits | 17,150.00 |
| Withdrawals/Debits | - 17,845.00 |
| Ending balance on 6/30 | -$387.15 |

Account number: ******8954 (primary account)
25350 PLEASANT VALLEY LLC
*Virginia account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): *********
For Wire Transfers use
Routing Number (RTN): *********

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 6/1 | | WT Fed#02K03 Jpmorgan Chase Ban /Org=Auto Deal Makers LLC Srf# 4133656152Es Trn#260601167039 Rfb# Bmg of 26/06/01 | 7,150.00 | | |
| 6/1 | | WT Fed#02K03 Jpmorgan Chase Ban /Org=Kbl Auto Repair LLC Srf# 4140286152Es Trn#260601167985 Rfb# Bmg of 26/06/01 | 10,000.00 | | |
| 6/1 | | Wire Trans Svc Charge - Sequence: 260601204765 Srf# Ow00007029808541 Trn#260601204765 Rfb# Ow00007029808541 | | 25.00 | |
| 6/1 | | WT Fed#03R02 Mainstreet Bank /Ftr/Bnf=Main Street Bank Srf# Ow00007029808541 Trn#260601204765 Rfb# Ow00007029808541 | | 17,150.00 | 282.85 |
| 6/8 | < | Business to Business ACH Debit - Fairfax Accounti ACH 260606 703-865-6161 25350 Pleasant Valle | | 70.00 | 212.85 |
| 6/12 | < | Business to Business ACH Debit - Fairfax Accounti ACH 260611 703-865-6161 25350 Pleasant Valle | | 550.00 | -337.15 |
| 6/15 | | Overdraft Fee for a Transaction Posted on 06/12 $550.00 Fairfax Accounti ACH 260611 703-865-6161 25350 Pleasant Valle | | 35.00 | -372.15 |
| 6/30 | | Monthly Service Fee | | 15.00 | -387.15 |
| Totals | | | $17,150.00 | $17,845.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Items returned unpaid

| *Date* | *Description* | | | *Amount* |
|---|---|---|---|---|
| 6/23 | Fairfax Accounti ACH 260619 703-865-6161 25350 Pleasant Valle | Reference # | 091000018284786 | 47.50 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| | | |
|---|---|---|
| Fee period 06/01/2026 - 06/30/2026 | Standard monthly service fee $15.00 | You paid $15.00 |

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | $2,000.00 | -$372.15 ☐ |

C1/C1

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 3 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

**TIP** Report check fraud right away. Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so it's important to review the check image as soon as it clears. Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

WELLS FARGO

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.
- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.
- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.
- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER

A. The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ______

ADD

B. Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ______
$ ______
$ ______
+ $ ______

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ______

CALCULATE THE SUBTOTAL
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ______

SUBTRACT

C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ______

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ______

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

NORTHWEST FEDERAL CREDIT UNION

Direct inquiries to 844-702-6900 or
P.O. Box 1229 Herndon VA 20172-1229

| Member Number | *****7208 |
|---|---|

As of June 30, 2026

25350 PLEASANT VALLEY LLC
25350 PLEASANT VALLEY RD STE 180
CHANTILLY VA 20152-1317

**ACCOUNTS AT A GLANCE**

| Account(s) | Start Balance | End Balance | APY Earned |
|---|---|---|---|
| BUSINESS SAVINGS - # ***7208 | $ 1.00 | $ 1.00 | |
| BUSINESS BASIC CHECKING - # ***7208 | $ 8.51 | $ 8.51 | |
| | **Total** | $ 9.51 | |

**BUSINESS SAVINGS - # ***7208**

| Date | Transaction Description | Transaction Amount | Balance |
|---|---|---|---|
| 06/01/2026 | Beginning Balance | | $ 1.00 |
| 06/30/2026 | Ending Balance | | $ 1.00 |
| | Joint Owner | ELSHAN A BAYRAMOV | |
| | Beginning Balance | $ 1.00 | |
| | Ending Balance | $ 1.00 | |

**BUSINESS BASIC CHECKING - # ***7208**

| Date | Transaction Description | Transaction Amount | Balance |
|---|---|---|---|
| 06/01/2026 | Beginning Balance | | $ 8.51 |
| 06/30/2026 | Ending Balance | | $ 8.51 |
| | Joint Owner | ELSHAN A BAYRAMOV | |
| | Beginning Balance | $ 8.51 | |
| | Ending Balance | $ 8.51 | |

| Summary[1] | |
|---|---|
| Total Dividends Paid Year to Date | $ 0.00 |
| Total Interest Paid Year to Date | $ 0.00 |

[1] Summary table includes year to date amounts for open accounts. Refer to archived statements for interest/dividends paid on closed accounts. For assistance, please call the number for direct inquiries above.



EQUAL HOUSING OPPORTUNITY
NCUA
Federally insured by NCUA

Member Number ****7208

NORTHWEST FEDERAL CREDIT UNION

PO Box 532
Herndon, VA 20170-0532
703-709-8900

25350 PLEASANT VALLEY LLC
25350 PLEASANT VALLEY ROAD
SUITE 180
CHANTILLY VA 20152

## Payment Information

| | |
|---|---|
| Account Number | ****7208 |
| Statement Closing Date | 06/16/2026 |
| Payment Due Date | 07/01/2026 |
| Past Due Amount | $8,505.52 |
| Current Due Amount | $99,448.80 |
| Minimum Payment Due | $99,448.80 |

## Commercial Loan/Commercial Real Estate

### Loan Details

| | |
|---|---|
| Interest Rate | 6.00% |
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Checks & Advances | $0.00 |
| Other Charges | $-4,323.95 |

| Date | Description of Transactions | Amount | Balance |
|---|---|---|---|
| 05/18/2026 | Starting Principal Balance | $1,363,890.88 | $1,363,890.88 |
| 05/28/2026 | Regular Payment - Note Interest | $5,000.00 | |
| 05/28/2026 | Regular Payment - Note Interest | $5,000.00 | |
| 06/01/2026 | Payment Reversal | $5,000.00 | |
| 06/01/2026 | Payment Reversal | $5,000.00 | |
| 06/01/2026 | Late Charge Waive | $4,769.23 | |
| 06/01/2026 | Charge Assessment Reversal - UCC | $20.00 | |
| 06/01/2026 | Regular Payment - Note Interest | $5,500.00 | |
| 06/01/2026 | Regular Payment - Note Interest | $5,500.00 | |
| 06/02/2026 | Payment Reversal | $5,500.00 | |
| 06/02/2026 | Payment Reversal | $5,500.00 | |
| 06/02/2026 | Regular Payment - Note Interest | $10,000.00 | |
| 06/11/2026 | Late Charge Assessment | $425.28 | |
| | Ending Balance | | $1,363,890.88 |

25350 PLEASANT VALLEY LLC
25350 PLEASANT VALLEY ROAD
SUITE 180
CHANTILLY VA 20152

**Account Number** **********7208

**Total Due** **$99,448.80**

**Extra Principal** .

**Total Enclosed** $ .

NWFCU
PO Box 532
Herndon, VA 20170-0532

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 6/4/2026

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**
NavSav Holdings II, LLC
7675 Folsom Dr
Suite 300A
Beaumont TX 77706-7296

**CONTACT NAME:** Cosmina Ostroveanu
**PHONE (A/C, No, Ext):** 3019906212 **FAX (A/C, No):**
**E-MAIL ADDRESS:** cosminaostroveanu@navsav.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : AXIS Insurance Company | 37273 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED** KBLAUTO-02
KBL Auto Repair LLC dba Carluck
25350 Pleasant Valley Rd #175
Chantilly VA 20152-1315

**COVERAGES** **CERTIFICATE NUMBER:** 773293159 **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | COMMERCIAL GENERAL LIABILITY | | | AXS010673-00 | 9/12/2025 | 9/12/2026 | EACH OCCURRENCE | $ 300,000 |
| | CLAIMS-MADE [ ] OCCUR [X] | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | [X] Garage & Dealers | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 300,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 300,000 |
| | [X] POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 300,000 |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY / SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY / NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB / CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED / RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | | | | PER STATUTE / OTH-ER | |
| | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBEREXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | | | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
25-26 Garage and Dealers, Policy#AXS010673-00
09/12/2025-09/12/2026
Location:
25350 Pleasant Valley Rd, Ste 175, Chantilly, VA, 20152
Limits:
Lot Value: $350,000 includes $100,000 in transit and temporary locations
$1,000 deductible per vehicle/$5,000 per occurrence comprehensive and collision
Dealers Physical Damage Coverage $60,000 maximum per auto or the limit of insurance, whichever is less.
See Attached...

**CERTIFICATE HOLDER**

25350 Pleasant Valley LLC
c/o Office of the United States Trustee
Attn: Harry Acevado
1725 Duke St., Suite 650
Alexandria VA 22314

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

**AUTHORIZED REPRESENTATIVE**
Jeaslie Flores

© 1988-2015 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: KBLAUTO-02

LOC #:

ACORD®

# ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

| | |
|---|---|
| AGENCY<br>NavSav Holdings II, LLC | NAMED INSURED<br>KBL Auto Repair LLC dba Carluck<br>25350 Pleasant Valley Rd #175<br>Chantilly VA 20152-1315 |
| POLICY NUMBER | |
| CARRIER / NAIC CODE | EFFECTIVE DATE: |

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

**FORM NUMBER:** 25 **FORM TITLE:** CERTIFICATE OF LIABILITY INSURANCE

100% co-insurance clause applies. Dealers Physical Damage coverage limit must be equal to 100% of the value of all inventory vehicles and other owned vehicles at the time of a loss.
$ 300,000 Covered Autos Liability Bodily Injury & Property Damage - Each Accident (Zero Deductible)
$ 300,000 General Liability Bodily Injury & Property Damage - Each Accident (Zero Deductible)
$ 100,000 Damage to Premises Rented to You - Anyone Premises
$ 300,000 Personal and Advertising Injury Liability - Any One Person Or Organization
$ 300,000 General Liability Aggregate
$ 300,000 Products and Work You Performed Aggregate
$ 5,000 Locations and Operations Medical Payments - Any One Person
$ 5,000 Auto Medical Payments - Each Insured
$ Uninsured/Underinsured Motorists Bodily Injury - Coverage is NonStacked
Loc. No. 1
Limit: $350,000
Includes:
Perils:
Deductibles:
Comprehensive
$100,000 In-Transit and Temp. Locations
$1,000 Per Vehicle/$5,000 Per Occurrence Per Location
$1,000 Collision
Number of Dealer tags: 8
Additional Insured / Lease Holder:
25350 Pleasant Valley LLC


© 2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF GARAGE INSURANCE

DATE (MM/DD/YYYY): 6/4/2026

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**
NavSav Holdings II, LLC
6250 Delaware Street
Suite B
Beaumont TX 77706

CONTACT NAME: Cosmina
PHONE (A/C, No, Ext):
FAX (A/C, No):
E-MAIL ADDRESS: cosminaostroveanu@navsav.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : AXIS Insurance Company | 37273 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**
Auto Deal Makers LLC
25350 Pleasant Valley Rd
Unit 180
Chantilly VA 20152

**COVERAGES** PROD / CUSTOMER ID: AUTODEA-01 CERTIFICATE #: 216108601 REVISION #:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GARAGE LIABILITY**<br>ANY AUTO<br>OWNED AUTOS ONLY<br>X HIRED AUTOS ONLY<br>X NON-OWNED AUTOS USED IN GARAGE BUSINESS | | | AXS010978-00 | 1/18/2026 | 1/18/2027 | AUTO ONLY (Ea accident) | $ 300,000 |
| | | | | | | | OTHER THAN AUTO ONLY: EA ACCIDENT | $ 300,000 |
| | | | | | | | OTHER THAN AUTO ONLY: AGGREGATE | $ |
| | **GARAGE KEEPERS LIABILITY**<br>LEGAL LIABILITY<br>DIRECT BASIS<br>PRIMARY / EXCESS | | | | | | COMP / OTC LOC | $ |
| | | | | | | | SPECIFIED PERILS LOC | $ |
| | | | | | | | COLLISION LOC | $ |
| | | | | | | | LOC | $ |
| | **COMMERCIAL GENERAL LIABILITY**<br>CLAIMS-MADE / OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC<br>OTHER: | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB** / OCCUR<br>**EXCESS LIAB** / CLAIMS-MADE<br>DED / RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? Y / N<br>**(Mandatory in NH)**<br>If yes, describe under REMARKS below | N / A | | | | | PER STATUTE / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Dealers Physical Damage | | | AXS010978-00 | 1/18/2026 | 1/18/2027 | Per Lot | 250,000 |

**REMARKS (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
AXIS Insurance, Policy# AXS010978-00---- 01/18/2026-01/18/2027
25350 Pleasant Valley Road, Chantilly, VA 20152 - DOL: $250,000
14685 Avion Parkway, Chantilly, VA 20152 - DOL: $250,000
See Attached...

**CERTIFICATE HOLDER**

25350 Pleasant Valley LLC
c/o Office of the United States Trustee
Attn: Harry Acevado
1725 Duke St., Suite 650
Alexandria VA 22314

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

AUTHORIZED REPRESENTATIVE
Jeaslie Flores

© 2010-2015 ACORD CORPORATION. All rights reserved.


The ACORD name and logo are registered marks of ACORD

**AGENCY CUSTOMER ID:** AUTODEA-01

**LOC #:**

ACORD®

# ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

| AGENCY | | NAMED INSURED |
|---|---|---|
| NavSav Holdings II, LLC | | Auto Deal Makers LLC<br>25350 Pleasant Valley Rd<br>Unit 180<br>Chantilly VA 20152 |
| POLICY NUMBER | | |
| CARRIER | NAIC CODE | EFFECTIVE DATE: |

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

**FORM NUMBER:** 30 **FORM TITLE:** CERTIFICATE OF GARAGE INSURANCE

Comp and Collision: $1,000/$5,000
10 Dealers Tags
Additional Insured / Lease Holder:
25350 Pleasant Valley LLC


© 2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD