Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re:<br><br>25350 PLEASANT VALLEY LLC<br><br>Debtor. | Case No. 23-11983-KHK<br>(Chapter 11) |

**AMENDED ORDER GRANTING AMENDED MOTION TO (I) SELL PROPERTY FREE AND CLEAR OF LIENS; AND (II) ASSUME AND ASSIGN LEASES IN CONNECTION WITH SALE OF PROPERTY**

Upon consideration of the amended motion to sell property free and clear of liens and to assume and assign leases in connection therewith (the "Motion"), DE #542, filed by 25350 Pleasant Valley LLC (the "Debtor"), governing law, the record herein, and arguments presented at a hearing thereupon, it is, by the United States Bankruptcy Court for the Eastern District of Virginia, hereby:

ORDERED, that, subject to the modifications and limitations set forth herein, the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor is AUTHORIZED to enter into that certain sales contract attached to the Motion (the "Contract"), DE #542-1, providing for a conveyance of the real property and improvements described therein (the "Property"), subject to the modifications set forth in the Motion and further subject to the modifications set forth herein; and it is further

ORDERED, that by consent of Northwest Federal Credit Union ("NWFCU"), as indicated at a hearing on the Motion, the lien held by NWFCU on the Property shall be satisfied, at a closing on the Contract, through a payment to NWFCU in the sum of $1,460,079.04 plus any amounts owed to it under the cash collateral orders including the budgets attached thereto through the date of closing; and it is further

ORDERED, that by consent of MainStreet Bank ("MainStreet"), as indicated at a hearing on the Motion, the lien held by MainStreet on the Property shall be satisfied, at a closing on the Contract, through a payment to MainStreet in the sum of $2,645,802.69 plus any amounts owed to it under the cash collateral orders including the budgets attached thereto through the date of closing; and it is further

ORDERED, that the liens of NWFCU and Mainstreet shall attach to the proceeds of the Property in the order of their priority but shall be paid in accordance with the terms of this Order; and it is further

ORDERED, that, by consent of Epic at Dulles South Commercial Condominium Unit Owners Association (the "Condo Association"), as indicated at a hearing on the Motion, the lien held by the Condo Association on the Property shall be satisfied, at closing on the Contract, through a payment to the Condo Association in the sum of $16,500.00; and it is further

ORDERED, that tenants occupying the Property shall pay—or cause to be paid—all real estate taxes, due and owing on the Property, at or before closing on the Contract, *except* there shall be no obligation for such taxes to be paid in a sum greater than that prorated as due and owing through the date on which said closing shall occur; and it is further

ORDERED, that, at closing, $40,500.00 of the proceeds shall be paid to the real estate agent for Pleasant Valley Holdings III, LLC (Sadiq Hafiz) (the "Buyer") with $35,500.00 refunded

to the Buyer for application to allowable closing costs with any excess funds after payment of such closing funds to be refunded to Buyer, and this shall be reflected on the settlement statement; and it is further

ORDERED, that no administrative expense claims correlative to this case (including the portion of this case operated under chapter 7 of title 11 of the United States Code) shall be paid at closing on the Contract and, rather, the Debtor shall—after closing on the Contract—hold in a debtor-in-possession bank account all excess monies therein collected and report back to this Honorable Court on the precise sum of such fees collected at closing, allowing for later distribution of such monies to administrative claim holders in such sums, and on such terms, as this Honorable Court may later direct; and it is further

ORDERED, that the administrative expense claim previously granted to the Buyer, DE #401, be, and hereby is, WAIVED, and shall no longer constitute a valid obligation of the Debtor's estate; and it is further

ORDERED, that the modifications to the Contract, proposed in Section IV of the Motion, be, and hereby are, ADOPTED, and made a part thereof, with the Debtor being AUTHORIZED to execute the Contract either (i) in a form that adopts such changes; or (ii) in the form attached to the Motion but with an addendum providing for such changes either directly or through cross-reference to the Motion and/or this Order; and it is further

ORDERED, that the Debtor shall close on the Contract on or before October 5, 2026 or the Debtor shall not be permitted to sell the Property (on October 6, 2026 or at any time thereafter) absent further order of this Honorable Court or dismissal of this case.

Date:
Sep 8 2026

/s/ Klinette H Kindred

Hon. Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Sep 8 2026

I ask for this:

Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

Seen and Agreed:

/s/ Eugene W. Policastri (signed w/ express permission)
Eugene W. Policastri, Esq.
Policastri Law Firm, LLC
600 Jefferson Plaza
Suite 308
Rockville, Maryland 20852
*Counsel for Northwest Federal Credit Union*

/s/ Eric Schuster (signed w/ express permission)
Eric Schuster, Esq.
Funk & Bolton, P.A.
100 Light Street
Suite 1400
Baltimore, Maryland 21202
*Counsel for MainStreet Bank*

Seen:

/s/ Michael T. Freeman (signed w/ express permission)
Michael T. Freeman, Esq.
Department of Justice
Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314
Michael.T.Freeman@usdoj.gov
*Counsel for the United States Trustee*

**LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION**

I hereby certify that this order has been signed by all necessary parties.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-11983-KHK |
| 25350 Pleasant Valley LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: LaurenLaf | Page 1 of 2 |
| Date Rcvd: Sep 08, 2026 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 25350 Pleasant Valley LLC, 25350 Pleasant Valley Dr., Chantilly, VA 20152-1316 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J. Swallow | on behalf of Creditor MainStreet Bank BSwallow@shulmanrogers.com bswallow@fblaw.com;bswallow@shulmanrogers.com |
| Christopher L. Rogan | on behalf of Creditor Elshan Bayramov crogan@rmzlawfirm.com |
| Douglas M. Foley | on behalf of Creditor American Credit Acceptance LLC douglas.foley@kaufcan.com, nancy.bruce@kaufcan.com |
| Dylan G. Trache | on behalf of Interested Party Jolene E. Wee dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com |
| Eric Scott Schuster | on behalf of Attorney Eric Scott Schuster eschuster@fblaw.com |
| Eric Scott Schuster | on behalf of Creditor MainStreet Bank eschuster@fblaw.com |

| | |
|---|---|
| Eugene W Policastri | on behalf of Creditor Northwest Federal Credit Union gene@policastrilawfirm.com epolicastri@msn.com;cbell@sgrwlaw.com;ktran@sgrwlaw.com;jnam@sgrwlaw.com;gpolicastri@sgrwlaw.com;gene@policastrilawfirm.com |
| Heather R. Steele | on behalf of Creditor Epic at Dulles South Commercial Condominium hsteele@pesner.com |
| James Thomas Bacon | on behalf of Defendant Auto Deal Makers LLC jbacon@mbhylaw.com mkemp@mbhylaw.com;jbacon@mbhylaw.com |
| James Thomas Bacon | on behalf of Defendant KBL Auto Repair LLC jbacon@mbhylaw.com mkemp@mbhylaw.com;jbacon@mbhylaw.com |
| James Thomas Bacon | on behalf of Creditor Elshan Bayramov jbacon@mbhylaw.com mkemp@mbhylaw.com;jbacon@mbhylaw.com |
| Janet M. Meiburger | trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| Janet M. Meiburger | on behalf of Plaintiff Janet M. Meiburger trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| Janet M. Meiburger | on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| John P. Forest, II | on behalf of Debtor 25350 Pleasant Valley LLC john@forestlawfirm.com |
| Kevin M. O'Donnell | on behalf of Realtor Stephen Karbelk kmo@henrylaw.com mbp@henrylaw.com;odonnell.kevinb@notify.bestcase.com |
| Lee Rauch | on behalf of Creditor MainStreet Bank lrauch@fblaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor 25350 Pleasant Valley LLC mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov |
| Radostina Petkova Estevao | on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov |
| Robert M. Marino | on behalf of Creditor Automotive Finance Corporation rmmarino@rpb-law.com rmmarino1@aol.com |
| Tina P. Estevao | on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov nicole.rodriguez@loudoun.gov |
| William Calvin Smith | on behalf of Creditor Sadiq Hafiz csmith@dbllawyers.com ecf@dbllawyers.com |

TOTAL: 24