OMB Approval No 2502-0265

# A. Settlement Statement (HUD-1)

## B. Type of Loan

| | | | |
|---|---|---|---|
| 1. [ ] FHA 2. [ ] RHS 3. [ ] Conv. Unins.<br>4. [ ] VA 5. [ ] Conv Ins. | 6. File No.<br>**2026-091402** | 7. Loan No.<br>**40530281** | 8. Mortgage Insurance Case No. |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| | | |
|---|---|---|
| D. Name & Address of Borrower:<br>**Pleasant Valley Holdings III, LLC<br>25284 Pleasant Valley Road<br>Suite 100<br>Chantilly, VA 20152** | E. Name & Address of Seller:<br>**25350 Pleasant Valley, LLC<br>c/o Maurice VerStandig 1452 W. Horizon Ridge Parkway<br>Suite 665<br>Henderson, NV 89012** | F. Name & Address of Lender:<br>**Primis Bank<br>P.O. Box 2075<br>Ashland, VA 23005** |
| G. Property Location:<br>**25350 Pleasant Valley Road, Unit 175, Chantilly, VA 20152<br>25350 Pleasant Valley Road, Unit 180, Chantilly, VA 20152** | H. Settlement Agent:<br>**RL Title and Escrow, Inc.**<br>Place of Settlement:<br>**7115 Leesburg Pike Unit 208 Falls Church, VA 22043** | I. Settlement Date:<br>**09/24/2026**<br>Funding Date:<br>**09/24/2026**<br>Disbursement Date:<br>**09/24/2026** |

## J. Summary of Borrower's Transaction

| | |
|---|---|
| **100. Gross Amount Due from Borrower** | |
| 101. Contract sales price | $4,218,000.00 |
| 102. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $97,557.65 |
| 104. | |
| 105. | |
| **Adjustment for items paid by seller in advance** | |
| 106. City/Town Taxes | |
| 107. County Taxes 09/24/2026 to 12/31/2026 | $3,545.09 |
| 108. Assessments | |
| 109. | |
| 110. Unit 180 RE Taxes 09/24/2026 to 12/31/2026 | $4,004.25 |
| 111. | |
| 112. | |
| **120. Gross Amount Due from Borrower** | **$4,323,106.99** |
| **200. Amount Paid by or in Behalf of Borrower** | |
| 201. Deposit | $25,000.00 |
| 202. Principal amount of new loan(s) | $3,163,500.00 |
| 203. Existing loan(s) taken subject to | |
| 204. Buyer Agent Broker Credit | $35,500.00 |
| 205. | |
| 206. | |
| 207. | |
| 208. Security Deposit Unit 175 | $20,000.00 |
| 209. Security Deposit Unit 180 | $25,000.00 |
| **Adjustments for items unpaid by seller** | |
| 210. City/Town Taxes | |
| 211. County Taxes | |
| 212. Assessments | |
| 213. HOA/Condo Dues | |
| 214. | |
| 215. | |
| 216. Prorated Rent for Units 175 & 180 09/24/2026 to 09/30/2026 | $4,000.00 |
| 217. | |
| 218. | |
| 219. | |
| **220. Total Paid by/for Borrower** | **$3,273,000.00** |
| **300. Cash at Settlement from/to Borrower** | |
| 301. Gross amount due from borrower (line 120) | $4,323,106.99 |
| 302. Less amounts paid by/for borrower (line 220) | $3,273,000.00 |
| 303. Cash [X] From [ ] To Borrower | $1,050,106.99 |

## K. Summary of Seller's Transaction

| | |
|---|---|
| **400. Gross Amount Due to Seller** | |
| 401. Contract sales price | $4,218,000.00 |
| 402. Personal property | |
| 403. | |
| 404. | |
| 405. | |
| **Adjustment for items paid by seller in advance** | |
| 406. City/Town Taxes | |
| 407. County Taxes 09/24/2026 to 12/31/2026 | $3,545.09 |
| 408. Assessments | |
| 409. | |
| 410. Unit 180 RE Taxes 09/24/2026 to 12/31/2026 | $4,004.25 |
| 411. | |
| 412. | |
| **420. Gross Amount Due to Seller** | **$4,225,549.34** |
| **500. Reductions in Amount Due to Seller** | |
| 501. Excess deposit (see instructions) | |
| 502. Settlement charges to seller (line 1400) | $108,684.42 |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff to Northwest Federal Credit Union | $1,460,079.04 |
| 505. Payoff to MainStreet Bank | $2,624,285.88 |
| 506. | |
| 507. | |
| 508. Security Deposit Unit 175 | $20,000.00 |
| 509. Security Deposit Unit 180 | $25,000.00 |
| **Adjustments for items unpaid by seller** | |
| 510. City/Town Taxes | |
| 511. County Taxes | |
| 512. Assessments | |
| 513. HOA/Condo Dues | |
| 514. | |
| 515. | |
| 516. Prorated Rent for Units 175 & 180 09/24/2026 to 09/30/2026 | $4,000.00 |
| 517. | |
| 518. | |
| 519. | |
| **520. Total Reduction Amount Due Seller** | **$4,242,049.34** |
| **600. Cash at Settlement to/from Seller** | |
| 601. Gross amount due to seller (line 420) | $4,225,549.34 |
| 602. Less reductions in amounts due seller (line 520) | $4,242,049.34 |
| 603. Cash [ ] To [X] From Seller | $16,500.00 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

## L. Settlement Charges

| | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | |
| Division of commission (line 700) as follows : | | | |
| 701. $ | | | |
| 702. $40,500.00 to Squaresold Real Estate | | | |
| 703. Commission paid at settlement | | | $40,500.00 |
| 704. | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge $15,817.50 | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE #A) | $15,817.50 | |
| 804. Appraisal fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. Wire Fee | | $35.00 | |
| 809. Documentation Fee | | $2,000.00 | |
| 810. Flood Certification Fee | | $24.00 | |
| 811. Personal Credit Report Fee | | $15.00 | |
| 812. Phase I Environmental Fee - POC by borrower $2,600.00 | | | |
| 813. Appraisal Fee - POC by borrower $2,400.00 | | | |
| 814. UCC Search Fee | | $395.00 | |
| 815. Attorney Fee to Dave Faulders | | $420.00 | |
| 816. Origination Fee to Noteworthy Commercial Finance | | $30,000.00 | |
| **900. Items Required by Lender to be Paid in Advance** | | | |
| 901. Daily interest charges from 09/24/2026 to 10/01/2026 | (from GFE #10) | | |
| 902. Mortgage insurance premium | (from GFE #3) | | |
| 903. Homeowner's insurance 1 years to Erie Insurance | (from GFE #11) | $2,242.00 | |
| 904. | | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance | | | |
| 1003. Mortgage insurance | | | |
| 1004. Property taxes | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment $0.00 | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | $6,847.24 | |
| 1102. Settlement or closing fee to RL Title and Escrow, Inc. | | | |
| 1103. Owner's title insurance to Fidelity National Title Insurance Company | (from GFE #5) | $4,767.04 | |
| 1104. Lender's title insurance to Fidelity National Title Insurance Company $6,797.24 | | | |
| 1105. Lender's title policy limit $3,163,500.00 | | | |
| 1106. Owner's title policy limit $4,218,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium or title guarantee to RL Title and Escrow, Inc. | | | |
| 1108. Underwriter's portion of the total title insurance premium or title guarantee to Fidelity National Title Insurance Company | | | |
| 1109. Settlement and Closing Fee to RL Title and Escrow, Inc. | | $1,295.00 | $1,295.00 |
| 1110. Title Binder and Policy to RL Title and Escrow, Inc. | | $225.00 | |
| 1111. Title Searches to Round Table Title, Inc. | | $500.00 | |
| 1112. Attorney Title Examination Fee to RL Title and Escrow, Inc. | | $150.00 | |
| 1113. E-Recording Fee to RL Title and Escrow, Inc. | | $10.00 | |
| 1114. Wire Fees to RL Title and Escrow, Inc. | | | $60.00 |
| 1115. Deed Preparation to RL Title and Escrow, Inc. | | | $250.00 |
| 1116. Title - CPL Premium (Lender) to Fidelity National Title Insurance Company $50.00 | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (from GFE #7) | $113.00 | |
| 1202. Deed $50.00 Mortgage $63.00 Release $ to Loudoun County Clerk's Office | | | |
| 1203. Transfer taxes | (from GFE #8) | $24,605.00 | |
| 1204. City/County tax/stamps Deed $3,515.00 Mortgage $2,636.25 to Loudoun County Clerk's Office | | | |
| 1205. State tax/stamps Deed $10,545.00 Mortgage $7,908.75 to Loudoun County Clerk's Office | | | |
| 1206. Regional WMTA Fee (Deed) to Loudoun County Clerk's Office | | | $4,218.00 |
| 1207. Regional Congestion Relief Fee (Deed) to Loudoun County Clerk's Office | | | $4,218.00 |
| 1208. County Grantor Tax (Deed) to Loudoun County Clerk's Office | | | $2,109.00 |
| 1209. State Grantor Tax (Deed) to Loudoun County Clerk's Office | | | $2,109.00 |
| 1210. Assignment of Leases and Rents to Loudoun County Clerk's Office | | $34.00 | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. 1st Half 2026 Delinquent RE Taxes (Unit 175) to Loudoun County Treasurer's Office | | | $7,589.32 |
| 1303. 2nd Half 2026 RE Taxes (Unit 175) to Loudoun County Treasurer's Office | | | $6,619.92 |
| 1304. 2nd Half of 2025 & 1st Half 2026 Delinquent RE Taxes (Unit 180) to Loudoun County Treasurer's Office | | | $15,738.86 |
| 1305. 2nd Half 2026 RE Taxes (Unit 180) to Loudoun County Treasurer's Office | | | $7,477.32 |
| 1306. Condo Lien Payoff to Epic@Dulles South Commercial Condominium | | | $16,500.00 |
| 1307. Unit 180 Quarterly Condo Dues (10/1-12/31) to Epic@Dulles South Commercial Condominium | | $4,208.06 | |
| 1308. Unit 175 Quarterly Condo Dues (10/1-12/31) to Epic@Dulles South Commercial Condominium | | $3,854.81 | |
| 1309. | | | |
| 1310. | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | **$97,557.65** | **$108,684.42** |

**See signature addendum**

## Signature Addendum

Pleasant Valley Holdings III, LLC, a Virginia Limited Liability Company

By: ____________________ 9/24/2026
Sadiq Hafiz, Managing Member Date

25350 Pleasant Valley, LLC, a Virginia Limited Liability Company

By: Elshan Bayramov 09/24/2026
Elshan Bayramov, Sole Member Date

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

Settlement Agent ____________________ 9/24/2026
Date