Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re:<br><br>25350 PLEASANT VALLEY LLC<br><br>Debtor. | Case No. 23-11983-KHK<br>(Chapter 11) |

**ORDER DISMISSING CASE**

Upon consideration of the *Order Denying Confirmation of Chapter 11 Plan of Reorganization and Order for Debtor to Show Cause*, ECF No. 519, and for those reasons set forth on the record at a hearing thereupon on October 20, 2026, it is, by the United States Bankruptcy Court for the Eastern District of Virginia, hereby:

ORDERED, that this case be, and hereby is, DISMISSED.

.

Date: Oct 21 2026

/s/ Klinette H Kindred
Hon. Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Oct 21 2026

I ask for this:

Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

**LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION**

I hereby certify that, as anticipatorily indicated on the record, this order has not been circulated to any other parties in interest for review and/or endorsement.

/s/ Maurice B. VerStandig
Maurice B. VerStandig