**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 23−11983−KHK
**Chapter** 11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

25350 Pleasant Valley LLC
25350 Pleasant Valley Dr.
Chantilly, VA 20152

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: 83−2022964

**NOTICE OF DISMISSAL OF CASE**

Notice is hereby given that an order was entered on October 22, 2026 dismissing the above−captioned case.

Dated: October 22, 2026

For the Court,

Charri S Stewart, Clerk
United States Bankruptcy Court

[VAN015vDec2009.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 23-11983-KHK

25350 Pleasant Valley LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: LaurenLaf Page 1 of 3

Date Rcvd: Oct 31, 2026 Form ID: VAN015 Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 25350 Pleasant Valley LLC, 25350 Pleasant Valley Dr., Chantilly, VA 20152-1316 |
| aty | + | Eric Scott Schuster, Funk & Bolton, P.A., 100 Light Street, Suite 1400, Baltimore, MD 21202-1188 |
| cr | + | American Credit Acceptance, LLC, c/o Douglas M. Foley, Esquire, Kaufman & Canoles, P.C., 1021 East Cary Street, Suite 1400, Richmond, VA 23219-4031 |
| cr | + | Epic at Dulles South Commercial Condominium, c/o Altmiller Melnick, 8000 Westpark Drive, Suite 600, Tysons, VA 22102 UNITED STATES 22102-3115 |
| intp | #+ | Jolene E. Wee, c/o Nelson Mullins Riley & Scarborough, 101 Constitution Avenue, NW, Suite 900, Washington, DC 20001-2122 |
| cr | + | MainStreet Bank, 10089 Fairfax Blvd, Fairfax, VA 22030-1742 |
| 16293326 | + | American Credit Acceptance, 340 E. Main St., Suite 500, Spartansburg, SC 29302-1990 |
| 16293322 | + | Autoline of VA, Inc., 25350 Pleasant Valley Dr., Chantilly, VA 20152-1315 |
| 16293320 | + | Babak Bayramov, 6302 King Louis Dr., Alexandria, VA 22312-1603 |
| 16293327 | | Commissioner of Revenue, Loudoun County, P.O. Box 8000, Leesburg, VA 20177-9804 |
| 16296650 | + | County of Loudoun, Virginia, Attn: Robert J. Sproul Asst. County Atty, 1 Harrison Street, SE, Leesburg, Virginia 20175-3102 |
| 16458137 | + | Elshan Bayramov, 3911 Marcom St Apt D, Raleigh, NC 27606-2845 |
| 16510683 | | Elshan Bayramov, PO Box 566, Dumfries, VA 22026-0566 |
| 16390792 | | Epic at Dulles South Commercial Condo UOA, PO Box 95 Purcellville VA 20134 |
| 16390242 | + | Jolene E. Wee, Ch 11 Trustee for Total Auto Fin, c/o Dylan G. Trache, 101 Constitution Avenue NW, Suite 900, Washington, DC 20001-2133 |
| 16293325 | + | Main Street Bank, Attn: Alison Rind, 7600 Wisconsin Ave., Suite 700, Bethesda, MD 20814-3663 |
| 16323509 | + | MainStreet Bank, Attn: Christopher Johnston, Exec VP, 10089 Fairfax Boulevard, Fairfax, VA 22030-1742 |
| 16293323 | + | Northwest Federal Credit Union, 220 Spring St.,, Suite 220, Herndon, VA 20170-6205 |
| 16665610 | + | RealMarkets, 20130 Lakeview Center Plaza, Suite 410, Ashburn, Virginia 20147-5905 |
| 16293321 | | Small Business Administration, 2 North St., Suite 320, Birmingham, AL 35203 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BJMMEIBURGER.COM | Nov 01 2026 00:13:00 | Janet M. Meiburger, Janet M. Meiburger, Trustee, The Meiburger Law Firm, P.C., P. O. Box 7264, Arlington, VA 22207-0264 |
| cr | | Email/Text: nicole.rodriguez@loudoun.gov | Oct 31 2026 20:34:00 | County of Loudoun, County Attorneys Office, P.O. Box 7000, Robert J. Sproul, Leesburg, VA 20177 |
| cr | + | Email/PDF: lossmitigation@nwfcu.org | Oct 31 2026 20:38:30 | Northwest Federal Credit Union, Collections Department, 200 Spring Street, Herndon, VA 20170-5292 |
| RE | | Email/Text: stephen@realmarkets.com | Oct 31 2026 20:33:00 | Stephen Karbelk, Auction Markets, LLC DBA RealMarkets, 20333 Medalist Drive, Ashburn, VA 20147 |
| 16293324 | | Email/Text: bankruptcy@autofinance.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 31 2026 20:33:00 | Automotive Finance Corporation, 11299 N. Illinois St., Carmel, IN 46032 |
| 16388867 | + | Email/Text: bankruptcy@acacceptance.com | Oct 31 2026 20:34:00 | American Credit Acceptance, LLC, 961 E. Main Street, Spartanburg, SC 29302-2149 |
| 16294445 | | EDI: IRS.COM | Nov 01 2026 00:13:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16294446 | | Email/Text: atlreorg@sec.gov | Oct 31 2026 20:34:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 16490903 | + | Email/Text: bankruptcynotices@sba.gov | Oct 31 2026 20:34:00 | U.S. Small Business Administration, 14925 Kingsport Rd., Ft. Worth, TX 76155-2243 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Meiburger Law Firm PC |
| cr | | Automotive Finance Corporation |
| cr | | Sadiq Hafiz |
| aty | *+ | Eric Scott Schuster, Funk & Bolton, P.A., 100 Light Street, Suite 1400, Baltimore, MD 21202-1188 |
| aty | *+ | Janet M. Meiburger, Janet M. Meiburger, Trustee, The Meiburger Law Firm, P.C., P. O. Box 7264, Arlington, VA 22207-0264 |
| cr | *+ | Elshan Bayramov, 3911 Marcom St., Apt. D, Raleigh, NC 27606-2845 |
| desig | *+ | Elshan Bayramov, 14563 Crossfield Way, Woodbridge, VA 22191-4039 |
| 16504006 | ## | Babak Bayramov, 17044 Anns Brook Ct., Woodbridge, VA 22191-5173 |
| 16392476 | ##+ | Elshan Bayramov, 2930 Medford DR, Dumfries VA 22026-4540 |
| 16293319 | ##+ | Elshan Bayramov, 14563 Crossfield Way, Woodbridge, VA 22191-4039 |

TOTAL: 3 Undeliverable, 4 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J. Swallow | on behalf of Creditor MainStreet Bank BSwallow@shulmanrogers.com bswallow@fblaw.com;bswallow@shulmanrogers.com |
| Christopher L. Rogan | on behalf of Creditor Elshan Bayramov crogan@rmzlawfirm.com |
| Douglas M. Foley | on behalf of Creditor American Credit Acceptance LLC douglas.foley@kaufcan.com, nancy.bruce@kaufcan.com |
| Dylan G. Trache | |

| | |
|---|---|
| | on behalf of Interested Party Jolene E. Wee dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com |
| Eric Scott Schuster | on behalf of Attorney Eric Scott Schuster eschuster@fblaw.com |
| Eric Scott Schuster | on behalf of Creditor MainStreet Bank eschuster@fblaw.com |
| Eugene W Policastri | on behalf of Creditor Northwest Federal Credit Union gene@policastrilawfirm.com epolicastri@msn.com;cbell@sgrwlaw.com;ktran@sgrwlaw.com;jnam@sgrwlaw.com;gpolicastri@sgrwlaw.com;gene@policastrilawfirm.com |
| Heather R. Steele | on behalf of Creditor Epic at Dulles South Commercial Condominium hsteele@pesner.com |
| James Thomas Bacon | on behalf of Defendant KBL Auto Repair LLC jbacon@mbhylaw.com mkemp@mbhylaw.com;jbacon@mbhylaw.com |
| James Thomas Bacon | on behalf of Creditor Elshan Bayramov jbacon@mbhylaw.com mkemp@mbhylaw.com;jbacon@mbhylaw.com |
| James Thomas Bacon | on behalf of Defendant Auto Deal Makers LLC jbacon@mbhylaw.com mkemp@mbhylaw.com;jbacon@mbhylaw.com |
| Janet M. Meiburger | on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| Janet M. Meiburger | trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| Janet M. Meiburger | on behalf of Plaintiff Janet M. Meiburger trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| John P. Forest, II | on behalf of Debtor 25350 Pleasant Valley LLC john@forestlawfirm.com |
| Kevin M. O'Donnell | on behalf of Realtor Stephen Karbelk kmo@henrylaw.com mbp@henrylaw.com;odonnell.kevinb@notify.bestcase.com |
| Lee Rauch | on behalf of Creditor MainStreet Bank lrauch@fblaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor 25350 Pleasant Valley LLC mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov |
| Radostina Petkova Estevao | on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov |
| Robert M. Marino | on behalf of Creditor Automotive Finance Corporation rmmarino@rpb-law.com rmmarino1@aol.com |
| Tina P. Estevao | on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov nicole.rodriguez@loudoun.gov |
| William Calvin Smith | on behalf of Creditor Sadiq Hafiz csmith@dbllawyers.com ecf@dbllawyers.com |

TOTAL: 24