Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11983-KHK |
| | ) | (Chapter 11) |
| 25350 PLEASANT VALLEY LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER DISMISSING CASE**

Upon consideration of the *Order Denying Confirmation of Chapter 11 Plan of Reorganization and Order for Debtor to Show Cause*, ECF No. 519, and for those reasons set forth on the record at a hearing thereupon on October 20, 2026, it is, by the United States Bankruptcy Court for the Eastern District of Virginia, hereby:

ORDERED, that this case be, and hereby is, DISMISSED.

.

Date: Oct 21 2026

/s/ Klinette H Kindred

Hon. Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Oct 21 2026

I ask for this:

Maurice B. VerStandig, Esq.
Bar No. 81556
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@dcbankruptcy.com
*Counsel for the Debtor*

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I hereby certify that, as anticipatorily indicated on the record, this order has not been circulated to any other parties in interest for review and/or endorsement.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

United States Bankruptcy Court

Eastern District of Virginia

In re:
25350 Pleasant Valley LLC
Debtor

Case No. 23-11983-KHK
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: LaurenLaf Page 1 of 2

Date Rcvd: Oct 31, 2026 Form ID: pdford6 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 25350 Pleasant Valley LLC, 25350 Pleasant Valley Dr., Chantilly, VA 20152-1316 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| desig | ##+ | Elshan Bayramov, 14563 Crossfield Way, Woodbridge, VA 22191-4039 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J. Swallow | on behalf of Creditor MainStreet Bank BSwallow@shulmanrogers.com bswallow@fblaw.com;bswallow@shulmanrogers.com |
| Christopher L. Rogan | on behalf of Creditor Elshan Bayramov crogan@rmzlawfirm.com |
| Douglas M. Foley | on behalf of Creditor American Credit Acceptance LLC douglas.foley@kaufcan.com, nancy.bruce@kaufcan.com |

| | |
|---|---|
| Dylan G. Trache | on behalf of Interested Party Jolene E. Wee dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com |
| Eric Scott Schuster | on behalf of Attorney Eric Scott Schuster eschuster@fblaw.com |
| Eric Scott Schuster | on behalf of Creditor MainStreet Bank eschuster@fblaw.com |
| Eugene W Policastri | on behalf of Creditor Northwest Federal Credit Union gene@policastrilawfirm.com epolicastri@msn.com;cbell@sgrwlaw.com;ktran@sgrwlaw.com;jnam@sgrwlaw.com;gpolicastri@sgrwlaw.com;gene@policastrilawfirm.com |
| Heather R. Steele | on behalf of Creditor Epic at Dulles South Commercial Condominium hsteele@pesner.com |
| James Thomas Bacon | on behalf of Defendant Auto Deal Makers LLC jbacon@mbhylaw.com mkemp@mbhylaw.com;jbacon@mbhylaw.com |
| James Thomas Bacon | on behalf of Defendant KBL Auto Repair LLC jbacon@mbhylaw.com mkemp@mbhylaw.com;jbacon@mbhylaw.com |
| James Thomas Bacon | on behalf of Creditor Elshan Bayramov jbacon@mbhylaw.com mkemp@mbhylaw.com;jbacon@mbhylaw.com |
| Janet M. Meiburger | trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| Janet M. Meiburger | on behalf of Plaintiff Janet M. Meiburger trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| Janet M. Meiburger | on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| John P. Forest, II | on behalf of Debtor 25350 Pleasant Valley LLC john@forestlawfirm.com |
| Kevin M. O'Donnell | on behalf of Realtor Stephen Karbelk kmo@henrylaw.com mbp@henrylaw.com;odonnell.kevinb@notify.bestcase.com |
| Lee Rauch | on behalf of Creditor MainStreet Bank lrauch@fblaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor 25350 Pleasant Valley LLC mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov |
| Radostina Petkova Estevao | on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov |
| Robert M. Marino | on behalf of Creditor Automotive Finance Corporation rmmarino@rpb-law.com rmmarino1@aol.com |
| Tina P. Estevao | on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov nicole.rodriguez@loudoun.gov |
| William Calvin Smith | on behalf of Creditor Sadiq Hafiz csmith@dbllawyers.com ecf@dbllawyers.com |

TOTAL: 24