FILED: November 6, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2477
(1:24-cv-02307-AJT-WEF)

---

ELSHAN BAYRAMOV

Appellant

v.

JANET M. MEIBURGER

Trustee - Appellee

---

O R D E R

---

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk