FILED: November 6, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2477
(1:24-cv-02307-AJT-WEF)

---

ELSHAN BAYRAMOV

Appellant

v.

JANET M. MEIBURGER

Trustee - Appellee

---

O R D E R

---

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 23-11983-KHK
25350 Pleasant Valley LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: LaurenLaf Page 1 of 2
Date Rcvd: Nov 10, 2026 Form ID: pdford9 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 25350 Pleasant Valley LLC, 25350 Pleasant Valley Dr., Chantilly, VA 20152-1316 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J. Swallow | on behalf of Creditor MainStreet Bank BSwallow@shulmanrogers.com bswallow@fblaw.com;bswallow@shulmanrogers.com |
| Christopher L. Rogan | on behalf of Creditor Elshan Bayramov crogan@rmzlawfirm.com |
| Douglas M. Foley | on behalf of Creditor American Credit Acceptance LLC douglas.foley@kaufcan.com, nancy.bruce@kaufcan.com |
| Dylan G. Trache | on behalf of Interested Party Jolene E. Wee dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com |
| Eric Scott Schuster | on behalf of Attorney Eric Scott Schuster eschuster@fblaw.com |
| Eric Scott Schuster | on behalf of Creditor MainStreet Bank eschuster@fblaw.com |

| | |
|---|---|
| Eugene W Policastri | on behalf of Creditor Northwest Federal Credit Union gene@policastrilawfirm.com epolicastri@msn.com;cbell@sgrwlaw.com;ktran@sgrwlaw.com;jnam@sgrwlaw.com;gpolicastri@sgrwlaw.com;gene@policastrilawfirm.com |
| Heather R. Steele | on behalf of Creditor Epic at Dulles South Commercial Condominium hsteele@pesner.com |
| James Thomas Bacon | on behalf of Defendant Auto Deal Makers LLC jbacon@mbhylaw.com mkemp@mbhylaw.com;jbacon@mbhylaw.com |
| James Thomas Bacon | on behalf of Defendant KBL Auto Repair LLC jbacon@mbhylaw.com mkemp@mbhylaw.com;jbacon@mbhylaw.com |
| James Thomas Bacon | on behalf of Creditor Elshan Bayramov jbacon@mbhylaw.com mkemp@mbhylaw.com;jbacon@mbhylaw.com |
| Janet M. Meiburger | trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| Janet M. Meiburger | on behalf of Plaintiff Janet M. Meiburger trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| Janet M. Meiburger | on behalf of Trustee Janet M. Meiburger trustee@meiburgerlaw.com VA41@ecfcbis.com;trustee@meiburgerlaw.com |
| John P. Forest, II | on behalf of Debtor 25350 Pleasant Valley LLC john@forestlawfirm.com |
| Kevin M. O'Donnell | on behalf of Realtor Stephen Karbelk kmo@henrylaw.com mbp@henrylaw.com;odonnell.kevinb@notify.bestcase.com |
| Lee Rauch | on behalf of Creditor MainStreet Bank lrauch@fblaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor 25350 Pleasant Valley LLC mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov |
| Radostina Petkova Estevao | on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov |
| Robert M. Marino | on behalf of Creditor Automotive Finance Corporation rmmarino@rpb-law.com rmmarino1@aol.com |
| Tina P. Estevao | on behalf of Creditor County of Loudoun tina.estevao@loudoun.gov nicole.rodriguez@loudoun.gov |
| William Calvin Smith | on behalf of Creditor Sadiq Hafiz csmith@dbllawyers.com ecf@dbllawyers.com |

TOTAL: 24